CLOSED, MAHONEY, PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.4 (Rockford)
### CIVIL DOCKET FOR CASE #: 3:04-cv-50323
### Internal Use Only

05-355

| | |
|---|---|
| DeKalb Genetics Corp v. Syngenta Seeds Inc, et al | Date Filed: 07/27/2004 |
| Assigned to: Hon. Philip G. Reinhard | Jury Demand: Both |
| Referred to: Honorable P. Michael Mahoney | Nature of Suit: 830 Patent |
| Demand: $0 | Jurisdiction: Federal Question |
| Cause: 28:1331 Federal Question | |

**Plaintiff**

**DeKalb Genetics Corporation**   represented by   **John James Holevas**
Williams & McCarthy
321 West State Street
400
Rockford, IL 61101
(815) 987-8900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Lynch**
Howrey, Simon, Arnold, & White, LLP
750 Bering Drive
Suite 400
Houston, TX 77057
(713) 787-1400

**Marc Charles Gravino**
Williams & McCarthy
321 West State Street
400
Rockford, IL 61101
(815) 987-8900

**Scott W Clark**
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057
713-787-1602
*ATTORNEY TO BE NOTICED*

**Steven G Spears**
Howrey, Simon, Arnold, & White, LLP

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
U.S. DISTRICT COURT
DISTRICT OF ILLINOIS
DATE: 5-31-05

          750 Bering Drive
          Suite 400
          Houston, TX 77057
          (713) 787-1400

**Susan K. Knoll**
Howrey, Simon, Arnold, & White, LLP
750 Bering Drive
Suite 400
Houston, TX 77057
(713) 787-1400

**Thomas A. Miller**
Howrey, Simon, Arnold, & White, LLP
750 Bering Drive
Suite 400
Houston, TX 77057
(713) 787-1400
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Syngenta Seeds Inc**     represented by   **David C. Van Dyke**
                                                               Cassiday, Schade & Gloor
                                                               20 North Wacker Drive
                                                               Suite 1040
                                                               Chicago, IL 60606-2903
                                                               (312) 641-3100
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Don O Burley**
                                                               Finnegan, Henderson, Farabow, Garrett
                                                               & Dunner
                                                               901 New York Ave., NW
                                                               Washington, DC 20001-4413
                                                               (202) 408-4000
                                                               Fax: 202-408-4400
                                                               Email: don.burley@finnegan.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Christopher Michael Welling**
                                                               Cassiday, Schade & Gloor
                                                               20 North Wacker Drive
                                                               Suite 1040

Chicago, IL 60606-2903
(312) 641-3100

**Howard W. Levine**
Finnegan, Henderson, Farabow, Garrett
& Dunner
901 New York Avenue, N.W.
Washington, DC 20001
(202)408-4000

**Jackie Ann Hessian**
Cassiday, Schade & Gloor, LLP
120 West State Street
Suite 401
Rockford, IL 61101-1159
(815) 962-8301
*ATTORNEY TO BE NOTICED*

**Michael J Flibbert**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave, NW
Washington, DC 20001
202-408-4000

**Ronald David Fiet**
Heyl, Royster, Voelker & Allen
120 West State Street
2nd Floor
Rockford, IL 61105
(815) 963-4454

**Scott J Popma**
Finnegan, Henderson, Farabow, Garrett
& Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

**Defendant**

**Syngenta Biotechnology Inc**        represented by    **David C. Van Dyke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don O Burley**
Finnegan, Henderson, Farabow, Garrett

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            

&amp; Dunner
901 New York Ave., NW
Washington, DC 20001-4413
(202) 408-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Welling**
(See above for address)

**Howard W. Levine**
(See above for address)

**Jackie Ann Hessian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Flibbert**
(See above for address)

**Ronald David Fiet**
(See above for address)

**Scott J Popma**
(See above for address)

**Defendant**

Garwood Seed Co.   represented by   **David C. Van Dyke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott J Popma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Golden Harvest Seeds, Inc   represented by   **David C. Van Dyke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott J Popma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Golden Seed Company, LLC   represented by   **David C. Van Dyke**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Scott J Popma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

JC Robinson Seeds, Inc     represented by **David C. Van Dyke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald David Fiet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott J Popma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Sommer Bros. Seed Company     represented by **David C. Van Dyke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott J Popma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Thorp Seed Co.     represented by **David C. Van Dyke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott J Popma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

