AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DEKALB GENETICS CORPORATION,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:    0 4 C 5 0 3 2 3

SYNGENTA SEEDS, INC., and
SYNGENTA BIOTECHNOLOGY, INC.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO:    Syngenta Seeds, Inc., c/o CT
Corporation System, Inc., Registered
Agent, 405 2nd Avenue South,
Minneapolis, MN 55401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Holevas
Williams & McCarthy
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

7/27/04
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 29, 2004 |

| NAME OF SERVER *(PRINT)* Dale Bowles | TITLE Process server |
|---|---|

DOCKETED
AUG 0 6 2004
5

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

XX ☑ Left copies thereof at the defendant's registered agent, ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion ~~then residing therein~~.

Name of person with whom the summons and complaint were left:   Tessa Kosky, Process Specialist.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 29, 2004   _____
              Date              *Signature of Server*   Dale Bowles

PO Box 23036
~~Minneapolis, MN 55423~~
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2