AO 440 (Rev. 05/00) Summons in a Civil Action 

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

DEKALB GENETICS CORPORATION,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:    0 4 C 5 0 3 2 3

SYNGENTA SEEDS, INC., and
SYNGENTA BIOTECHNOLOGY, INC.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO:    Syngenta Biotechnology, Inc., c/o CT
Corporation System, Inc., Registered
Agent, 327 Hillsborough Street,
Raleigh, NC 27603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Holevas
Williams & McCarthy
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900

an answer to the complaint which is herewith served upon you,        *20*        days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

7/27/04

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

**DOCKETED**

AUG 0 6 2004

| Service of the Summons and complaint was made by me[1] | DATE  7·30·04 |
|---|---|
| NAME OF SERVER *(PRINT)*   PAULINE PURVIS | TITLE   PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Corporate Services  by  Serving  Corporation System Company  as Registered Agent c/o Fran Wilkinson, Heather Hughes  @ 327 Hillsborough St., Raleigh NC 27603

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7·30·04
_____
Date

*Signature of Server*

120 Penmarc Dr Suite 118
Raleigh NC 27529
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

3