Attorney #6204705

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04 C 50323 |
| ) | |
| SYNGENTA SEEDS, INC. and ) | JUDGE PHILIP G. REINHARD |
| SYNGENTA BIOTECHNOLOGY, INC., ) | |
| ) | MAGISTRATE JUDGE P. MICHAEL |
| Defendants. ) | MAHONEY |

DOCKETED
AUG 1 8 2004

## MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

NOW COME the Defendants, SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., by and through its attorneys, David C. Van Dyke and Jackie A. Hessian, and move this court to grant them an extension of time of forty-five (45) days to file their Answer to Plaintiff DEKALB GENETICS CORPORATION'S Complaint, up to and including October 8, 2004.

Respectfully submitted,

CASSIDAY, SCHADE & GLOOR

Attorneys for Defendant, SYNGENTA
SEEDS, INC. and SYNGENTA
BIOTECHNOLOGY, INC.

David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR
20 N. Wacker Dr.
Suite 1040
Chicago, Illinois 60606
(312) 641-3100
Attorney No. 6204705

6619252 DVANDYKE; MPALUMBO

Attorney #6204705

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04 C 50323 |
| ) | |
| SYNGENTA SEEDS, INC. and ) | JUDGE PHILIP G. REINHARD |
| SYNGENTA BIOTECHNOLOGY, INC., ) | |
| ) | MAGISTRATE JUDGE P. MICHAEL |
| Defendants. ) | MAHONEY |

## NOTICE OF MOTION

TO:  John J. Holevas                     John F. Lynch
     WILLIAMS & MCCARTHY                 Thomas A. Miller
     321 West State Street               Susan K. Knoll
     Rockford, IL 61101                  HOWREY SIMON ARNOLD & WHITE, LLP
                                         750 Bering Drive
                                         Houston, TX 77057

Please take notice that on August 25, 2004, at 1:30 p.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Magistrate Judge P. Michael Mahoney, Room 206, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present Defendants' Motion for Extension of Time to Answer, a copy of which is herewith served upon you.

CASSIDAY, SCHADE & GLOOR, LLP

BY: _____
Attorneys for Defendants, SYNGENTA SEEDS,
INC. and SYNGENTA BIOTECHNOLOGY, INC.

David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606
(312) 641-3100

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF WINNEBAGO    )

    The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing pleadings therein was served upon the parties to which it is addressed, by mailing a copy in sealed, postage prepaid envelopes, by depositing same in the U.S. Mail chute at 120 W. State Street, Rockford, IL 61101 on August 18, 2004.

SUBSCRIBED and SWORN to
before me on this August 18, 2004

OFFICIAL SEAL
BARBARA A. LANEGRAFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-8-2008

NOTARY PUBLIC

6619281 DVANDYKE;MPALUMBO