FC27477/DVD/JAH/10588                                                          Attorney #6204705

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 50323 |
| | ) | |
| SYNGENTA SEEDS, INC. and | ) | JUDGE PHILIP G. REINHARD |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | |
| | ) | MAGISTRATE JUDGE P. MICHAEL |
| Defendants. | ) | MAHONEY |

**DOCKETED SEP 01 2004**

### AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

NOW COME the Defendants, Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc., by and through their attorneys, David C. Van Dyke and Ronald D. Fiet, and move this court to grant them an extension of time of twenty-eight (28) days to file their Answer to Plaintiff's Complaint, up to and including September 20, 2004, the date of which has been agreed by counsel for both Plaintiff and Defendants.

Respectfully submitted,

CASSIDAY, SCHADE & GLOOR

_____
Attorneys for Defendants, SYNGENTA
SEEDS, INC. and SYNGENTA
BIOTECHNOLOGY, INC.

David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
120 W. State Street, Suite 401
Rockford, Illinois 61101
(815) 962-8301

6624951 DVANDYKE; MPALUMBO

27477/10588/DVD/CMW/JH                                                              ARDC# 6204705

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 50323 |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | JUDGE PHILIP G. REINHARD |
| | ) | |
| Defendants. | ) | MAGISTRATE JUDGE P. MICHAEL MAHONEY |

### NOTICE OF FILING

TO:   *See Attached Service List*

**PLEASE TAKE NOTICE** that we have on September 1, 2004 filed Defendants' Agreed Motion for Extension of Time to Answer Plaintiff's Complaint with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By: _____
One of the Attorneys for SYNGENTA SEEDS, INC.
and SYNGENTA BIOTECHNOLOGY, INC.

David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
120 W. State Street, Suite 401
Rockford, Illinois 61101
(815) 962-8301

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF WINNEBAGO )

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by depositing same in the U.S. Mail Chute at 120 W. State Street, Suite 401, Rockford, Illinois on September 1, 2004.

_____

**SUBSCRIBED AND SWORN** to
before me this _1st_ day of
_SEPTEMBER_, 2004

_____
**NOTARY PUBLIC**

OFFICIAL SEAL
RONALD D. FIET
NOTARY PUBLIC-STATE OF ILLINOIS
My Commission Expires 05/15/2008

27477/10588/DVD/CMW/JH
*DeKalb Genetics Corporation v. Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.*

## SERVICE LIST

ATTORNEYS FOR PLAINTIFF:
John J. Holevas, Esq.
WILLIAMS AND MCCARTHY
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)

John F. Lynch
Thomas A. Miller
Susan K. Knoll
HOWREY SIMON ARNOLD
 & WHIRE, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)

6624965 DVANDYKE;MPALUMBO