IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, | C.A. NO. 04 C 50323 |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., | Judge Philip G. Reinhard |
| Defendants. | Magistrate Judge P. Michael Mahoney |



## DEKALB GENETICS CORPORATION'S NOTIFICATION OF AFFILIATES

Plaintiff, DEKALB Genetics Corporation provides this notification of affiliates pursuant to Local Rule 3.2. DEKALB Genetics Corporation is a wholly owned subsidiary of Monsanto Company, a corporation organized and existing under the laws of the State of Delaware, with offices located at 800 North Lindbergh Boulevard, St. Louis, Missouri, 63167.

Dated: ___9 / 9 / 04___         Respectfully submitted,

By _____
John J. Holevas
Illinois Bar No. 06193197
WILLIAMS & MCCARTHY
321 West State Street
Rockford, IL  61101
(815) 987-8900

John F. Lynch
Thomas A. Miller
Susan K. Knoll
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX  77057
(713) 787-1400

ATTORNEYS FOR PLAINTIFF
DEKALB GENETICS CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that at 5:00 o'clock p.m. on September 7, 2004, at 321 West State Street, Rockford, Illinois, a copy of the foregoing instrument was served upon the following party:

Mr. David C. Van Dyke
CASSIDAY SCHADE & GLOOR
23 N. Wacker Dr., Suite 1040
Chicago, IL 60606
Fax: (312) 444-1669

**VIA FACSIMILE AND FIRST-CLASS MAIL**

John J. Holevas

John J. Holevas
WILLIAMS & McCARTHY
P. O. Box 219
Rockford, IL 61105
Tel: (815) 987-8900

John F. Lynch
Thomas A. Miller
Susan K. Knoll
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198
Tel: (713) 787-1400

ATTORNEYS FOR PLAINTIFF

Notification of Affiliates

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION NO.:  04 C 50323 |
| SYNGENTA SEEDS, INC.  AND | ) | |
| SYNGENTA BIOTECHNOLOGY, | ) | JURY TRIAL DEMANDED |
| INC., | ) | |
| | ) | Judge Philip G.  Reinhard |
| Defendants. | ) | |
| | ) | Magistrate Judge P.  Michael Mahoney |

**NOTICE OF FILING**

TO:   Mr.  David C.  Van Dyke
CASSIDAY SCHADE & GLOOR
23 N.  Wacker Dr., Suite 1040
Chicago, IL 60606
Fax: (312) 444-1669

PLEASE TAKE NOTICE that Plaintiff, DEKALB Genetics Corporation, has on

the _____ day of September, 2004, filed a Notification of Affiliates in the above-captioned

matter.  A copy of which is served upon you herewith.

DEKALB Genetics Corporation, Plaintiff
By: Williams & McCarthy, One of Its Attorneys

By: _____
John J.  Holevas, Esq.

1

Illinois Bar No. 06193197
WILLIAMS & MCCARTHY
321 West State Street
Rockford, IL  61101
 (815) 987-8900

John F. Lynch
Thomas A.  Miller
Susan K. Knoll
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX  77057
(713) 787-1400

ATTORNEYS FOR PLAINTIFF
DEKALB GENETICS CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that at 5:00 o'clock p.m. on September 7, 2004, at 321

West State Street, Rockford, Illinois, a copy of the foregoing instrument was served upon the

following party:

Mr. David C. Van Dyke
CASSIDAY SCHADE & GLOOR
23 N. Wacker Dr., Suite 1040
Chicago, IL 60606
Fax: (312) 444-1669

**VIA FACSIMILE AND FIRST-CLASS MAIL**



John J. Holevas

John J. Holevas
WILLIAMS & McCARTHY
P. O. Box 219
Rockford, IL 61105
Tel: (815) 987-8900

John F. Lynch
Thomas A. Miller
Susan K. Knoll
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198
Tel: (713) 787-1400

ATTORNEYS FOR PLAINTIFF

Not of Filing.02.wpd

3