IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | **DOCKETED** |
| Plaintiff, | ) ) ) | Civil Action No. 04C50323 SEP 21 2004 |
| v. | ) ) | Judge Philip G. Reinhard |
| SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., | ) ) ) | Magistrate Judge P. Michael Mahoney |
| | ) ) | **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) ) | 05-355 |

### SYNGENTA'S MOTION TO DISMISS IN LIEU OF ANSWER

Defendants Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc., by and through their attorneys, David C. Van Dyke and Ronald D. Fiet, respectfully move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss this patent infringement action filed by Plaintiff DeKalb Genetics Corporation.

A Memorandum in support of this Motion is attached.

Dated: September 20, 2004

Respectfully submitted,

SYNGENTA SEEDS, INC. AND SYNGENTA
BIOTECHNOLOGY, INC., *Defendants*

_____
David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Dr.
Suite 1040
Chicago, Illinois 60606
(312) 641-3100
Attorney No. 6204705

/0

Of counsel:

Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

27477/10588/DVD/CMW/JH                                                        ARDC# 6204705

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 04 C 50323 |
| v. ) | |
| ) | Judge Philip G. Reinhard |
| SYNGENTA SEEDS, INC., et al., ) | |
| ) | Magistrate Judge P. Michael Mahoney |
| Defendants. ) | |

## NOTICE OF FILING

TO:   *See Attached Service List*

**PLEASE TAKE NOTICE** that we have on September 20, 2004 filed Defendants' Motion to Dismiss in Lieu of Answer with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By: _____
One of the Attorneys for SYNGENTA SEEDS, INC.
and SYNGENTA BIOTECHNOLOGY, INC.

David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois   60606
(312) 641-3100

Of Counsel:
Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C.  20005-3315
(202) 408-4000

STATE OF ILLINOIS     )
                      ~~WINNEBAGO~~ ) SS.
COUNTY OF ~~COOK~~    )

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing pleadings therein was served upon the parties to which it is addressed, by transmitting a copy via facsimile and mailing a copy in sealed, postage prepaid envelopes, by depositing same in the U.S. Mail chute at 120 W. State St., Rockford, IL 61101 on September 20, 2004.

_____

SUBSCRIBED AND SWORN to
before me this 20th day of
September, 2004.

_____
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA A. LANEGRAFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-8-2008

27477/10588/DVD/CMW/JH
DeKalb Genetics Corporation v. Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

## SERVICE LIST

**VIA FACSIMILE NO. (815) 968-0019
AND FIRST CLASS MAIL:**
John J. Holevas, Esq.
WILLIAMS AND MCCARTHY
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)

**VIA FACSIMILE NO. (713) 787-1440
AND FIRST CLASS MAIL**
John F. Lynch
Thomas A. Miller
Susan K. Knoll
HOWREY SIMON ARNOLD
 & WHIRE, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)

6631156 DVANDYKE;MPALUMBO

27477/10588/DVD/CMW/JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 50323 |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendants. | ) | Magistrate Judge P. Michael Mahoney |

### NOTICE OF MOTION

TO:   See Attached Service List

Please take notice that on October 13, 2004 at 1:30 p.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge P. Michael Mahoney, Room 206, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present Defendants' Motion to Dismiss in Lieu of Answer, a copy of which is herewith served upon you.

CASSIDAY, SCHADE & GLOOR, LLP

BY: _____
Attorneys for SYNGENTA SEEDS, INC. and
SYNGENTA BIOTECHNOLOGY, INC.

David C. Van Dyke (6204705)
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606
(312) 641-3100

Of Counsel:
Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

STATE OF ILLINOIS        )
                 WINNEBAGO ) SS
COUNTY OF ~~COOK~~       )

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by transmitting a copy via facsimile and depositing same in the U.S. Mail Chute at 120 W. State St., Rockford, Illinois on September 20, 2004.

SUBSCRIBED AND SWORN to before me this 30th day of September, 2004.

OFFICIAL SEAL
BARBARA A. LANEGRAFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-8-2008

Barbara A. Lanegraff
NOTARY PUBLIC

27477/10588/DVD/CMW/JH
DeKalb Genetics Corporation v. Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

## SERVICE LIST

**VIA FACSIMILE NO. (815) 968-0019
AND FIRST CLASS MAIL**
John J. Holevas, Esq.
WILLIAMS AND MCCARTHY
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)

**VIA FACSIMILE NO. (713) 787-1440
AND FIRST CLASS MAIL**
John F. Lynch
Thomas A. Miller
Susan K. Knoll
HOWREY SIMON ARNOLD
 & WHIRE, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)

6631180 DVANDYKE:MPALUMBO