IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

OCT 1 2 2004

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

DOCKETED OCT 18 2004

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | NO. 04 C 50323 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| vs. | ) | |
| | ) | Judge Philip G. Reinhard |
| SYNGENTA SEEDS, INC. and | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | Magistrate P. Michael Mahoney |
| | ) | |
| Defendants. | ) | 05-355 |

## PLAINTIFF'S MOTION FOR *ADMISSION PRO HAC VICE* FOR SUSAN K. KNOLL

NOW COMES Attorney John J. Holevas and moves this court pursuant to Rule 3.12 of the General Rules of the United States District Court for the Northern District of Illinois to admit Attorney Susan K. Knoll *pro hac vice* by comity to practice before this court in the above-captioned matter, and in support of this motion, attached and made a part hereto as Exhibit 1 is the Application for Leave to Appear *Pro Hac Vice* by Susan K. Knoll.

Attorney John J. Holevas is admitted to practice before the general and trial bar of the Northern District of Illinois, Western Division, and serves as local counsel for Plaintiff, DEKALB Genetics Corporation in this matter.

WHEREFORE, and by reason of the foregoing, movant, John J. Holevas respectfully requests that this court enter an order admitting Attorney Susan K. Knoll *pro hac vice* in the above-captioned matter.

Dated: 10/4/04

Respectfully Submitted,

_____
John J. Holevas, Esq.

14

<u>CERTIFICATE OF LAWYER</u>

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that a copy of the foregoing instrument was delivered via Federal Express on October ___, 2004, at or about the hour of 5:00 p.m., addressed to the following:

>David C. Van Dyke
>Cassiday, Schade & Gloor, LLP
>20 N. Wacker Drive, Suite 1040
>Chicago, IL 60606

>Michael J. Flibbert
>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
>1300 I Street, N.W.
>Washington, D.C. 20005-3315

John J. Holevas
WILLIAMS & McCARTHY
321 West State Street, Suite 400
Rockford, IL 61101
815-987-8900

John F. Lynch
Thomas A. Miller
Susan K. Knoll
Steven G. Spears
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198
713-787-1400

Attorneys for Plaintiff

Motion PHV Knoll.wpd(dg)    2

(Revised 02/01/01)

# United States District Court Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | DEKALB Genetics Corporation | Plantiff(s) |
| --- | --- | --- |
| | VS. | |
| | Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc. | Defendant(s) |
| Case Number: 04 C 50323 | Judge: | Philip G. Reinhard |

I, **Susan K. Knoll** _____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

**DEKALB Genetics Corporation** _____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
| --- | --- |
| Southern District of Texas | 11/10/88 |
| Federal Circuit | 04/08/91 |
| Fifth Circuit | 10/19/92 |
| Supreme Court | 11/07/94 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions: Previously filed DEKALB Genetics Corporation cases: 96 C 50112, 96 C 50113, 96 C 50114, 96 C 50169, 96 C 50239, 96 C 50240, 96 C 50241, 96 C 50284, 96 C 50288, 96 C 50289, 96 C 50290, 98 C 50186, 99 C 50212, 99 C 50385, 00 C 50201. Applications were granted.

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**   Yes [X]   No [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

censured, suspended, disbarred, or otherwise disciplined by any court?   Yes [ ]   No [X]

or is the applicant currently the subject of an investigation of the applicant's professional conduct?   Yes [ ]   No [X]

transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?

EXHIBIT 1

| | Yes | | No | X |
|---|---|---|---|---|

**denied admission to the bar of any court?**  Yes [ ]  No [X]

**held in contempt of court?**  Yes [ ]  No [X]

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

9/30/04

Date                                                                 Signature of Applicant

| Applicant's Name | Last Name | | First Name | | Middle Name/Initial |
|---|---|---|---|---|---|
| | Knoll | | Susan | | K. |
| Applicant's Law Firm | HOWREY SIMON ARNOLD & WHITE, LLP | | | | |
| Applicant's Address | Street Address | | | | Room/Suite Number |
| | 750 Bering Drive | | | | |
| | City | State | ZIP Code | Work Phone Number | |
| | Houston, | TX | 77057 | 713-787-1400 | |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $100.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _____               _____

United States District Judge