Bayer CropScience, S.A.     represented by **George Pazuniak**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2004 | 1 | COMPLAINT; jury demand - Civil cover sheet - Appearance(s) of Marc Charles Gravino, John James Holevas as attorney(s) for plaintiff ( 1 summons(es) issued.) ( Documents: 1-1 through 1-3) (clb) (Entered: 07/28/2004) |
| 07/27/2004 | | RECEIPT regarding payment of filing fee paid; on 7/27/04 in the amount of $ 150.00, receipt # 1327. (clb) (Entered: 07/28/2004) |
| 07/27/2004 | | THIS matter is referred to the Hon. P. Michael Mahoney pursuant to Internal Operating Procedure 11(d). (clb) (Entered: 07/28/2004) |
| 08/05/2004 | 2 | RETURN OF SERVICE as to defendant Syngenta Seeds Inc [service on registered agent, T. Kosky, on 7/29/04] (jat) (Entered: 08/06/2004) |
| 08/06/2004 | 3 | RETURN OF SERVICE as to defendant Syngenta Biotech [service on registered agent, H. Hughes, on 7/30/04] (jat) (Entered: 08/06/2004) |
| 08/13/2004 | 4 | ATTORNEY APPEARANCE for Syngenta Seeds Inc, Syngenta Biotech by David C. Van Dyke, Christopher Michael Welling, Jackie Ann Hessian, Ronald David Fiet (jat) (Entered: 08/16/2004) |
| 08/18/2004 | 5 | MOTION by Syngenta Seeds Inc, Syngenta Biotech to extend time to answer ; notice of motion (jat) (Entered: 08/18/2004) |
| 08/20/2004 | | SCHEDULE set on 8/20/04 by Hon. P. Michael Mahoney : Status hearing set to 1:30 9/10/04. Plaintiff is directed to notify any party filing an appearance subsequent to the entry of this order of the status hearing. Mailed notice (glg) (Entered: 08/20/2004) |
| 09/01/2004 | 6 | agreed MOTION by Syngenta Seeds Inc, Syngenta Biotech to extend time to answer ; notice of filing (jat) (Entered: 09/01/2004) |
| 09/08/2004 | 7 | MINUTE ORDER of 9/8/04 by Hon. P. Michael Mahoney : Status hearing re-set for 10/13/04 at 1:30pm. Defendant's agreed motions for extension of time to 10/8/04 to respond to the complaint are granted [6-1] [5-1]. mailed notice (jat) (Entered: 09/09/2004) |
| 09/09/2004 | 8 | STATEMENT by DeKalb Genetics Corp of notification of affiliates; notice of filing (jat) (Entered: 09/10/2004) |
| 09/13/2004 | 9 | MINUTE ORDER of 9/13/04 by Hon. P. Michael Mahoney : This court's minute order of 9/8/04 is amended to reflect that the agreed time for the defendants to respond to the complaint is 9/20/04. mailed notice (jat) (Entered: 09/13/2004) |
| 09/20/2004 | 10 | MOTION by Syngenta Seeds Inc, Syngenta Biotech to dismiss notice of filing; notice of motion (jat) (Entered: 09/21/2004) |
| 09/20/2004 | 11 | MEMORANDUM by Syngenta Seeds Inc, Syngenta Biotech in support motion to dismiss [10-1] (jat) (Entered: 09/21/2004) |

| | | |
|---|---|---|
| 10/12/2004 | 12 | MINUTE ORDER of 10/12/04 by Hon. P. Michael Mahoney : mailed notice: Plaintiff's motions for admission pro hac vice for Thomas A. Miller, Susan K. Knoll, Steven G. Spears and John F. Lynch are granted. (jat) (Entered: 10/13/2004) |
| 10/12/2004 | 13 | APPLICATION for leave to appear pro hac vice for DeKalb Genetics Corp by Thomas A. Miller; Order entered granting leave by Hon. P. Michael Mahoney (jat) (Entered: 10/13/2004) |
| 10/12/2004 | 14 | APPLICATION for leave to appear pro hac vice for DeKalb Genetics Corp by Susan K. Knoll; Order entered granting leave by Hon. P. Michael Mahoney (jat) (Entered: 10/13/2004) |
| 10/12/2004 | 15 | APPLICATION for leave to appear pro hac vice for DeKalb Genetics Corp by Steven G Spears; Order entered granting leave by Hon. P. Michael Mahoney (jat) (Entered: 10/13/2004) |
| 10/12/2004 | 16 | APPLICATION for leave to appear pro hac vice for DeKalb Genetics Corp by John F. Lynch; Order entered granting leave by Hon. P. Michael Mahoney (jat) (Entered: 10/13/2004) |
| 10/13/2004 | 17 | RESPONSE/ opposition by DeKalb Genetics Corp to motion to dismiss [10-1]; (attachments) (jat) (Entered: 10/13/2004) |
| 10/13/2004 | 18 | MINUTE ORDER of 10/13/04 by Hon. P. Michael Mahoney : Filed motion of Defendant's motion to dismiss. Answer brief to motion filed. Reply to answer brief due 10/27/04. Ruling on Defendant's motion to dismiss will be by mail. Status hearing held. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. Parties to hold FRCP 26(f) conference. Case management order due 11/10/04. Initial pretrial conference set for 11/12/04 at 2:00pm. mailed notice (jat) (Entered: 10/14/2004) |
| 10/20/2004 | 19 | MINUTE ORDER of 10/20/04 by Hon. P. Michael Mahoney : mailed notice : Defendant's application for Don O. Burley to appear pro hac vice is granted. (jat) (Entered: 10/21/2004) |
| 10/20/2004 | 20 | APPLICATION for leave to appear pro hac vice for Syngenta Seeds Inc, Syngenta Biotech by Don O Burley; Order entered granting leave by Hon. P. Michael Mahoney (jat) (Entered: 10/21/2004) |
| 10/27/2004 | 21 | REPLY by Syngenta Seeds Inc, Syngenta Biotech in support of its motion to dismiss [10-1]; notice of filing (jat) (Entered: 10/28/2004) |
| 11/10/2004 | 22 | PROPOSED Case Management Order by Syngenta Seeds Inc (jmm (Entered: 11/10/2004) |
| 11/10/2004 | 23 | Proposed case management order by DeKalb Genetics Corp (jat) (Entered: 11/12/2004) |
| 11/12/2004 | | SCHEDULE set on 11/12/04 by Hon. P. Michael Mahoney : Initial Pretrial conference held. Case management orders approved in part. FRCP |

| | | |
|---|---|---|
| | | 26(a)(1) disclosure due 12/10/04. Parties given 25 inerrogatories each, 100 requests each and 100 hours of depositions each. Amendment of pleadings due 1/28/05. Fact Discovery ordered closed on 8/31/05. Dispositive motions due 9/30/05. Burden-based FRCP 26(a)(2) expert disclosure due 9/21/05. Depositions by 10/14/05. Responsive FRCP 26(a)(2) expert disclosure due 11/2/05. Depositions by 11/30/04. Discovery conference set for 2:00 2/4/05. Telephonic Status hearing to set briefing on motion to transfer set to 10:00 11/18/04 . No notice (glg) (Entered: 11/12/2004) |
| 11/12/2004 | 24 | STATEMENT by Syngenta Seeds Inc, Syngenta Biotech of Local Rule 3.2(a); notice of filing (jat) (Entered: 11/15/2004) |
| 11/12/2004 | 25 | MOTION by Syngenta Seeds Inc, Syngenta Biotech to transfer case ; memorandum in support attached; (exhibits attached); notice of filing (jat) (Entered: 11/15/2004) |
| 11/18/2004 | 26 | MINUTE ORDER of 11/18/04 by Hon. P. Michael Mahoney : Filed motion of Defendants' contingent motion to transfer. Answer brief to motion due 12/21/04. Reply to answer brief due 1/13/05. Ruling on Defendants' contingent motion to transfer will be by mail. Status hearing held. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. mailed notice (jat) (Entered: 11/19/2004) |
| 12/21/2004 | 27 | RESPONSE/opposition by DeKalb Genetics Corp to motion to transfer case [25-1] ; (attachments) (jat) (Entered: 12/21/2004) |
| 01/13/2005 | 28 | MEMORANDUM by Syngenta Seeds Inc, Syngenta Biotech in support motion to transfer case [25-1] ; (attachments), notice of filing (jat) (Entered: 01/13/2005) |
| 01/18/2005 | 29 | MINUTE entry before Judge Philip G. Reinhard : Defendants are ordered to file an original and a judge's copy of missing page 14 of their memorandum in support of their motion to transfer. (jmm-r, ) (Entered: 01/19/2005) |
| 01/20/2005 | 30 | SUPPLEMENT by Syngenta Seeds Inc, Syngenta Biotechnology Inc to memorandum in support of motion 28 ; page 14 (missing from original); notice of filing(jat, ) (Entered: 01/20/2005) |
| 01/20/2005 | 31 | NOTICE by Don O Burley of Change of Address; notice of filing (jat, ) (Entered: 01/20/2005) |
| 01/27/2005 | 32 | first AMENDED complaint by DeKalb Genetics Corporation against Garwood Seed Co. Inc, Golden Harvest Seeds, Inc, Golden Seed Co., LLC, J C Robinson Seed Company, Sommer Brothers Seed Co., Inc, Thorp Seed Co., Inc, Syngenta Seeds Inc, Syngenta Biotechnology Inc ;notice of filing, Jury Demand(jat, ) (Entered: 01/27/2005) |
| 01/27/2005 | 33 | SUMMONS Issued as to Defendants Garwood Seed Co. Inc, Golden Harvest Seeds, Inc, Golden Seed Co., LLC, J C Robinson Seed Company, Sommer Brothers Seed Co., Inc, Thorp Seed Co., Inc (jat, ) (Entered: |

CM/ECF LIVE, Ver... Case 1:05-cv-00355-SLR...Northern Ill... Document 87 https://ecf.ilnd...cgi-bin/... Filed 06/03/2005 Page 9 of 103 5045952977-L_2...

| | | |
|---|---|---|
| | | 01/27/2005) |
| 02/04/2005 | 34 | STIPULATED PROTECTIVE Order Signed by Judge P. Michael Mahoney on 2/4/2005 (jmm-r, ) (Entered: 02/04/2005) |
| 02/04/2005 | 35 | MINUTE entry before Judge P. Michael Mahoney : Discovery conference held. Defendant's application for Howard Levin to appear pro hac vice is granted. Enter stipulated protective order. Discovery conference continued to 3/2/05 at 3:00pm. Telephoned notice. [For further detail see attached order.] (Attachments: # 1 stipulated protective order) (jat, ) (Entered: 02/07/2005) |
| 02/07/2005 | 36 | SUMMONS Returned Executed as to Golden Harvest Seeds, Inc on 1/31/2005, answer due 2/22/2005. (jat, ) (Entered: 02/07/2005) |
| 02/10/2005 | 37 | SUMMONS Returned Executed by DeKalb Genetics Corporation as to J C Robinson Seed Company on 2/3/2005, answer due 2/23/2005. (jmm-r, ) (Entered: 02/10/2005) |
| 02/10/2005 | 38 | MINUTE entry before Judge P. Michael Mahoney : Defendant's application for Michael J. Flibbert to appear pro hac vice is granted. Mailed notice. (jat, ) (Entered: 02/11/2005) |
| 02/10/2005 | 39 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Syngenta Seeds Inc, Syngenta Biotechnology Inc by Michael J Flibbert; Order entered granting leave by P. Michael Mahoney. Filing fee $ 50 paid, receipt number 1695 (jat, ) (Entered: 02/11/2005) |
| 02/14/2005 | 40 | SUMMONS Returned Executed as to Sommer Brothers Seed Co., Inc on 2/8/2005, answer due 2/28/2005. (jat, ) (Entered: 02/14/2005) |
| 02/14/2005 | 41 | SUMMONS Returned Unexecuted as to Garwood Seed Co. Inc. (jat, ) (Entered: 02/14/2005) |
| 02/14/2005 | 42 | SUMMONS Returned Executed as to Golden Seed Co., LLC on 2/8/2005, answer due 2/28/2005. (jat, ) (Entered: 02/14/2005) |
| 03/02/2005 | 43 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Syngenta Seeds Inc, Syngenta Biotechnology Inc by Howard W. Levine; Order entered granting leave by P. Michael Mahoney on 2/4/05. Filing fee $ 50 paid, receipt number 1735 (jat, ) (Entered: 03/02/2005) |
| 03/02/2005 | 44 | unopposed MOTION by Plaintiff DeKalb Genetics Corporation for correction of misnamed defendants (jat, ) (Entered: 03/02/2005) |
| 03/03/2005 | 45 | MINUTE entry before Judge P. Michael Mahoney : Telephonic discovery conference held. Pursuant to stipulation of the parties, defendants accept service of first amended complaint. Response due 3/10/05. Plaintiff's unopposed motion for correction of misnamed defendants 44 is granted. Plaintiff's motion for Scott W. Clark to be admitted pro hac vice is granted. Defendants' application for Howard W. Levine to appear pro hac vice is granted. Discovery conference continued to 4/6/2005 at 02:30 PM. telephone notice (jat, ) (Entered: 03/04/2005) |

| | | |
|---|---|---|
| 03/03/2005 | 46 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of DeKalb Genetics Corporation by Scott W Clark; Order entered granting leave by P. Michael Mahoney. Filing fee $ 50 paid, receipt number 1736. Plaintiff's motion for admission pro hac vice for Scott W. Clark by John J. Holevas, Esq. attached. (jat, ) (Entered: 03/04/2005) |
| 03/03/2005 | 47 | STIPULATION re: acceptance of service of First Amended Complaint; signed by Magistrate Mahoney (jat, ) (Entered: 03/07/2005) |
| 03/10/2005 | 48 | ANSWER to first amended complaint by Syngenta Seeds Inc, Syngenta Biotechnology Inc, Garwood Seed Co., Golden Harvest Seeds, Inc, Golden Seed Company, LLC, Sommer Bros. Seed Company, Thorp Seed Co.; notice of filing(jat, ) (Entered: 03/11/2005) |
| 03/10/2005 | 49 | MOTION by Defendant JC Robinson Seeds, Inc to dismiss it for lack of personal jurisdiction (jat, ) (Entered: 03/11/2005) |
| 03/10/2005 | 50 | MOTION by Defendants Syngenta Seeds Inc, Syngenta Biotechnology Inc to withdraw its motion to dismiss 10 and pursue its transfer motion 25 with attached Memorandum in support (jat, ) (Entered: 03/11/2005) |
| 03/10/2005 | 51 | MOTION by Defendants Garwood Seed Co., Golden Harvest Seeds, Inc, Golden Seed Company, LLC, Sommer Bros. Seed Company, Thorp Seed Co. to transfer (jat, ) (Entered: 03/11/2005) |
| 03/10/2005 | 52 | NOTICE by David C. Van Dyke for presentment of motion to dismiss/lack of jurisdiction 49, motion to withdraw 50, motion to transfer case 51 before Honorable P. Michael Mahoney on 3/25/2005 at 01:30 PM. (jat, ) (Entered: 03/11/2005) |
| 03/14/2005 | 53 | TRANSCRIPT of proceedings for the following dates: 11/12/04; Before the Honorable P. Michael Mahoney (jat, ) (Entered: 03/14/2005) |
| 03/17/2005 | 54 | MINUTE entry before Judge Philip G. Reinhard : Defendants, Syngenta Seeds and Syngenta Biotechnology, having filed a motion to withdraw their prior motion to dismiss the original complaint based on the complaint being superseded by an amended complaint and defendants having answered the amended complaint thereby rendering the motion to dismiss moot, the court grants the motion to withdraw 50 the motion to dismiss 10. judge's staff mailed notice (jat, ) (Entered: 03/18/2005) |
| 03/23/2005 | 55 | MOTION by Plaintiff DeKalb Genetics Corporation to appoint Robert L. Harmon as special master; (Attachments) (jmm-r, ) (Entered: 03/23/2005) |
| 03/23/2005 | 56 | NOTICE of Motion by John Holevas for presentment of motion to appoint Robert L. Harmon as special master 55 before Honorable P. Michael Mahoney on 3/25/2005 at 1:30 PM. (jmm-r, ) (Entered: 03/23/2005) |
| 03/25/2005 | 57 | MINUTE entry before Judge P. Michael Mahoney : Motion to transfer case 25 motion to transfer case 51 set dealines: Reesponse due 4/8/05. Repply due 4/15/05. Set deadlines as to motion to appoint expert 55 : Responses due by 4/15/2005. If a party is not going to file a brief in |

| | | |
|---|---|---|
| | | response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. Motion to dismiss entered and continued to 5/16/05 at 1:30 pm. Judge's staff mailed notice (glg, ) (Entered: 03/25/2005) |
| 04/01/2005 | 58 | TRANSCRIPT of proceedings for the following dates: 3/25/2005; Before the Honorable P. Michael Mahoney (jmm-r, ) (Entered: 04/01/2005) |
| 04/04/2005 | 59 | MOTION by Plaintiff DeKalb Genetics Corporation to compel discovery from defendants (jat, ) (Entered: 04/05/2005) |
| 04/04/2005 | 60 | NOTICE by DeKalb Genetics Corporation for presentment of motion to compel 59 before Honorable P. Michael Mahoney on 4/6/2005 at 02:30 PM. (jat, ) (Entered: 04/05/2005) |
| 04/06/2005 | 61 | MINUTE entry before Judge Sidney I. Schenkier : Discovery conference held. Defendant's motion for Scott Popma to appear pro hac vice is granted. Plaintiff's motion to compel presented. Disclosure of opinion of counsel due 7/29/05 as stated in open court. As to point 1 plaintiff to supplement motion by 4/15/05. As to point 1 and 2, response due 5/6/05. Reply due 5/16/05. As to points 3 and 4 motion is withdrawn by agreement. Defendants are ordered to produce documents responsive to discovery requests in this case subject to confidential agreement involving Bayer by 4/27/05. If Bayer intervenes, they must notice by 4/20/05 and appear by 4/27/05. Discovery conference continued to 5/16/2005 at 01:30 PM. docketing mailed notice (jat, ) (Entered: 04/07/2005) |
| 04/06/2005 | 62 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Syngenta Seeds Inc, Syngenta Biotechnology Inc, Garwood Seed Co., Golden Harvest Seeds, Inc, Golden Seed Company, LLC, JC Robinson Seeds, Inc, Sommer Bros. Seed Company, Thorp Seed Co. by Scott J Popma; Order entered granting leave by Sidney I. Schenkier. Filing fee $ 50 paid, receipt number 1810 (jat, ) Additional attachment(s) added on 4/7/2005 (jat, ). Additional attachment(s) added on 4/7/2005 (jat, ). (Entered: 04/07/2005) |
| 04/08/2005 | 63 | DeKalb's OPPOSITION to the Golden Harvest Companies' motion to transfer 51 (jat, ) (Entered: 04/08/2005) |
| 04/15/2005 | 64 | RESPONSE by Syngenta Seeds Inc, Syngenta Biotechnology Inc, Garwood Seed Co., Golden Harvest Seeds, Inc, Golden Seed Company, LLC, Sommer Bros. Seed Company, Thorp Seed Co. to MOTION by Plaintiff DeKalb Genetics Corporation to appoint Robert L. Harmon as Special Master 55 ; notice of filing (jat, ) (Entered: 04/18/2005) |
| 04/15/2005 | 65 | supplemental MEMORANDUM by DeKalb Genetics Corporation in Support of motion to compel production of documents from defendants' corporate parent 59 (jat, ) (Entered: 04/18/2005) |
| 04/15/2005 | 67 | REPLY Memorandum by Garwood Seed Co., Golden Harvest Seeds, Inc, Golden Seed Company, LLC, Sommer Bros. Seed Company, Thorp Seed Co. in Support of MOTION to transfer case 51 ; notice of filing [EXHIBIT 2 is filed under seal] (jat, ) (Entered: 04/18/2005) |

| | | |
|---|---|---|
| 04/18/2005 | 66 | TRANSCRIPT of proceedings for the following dates: 4/6/05; Before the Honorable Sidney I. Schenkier (jat, ) (Entered: 04/18/2005) |
| 04/20/2005 | 68 | NOTICE of Intent to Intervene by Bayer CropScience, S.A. (jat, ) (Entered: 04/21/2005) |
| 04/22/2005 | 69 | NOTICE by DeKalb Genetics Corporation for presentment of STIPULATED AMENDED PROTECTIVE ORDER before Honorable P. Michael Mahoney on 5/16/2005 at 01:30 PM. (jat, ) (Entered: 04/25/2005) |
| 04/22/2005 | 70 | MOTION by Plaintiff DeKalb Genetics Corporation for leave to file Sur-Reply to the Golden Harvest Companies' motion to transfer (jat, ) (Entered: 04/25/2005) |
| 04/22/2005 | 71 | NOTICE by DeKalb Genetics Corporation for presentment of motion for leave to file 70 before Honorable P. Michael Mahoney on 5/4/2005 at 01:30 PM. (jat, ) (Entered: 04/25/2005) |
| 04/29/2005 | 73 | STIPULATION and Order Signed by Judge P. Michael Mahoney on 4/29/2005:(jat, ) (Entered: 05/04/2005) |
| 05/03/2005 | 72 | MINUTE entry before Judge P. Michael Mahoney : Pursuant to stipulation of the parties, Bayer given to April 29, 2005 to appaer or move to intervene. Enter order. Judge's staff mailed notice (glg, ) (Entered: 05/03/2005) |
| 05/04/2005 | 74 | MINUTE entry before Judge P. Michael Mahoney : Motion for leave to file sur reply 70 to the motion to transfer is granted No notice (glg, ) (Entered: 05/04/2005) |
| 05/06/2005 | 75 | RESPONSE by Syngenta Seeds Inc, Syngenta Biotechnology Inc in Opposition to MOTION by Plaintiff DeKalb Genetics Corporation to compel 59 (jat, ) (Entered: 05/06/2005) |
| 05/10/2005 | 76 | MOTION by Defendant JC Robinson Seeds, Inc to withdraw its motion to dismiss for lack of personal jurisdiction 49 (jat, ) (Entered: 05/11/2005) |
| 05/10/2005 | 77 | NOTICE by JC Robinson Seeds, Inc for presentment of motion to withdraw 76 before Honorable P. Michael Mahoney on 5/18/2005 at 01:30 PM. (jat, ) (Entered: 05/11/2005) |
| 05/10/2005 | 78 | ANSWER to first amended complaint with Jury Demand and Affirmative Defenses by JC Robinson Seeds, Inc; notice of filing(jat, ) (Entered: 05/11/2005) |
| 05/12/2005 | 79 | second MOTION by Plaintiff DeKalb Genetics Corporation to compel discovery from defendants (jat, ) (Entered: 05/13/2005) |
| 05/12/2005 | 80 | NOTICE by plaintiff for presentment of motion to compel 79 before Honorable P. Michael Mahoney on 5/16/2005 at 01:30 PM. (jat, ) (Entered: 05/13/2005) |
| 05/13/2005 | 81 | REPLY by DeKalb Genetics Corp to Syngenta's opposition 75 to Dekalb's motion to compel discovery 59 (jat, ) (Entered: 05/16/2005) |

| | | |
|---|---|---|
| 05/16/2005 | 82 | MINUTE entry before Judge P. Michael Mahoney : Motion to withdraw motion to dismiss 76 is granted, Second Motion to compel 79 is taken under advisement, Discovery hearing held on 5/16/2005, Set deadlines as to motion to compel 79 : Privilege log and Responses due by 5/23/2005 Replies due by 5/31/2005. If a party is not going to file a brief in response or reply, it is tht party's obligation, within thte time frame established by this order, to so notify the court in writing. Parties to send stipulation as to what is resolved on motion by 5/23/05. Defendant to 5/20/05 to file affidavit as to 1st motion to compel. Discvoery hearing set for 6/29/2005 at 02:30 PM. Enter stipulated protective order. Judge's staff mailed notice (glg, ) (Entered: 05/16/2005) |
| 05/16/2005 | 83 | stipulated amended PROTECTIVE Order Signed by Judge P. Michael Mahoney on 5/16/2005:(jat, ) (Entered: 05/17/2005) |
| 05/19/2005 | 84 | TRANSCRIPT of proceedings for the following dates: 5/16/05; Before the Honorable P. Michael Mahoney (jat, ) (Entered: 05/19/2005) |
| 05/19/2005 | 85 | MINUTE entry before Judge Philip G. Reinhard : For the reasons stated below, the court grants defendants' motion to transfer this case to the United States District of Delaware 25, 51. The motion to appoint a special master 55 is denied as moot. [For further details see text below.] judge's staff mailed notice (jat, ) (Entered: 05/19/2005) |
| 05/19/2005 | | ***Civil Case Terminated. (jat, ) (Entered: 05/23/2005) |
| 05/20/2005 | 86 | DECLARATION of Michael J. Flibbert by Syngenta Seeds Inc, Syngenta Biotechnology Inc, Garwood Seed Co., Golden Harvest Seeds, Inc, Golden Seed Company, LLC, JC Robinson Seeds, Inc, Sommer Bros. Seed Company, Thorp Seed Co. ; notice of filing (jat, ) (Entered: 05/20/2005) |