TAB

4




IN THE UNITED STATES DISTRICT COURT 2002 JUL 25 PM 3: 41
FOR THE DISTRICT OF DELAWARE

SYNGENTA SEEDS, INC.,

Plaintiff,

v.

MONSANTO COMPANY; DEKALB GENETICS CORP.; PIONEER HI-BRED INTERNATIONAL, INC.; DOW AGROSCIENCES, LLC; and MYCOGEN PLANT SCIENCE, INC. and AGRIGENETICS, INC., collectively d.b.a. MYCOGEN SEEDS,

Defendants.

Case No. 02-1331

TRIAL BY JURY DEMANDED

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff SYNGENTA SEEDS, INC. ("Syngenta"), alleges the following in support of its complaint for patent infringement against defendants MONSANTO COMPANY ("Monsanto"), DEKALB GENETICS CORP. ("DeKalb"), PIONEER HI-BRED INTERNATIONAL, INC. ("Pioneer"), DOW AGROSCIENCES, LLC ("Dow Agro"), MYCOGEN PLANT SCIENCE, INC. ("Mycogen") and AGRIGENETICS, INC. ("Agrigenetics"), (collectively "the Defendants"):

THE PARTIES

1. Plaintiff Syngenta is a corporation organized and existing under the laws of the State of Delaware, with offices located at 7500 Olson Memorial Highway, Golden Valley, Minnesota, 55427.

2. Upon information and belief, defendant Monsanto is a corporation organized and existing under the laws of the State of Delaware, with offices located at 800 North Lindbergh Blvd., St. Louis, Missouri, 63167.

3. Upon information and belief, defendant DeKalb is a corporation organized and existing under the laws of the State of Delaware, with offices at 3100 Sycamore Rd., DeKalb, Illinois, 60115.

4. Upon information and belief, defendant Pioneer is a corporation organized and existing under the laws of the State of Iowa, authorized to do business in the State of Delaware on September 20, 1999, with offices at 800 Capital Square, 400 Locust Street, Des Moines, IA, 50309.

5. Upon information and belief, defendant Dow Agro is a corporation organized and existing under the laws of the State of Delaware, with offices at 9330 Zionsville Road, Indianapolis, Indiana, 46268.

6. Upon information and belief, defendants Mycogen and Agrigenetics (collectively d.b.a. Mycogen Seeds) are corporations organized and existing under the laws of the State of Delaware, with offices at 5501 Oberlin Dr., San Diego, California, 92121 and 9330 Zionsville Road, Indianapolis, Indiana, 46268.

## JURISDICTION AND VENUE

7. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. §§ 271 and 281-285.

8. Subject-matter jurisdiction is conferred upon this Court pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9. This Court has personal jurisdiction over the Delaware corporations Monsanto, DeKalb, Dow Agro, Mycogen and Agrigenetics, all of whom may be properly served pursuant to 8 Del.C. § 321.

10. This Court has personal jurisdiction over Pioneer pursuant to 8 Del.C. § 371 since Pioneer has qualified to do business in Delaware. Consequently , this defendant can be properly served pursuant to 8 Del.C. § 376. Personal jurisdiction is predicated, too, on 10 Del.C. §§ 3104(c)(1), 3104(c)(3) and 3104(c)(4) because Pioneer has committed acts of infringement in Delaware by selling and/or offering to sell infringing products in Delaware.

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b).

OPERATIVE FACTS

12. On June 13, 2000, U.S. Patent 6,075,185 (the '185 patent), entitled "Synthetic DNA Sequence Having Enhanced Insecticidal Activity in Maize," was duly and legally issued by the United States Patent and Trademark Office (attached hereto at tab A).

13. On November 20, 2001, U.S. Patent 6,320,100 (the '100 patent), entitled "Synthetic DNA Sequences Having Enhanced Insecticidal Activity in Maize," was duly and legally issued by the United States Patent and Trademark Office (attached hereto at tab B).

14. On June 11, 2002, U.S. Patent 6,403,865 (the '865 patent), entitled "Method of Producing Transgenic Maize Using Direct Transformation of Commercially Important

Genotypes," was duly and legally issued by the United States Patent and Trademark Office (attached hereto at tab C).

15. The entire right, title and interest in and to the '185, '100 and '865 patents (individually and collectively "the patents-in-suit") is assigned to Syngenta Investment Corp., Wilmington, Delaware. Syngenta is the exclusive licensee of the patents-in-suit with the right to enforce the patents-in-suit.

16. Upon information and belief, each of the Defendants is directly infringing one or more claims of the '185 patent by making, using, selling or offering to sell the claimed subject matter, and is contributing to and actively inducing infringement of one or more claims of the '185 patent by others.

17. Upon information and belief, each of the Defendants is directly infringing one or more claims of the '100 patent by making, using, selling or offering to sell the claimed subject matter, and is contributing to and actively inducing infringement of one or more claims of the '100 patent by others.

18. Upon information and belief, each of the Defendants is directly infringing one or more claims of the '865 patent by making, using, selling or offering to sell the claimed subject matter, and is contributing to and actively inducing infringement of one or more claims of the '865 patent by others.

19. Upon information and belief, each of the Defendants will continue infringing the patents-in-suit unless enjoined by this Court.

20. Defendants' infringement of the patents-in-suit will cause Syngenta irreparable harm, for which there is no adequate remedy at law.

21. Upon information and belief, Defendants' infringement of the patents-in-suit has been and will continue to be willful and deliberate.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Syngenta prays that this Court enter judgment:

a. That each of the Defendants has infringed each of the patents-in-suit;

b. That each of the Defendants' infringement of each of the patents-in-suit has been willful and deliberate;

c. Preliminarily and permanently enjoining each of the Defendants and its respective directors, officers, employees, agents and all persons in active concert or participation with them from further acts of infringement, contributory infringement and inducement of infringement of the patents-in-suit;

d. Awarding to plaintiff Syngenta damages adequate to compensate plaintiff Syngenta for Defendants' infringement of the patents-in-suit with interest as fixed by the Court, such damages to be trebled in accordance with 35 U.S.C. § 284 as a consequence of Defendants' willful infringement;

e. Declare this case exceptional under 35 U.S.C. § 285 and award plaintiff Syngenta its costs and attorney's fees;

f. Awarding plaintiff Syngenta such other and further relief as this Court deems just and proper.

PRICKETT, JONES & ELLIOTT, P.A.

BY: Paul M. Lukoff

PAUL M. LUKOFF (I.D. No. 96)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6520
*Attorneys for Plaintiff*

DATE: July 25, 2002

Of Counsel:

Dimitrios T. Drivas
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

18330.1\163020v1

TAB

5



US006051757A

# United States Patent [19]

Barton et al.

[11] Patent Number: 6,051,757

[45] Date of Patent: Apr. 18, 2000

[54] **REGENERATION OF PLANTS CONTAINING GENETICALLY ENGINEERED T-DNA**

[75] Inventors: **Kenneth Allen Barton**, Madison, Wis.; **Andrew Norton Binns**, Philadelphia, Pa.; **Mary-Dell Matchett Chilton**, University City, Mo.; **Antonius J. M. Matzke**, Salzburg, Austria

[73] Assignee: **Washington University**, St. Louis, Mo.

[21] Appl. No.: **08/464,542**

[22] Filed: **Jun. 5, 1995**

**Related U.S. Application Data**

[63] Continuation of application No. 07/155,092, Feb. 11, 1988, which is a continuation of application No. 06/817,411, Jan. 9, 1986, abandoned, which is a continuation of application No. 06/458,033, Jan. 14, 1983, abandoned.

[51] **Int. Cl.**[7] .......................... **C12N 15/82**; C12N 15/84; A01H 1/04

[52] **U.S. Cl.** .......................... **800/294**; 800/260; 435/469

[58] **Field of Search** .................................. 800/205, 250, 800/294, 260; 435/172.3, 252.2, 240.4, 419, 469; 47/58, DIG. 1

[56] **References Cited**

PUBLICATIONS

Potrykus, I. Bio/Technology 8(6):535–542, 1990.
Goodman et al. Scence 236: 48–54, Apr. 1987.
Hernalsteens et al. 1984. EMBO J 3(13): 3039–3041.
Lippincott et al. 1978. Science 199: 1075–1078.
De Cleene, M. 1985. Phytopath Z. 113 : 81–89.
DeCleene et al. 1976. Bot. Rev. 42(4): 389–466.
Bohn, G.W. and C.M. Tucker, Science 89, pp. 603–604 (1939).
Dudits, et al., "Plant regeneration from intergeneric cell hybrids", Plant Sci. Lett., 15, pp. 101–112 (1979).
Dudits, et al., "Backfusion with somatic protoplasts as a method in genetic manipulation of plants", Acta. Biol. Acad. Sci. Hung, 32, pp. 215–218 (1981).
Hoffman, et al., "Arabidobrassica: chromosomal recombination and morphogenesis in asymmetric intergeneric hybrid cells", Planta (Berlin), 153, pp. 586–593 (1981).
Leemans, J. et al., "Site–Specific Mutagenesis of Agrobacterium Ti Plasmids and Transfer of Genes to Plant Cells," J. Mol. Appl. Genet. vol. 1, No. 2: pp. 149–164 (1981).
Leemans, J. et al., "Ti Plasmids and Genetic Engineering," Molecular Biology of Plant Tumors, Chapter 21: pp. 537–545 (Jan. 28, 1982).
Melchers, et al., "Somatic hybrid plants of potato and tomato regenerated from fused protoplasts", Carlsberg Res. Commun., 43, pp. 203–218 (1978).
Newell, C.A. and R. Hymowitz, Crop Sci. 22, pp. 1062–1065 (1982).
Poulsen, et al., "Peptide mapping of the ribulose bisphosphate carboxylase small subunit from the somatic hybrid of tomato and potato", Carlsberg Res. Commun., 45, pp. 249–267 (1980).
Schiller, et al., "Restriction endonuclease analysis of plastid DNA from tomato, potato and some of their somatic hybrids", Mol. Gen. Genet., 186, pp. 453–459 (1982).
Van Montagu, M. et al., "The Ti Plasmids of Agrobacterium," Current Topics in Microbiology and Immunology vol. 96: pp. 237–254 (Dec. 21, 1981).
Marton et al., Nature vol. 277, pp. 129–131 (1979).
Wullems et al., Cell, vol. 24, pp. 719–727 (Jun. 1981).
Binns, "Oxford Surveys of Plant Molecular & Cell Biology," vol. 1, pp. 133–160 (1984) (see page 149).
Bennetzen and Hall, *J. Biol. Chem.*, 257: 3026–3031 (1982).
Bevan and Chilton, *J. Mol. Appl. Genet.*, (1982).
Binns et al., *Differentiation*, 19: 97–102 (1981).
Chilton et al., *Nature* (London), 295: 432–34 (1982).
Chilton et al., *Nature* (London), 275: 147–149 (1978).
Chilton, et al., *Cell*, 11: 263–71 (1977).
Chilton, et al., *Proc. Natl. Acad. Sci.* [USA], 77: 2693–97 (1980).
Ditta et al., *Proc. Natl. Acad. Sci.* [USA], 77: 7347–51 (1980).
Guyon et al., *Proc. Natl. Acad. Sci.* [USA], 77: 2693–97 (1980).
Hernalsteens et al., *Nature* (London), 287: 654–56 (1980).
Holsters et al., *Mol. Gen. Genet.*, 163: 181–87 (1978).
Jorgensen et al., *Mol. Gen. Genet.*, 177: 65–72 (1979).
Matzke and Chilton, *J. Mol. App. Genet.*, 1: 39–49 (1981).
Montoya et al., *J. Bacteriol.*, 129: 101–07 (1977).
Murashige and Skoog, *Physiol. Plant.*, 15: 473–497 (1962).
Sciaky et al., *Plasmid*, 1: 238–53 (1978).
Thomashow et al., *Proc. Natl. Acad. Sci.* [USA], 77: 6448–52 (1980).
Willmitzer et al., *Nature* (London), 287: 359–61 (1980).
Wood et al., *Differentiation*, 11: 175–80 (1978).
Yadav et al., *Nature* (London), 287: 458–61 (1980).
Yadav et al., *Proc. Natl. Acad. Sci.* [USA], 79: 6322–6326 (1982).

(List continued on next page.)

*Primary Examiner*—David T. Fox
*Attorney, Agent, or Firm*—White & Case LLP

[57] **ABSTRACT**

Inactivation of the cytokinin autonomy gene of T-DNA in broad host range Ti plasmid produces mutant T-DNA vectors suitable for insertion of foreign genes; insertion of the mutant T-DNA by an in vitro tissue culture technique or any other technique into plant cells produces genetically engineered plant cells that can be regenerated into complete plants with roots. The inactivation of the cytokinin autonomy gene disarms the Ti plasmid and produces a useful gene vector for higher plants. The inactivation of the cytokinin gene may be accomplished by techniques such as point mutation, inversion, deletion, transposition, substitution or insertion. In the case of tobacco, for example, transformation of tobacco stem segments with engineered bacterial strains resulting from the insertion of DNA encoding yeast alcohol dehydrogenase and a bacterial neomycin phosphotransferase into the T-DNA of *Agrobacterium tumefaciens* plasmid pTiT37 at the "rooty locus" produced transformed plant cells that were capable of regeneration into intact, normal tobacco plants. The yeast gene and entire T-DNA were present in the regenerated plants in multiple copies, and nopaline was found in all tissues. The plants were fertile and seedlings resulting from self-pollination also contained intact and multiple copies of the engineered T-DNA.

**20 Claims, 7 Drawing Sheets**

μg/ml). After 3 transfers at 4 week intervals on this medium, the tissues were free of bacteria and could be assayed for growth and nopaline content.

Plant Tissue Culture and Cloning

Once free of inciting bacteria, plant tissues were grown on MS medium at 25° C. with 16 hr light and 8 hr dark. These tissues were cloned using a suspension method described previously (Binns and Meins, Planta, 145:365–369, 1979). Briefly, tissues were placed in liquid MS medium supplemented with 0.02 mg/l naphthalene acetic acid (NAA) and shaken at 135 rpm and 25° C. for 2–3 days. The resultant suspensions were filtered successively through 543 and 213 μm stainless steel mesh, concentrated and plated at a final density of $8\times10^3$ cells/ml in 5 ml of MS medium containing 0.5% agar, 2.0 mg/l NAA, 0.3 mg/l kinetin and 400 mg/l yeast extract (Difco). Good suspensions of individual cells were obtained from the tumors transformed by recombinant bacterial strains and routinely gave 30–50% plating efficiency. Once colonies had reached 1 mm in diameter they were picked by scalpel point and placed on complete MS medium (i.e. supplemented with 2.0 mg/l NAA and 0.3 mg/l kinetin). After these had grown to approximately 50 mg, colonies were split into 3 pieces. One was placed on hormone free MS medium, one on complete MS medium, and the third piece was placed on MS supplemented with 5 mM arginine to be used for nopaline analysis (Otten and Schilperoort, Biochem. Biophys. Acta 527:497–500, 1978).

Regeneration of Recombinant Plants

Tissues from various nopaline positive clones were transferred onto MS medium supplemented with 0.3 mg/l kinetin, and cultured at 25° C. with 16 hr light and 8 hr dark. Shoots initiated were subsequently rooted by placing them in a medium consisting of 1/10 strength MS salts, no sucrose or hormones, 0.4 mg/l thiamine and 1.0% agar, with the pH adjusted to 7.0. Rooted plantlets were transferred to soil and placed at high humidity in a greenhouse. After 7–10 days, the plants were then grown with normal greenhouse conditions.

Plant DNA Isolation

High molecular weight DNA was isolated as described (Chilton, et al., Nature, 295:432–34, 1982) from young tobacco plants frozen in liquid nitrogen and ground in a mortar with pestle. Following banding in CsCl-ethidium bromide gradients, dye was extracted with isopropyl alcohol equilibrated with 20X SSC (3M NaCl, 0.3M sodium citrate), an equal volume of 0.6M sodium acetate was added, and DNA was precipitated by the addition of absolute ethanol to a final concentration of 70%.

Southern Hybridization Analysis of DNA

Plant or plasmid DNA was digested to completion with restriction endonucleases and loaded into 1×8×8 mm wells in a horizontal 0.65% agarose gel prepared in Tris-acetate buffer (Chilton et al., supra, 1977). Electrophoresis, transfer of DNA to nitrocellulose, and Southern hybridizations were carried out as described by Thomashow, et al., Proc. Natl. Acad. Sci., 77:6448–52 (1980). For analyses of Ti plasmid structure in Agrobacterium, a total of 2 μg plasmid DNA was loaded per gel track, with standard plasmid digests run on the same gel at 0.1 μg per track. For plant genomic analyses, plant DNA was loaded at 10 μg per gel track; standard plasmid digests corresponded to the indicated genome equivalents (Chilton et al., supra, 1977). All standard plasmid digests on plant genomic DNA gels were digested with endonucleases and electrophoresed in the presence of 10 μg calf thymus DNA per track as carrier. Hybridization probes were generated by nick-translation of purified plasmid DNA, to a specific activity of approximately $10^8$ cpm/μg DNA.



In view of the above, it will be seen that the several objects of the invention are achieved and other advantageous results attained.

As various changes could be made in the above products and methods without departing from the scope of the invention, it is intended that all matter contained in the above description shall be interpreted as illustrative and not in a limiting sense.

What is claimed is:

1. A method of transforming a dicotyledonous plant susceptible to transformation by Agrobacterium, comprising:

contacting the plant with an *Agrobacterium tumefaciens* bacterium comprising a gene vector, the vector comprising DNA foreign to the Agrobacterium, and the vector not comprising a functional cytokinin autonomy gene.

2. A method for producing a morphologically and developmentally normal dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated in the plant's genome, said method comprising the following steps:

a) transforming a dicotyledonous plant cell susceptible to transformation by Agrobacterium with an Agrobacterium-derived gene vector, said vector comprising non-Agrobacterium foreign DNA and the vector not comprising a functional cytokinin autonomy gene; and

b) regenerating said transformed plant cell to produce a morphologically and developmentally normal transformed plant with said foreign DNA stably integrated in the plant's genome.

3. The method of claim 2, further comprising deriving a plant comprising said foreign DNA stably integrated in its genome from said plant regenerated from said plant cell transformed with said foreign DNA.

4. The method of claim 2, further comprising producing viable seed or seeds comprising said foreign DNA from said transformed plant.

5. A method for producing a transgenic dicotyledonous plant comprising a stably integrated non-Agrobacterium foreign DNA, the method comprising:

sexually propagating a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said foreign DNA having been introduced into the genome by an Agrobacterium-derived gene vector not comprising a functional cytokinin-autonomy gene; and

selecting for progeny plants which comprise the non-Agrobacterium foreign DNA stably integrated into the genome of said progeny plants.

6. A method for producing a transgenic dicotyledonous plant comprising stably integrated non-Agrobacterium foreign DNA, the method comprising:

sexually propagating a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which was transformed by Agrobacterium-mediated transformation with a gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene; and

obtaining a progeny plant which comprises the non-Agrobacterium foreign DNA stably integrated into its genome.

7. A method for producing a transgenic dicotyledonous plant comprising stably integrated non-Agrobacterium foreign DNA, the method comprising:

propagating a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which was transformed by Agrobacterium-mediated transformation with a gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene; and

obtaining a plant which comprises the non-Agrobacterium foreign DNA stably integrated into its genome.

**8**. A method for producing a transgenic dicotyledonous plant comprising stably integrated non-Agrobacterium foreign DNA, the method comprising:

growing a seed of a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which was transformed by Agrobacterium-mediated transformation with a gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene.

**9**. A method for producing seed of a transgenic dicotyledonous plant comprising stably integrated non-Agrobacterium foreign DNA, the method comprising:

propagating a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which was transformed by Agrobacterium-mediated transformation with a gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene; and

harvesting seed from said propagated plant.

**10**. A method of transforming a dicotyledonous plant of a species that is a naturally susceptible host for Agrobacterium, comprising:

contacting the plant with an Agrobacterium bacterium comprising a gene vector, the vector comprising DNA foreign to the Agrobacterium and the vector not comprising a functional cytokinin autonomy gene.

**11**. A method for producing a transgenic dicotyledonous plant comprising non-Agrobacterium foreing DNA stably integrated in the plant's genome, said method comprising the following steps:

a) transforming a cell of a dicotyledonous plant species that is a naturally susceptible host for Agrobacterium by Agrobacterium-mediated transformation with a gene vector comprising non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene; and

b) regenerating said transformed plant cell to produce a normal transformed dicotyledonous plant with said foreign DNA stably integrated in the plant's genome.

**12**. The method of claim **11**, further comprising deriving a dicotyledonous plant comprising said foreign DNA stably integrated in its genome from the normal transformed dicotyledonous plant.

**13**. The method of claim **11**, further comprising producing viable seed or seeds comprising said foreign DNA from the normal transformed dicotyledonous plant.

**14**. A method for producing a transgenic dicotyledonous plant comprising a stably integrated non-Agrobacterium foreign DNA, the method comprising:

sexually propagating a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which is of a species that is a naturally susceptible host for Agrobacterium and which was transformed by Agrobacterium-mediated transformation with a gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene; and

obtaining a progeny plant which comprises the non-Agrobacterium foreign DNA stably integrated into its genome.

**15**. A method for producing a transgenic dicotyledonous plant comprising a stably integrated non-Agrobacterium foreign DNA, the method comprising:

propagating a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which is of a species that is a naturally susceptible host for Agrobacterium and which was transformed by Agrobacterium-mediated transformation with a gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene; and

obtaining a plant which comprises the non-Agrobacterium foreign DNA stably integrated into its genome.

**16**. A method for producing a transgenic dicotyledonous plant comprising stably integrated non-Agrobacterium foreign DNA, the method comprising:

growing a seed of a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which is of a species that is a naturally susceptible host for Agrobacterium and which was transformed by Agrobacterium-mediated transformation with a gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene.

**17**. A method for producing seed of a transgenic dicotyledonous plant comprising stably integrated non-Agrobacterium foreign DNA, the method comprising:

propagating a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which is of a species that is a naturally susceptible host for Agrobacterium and which was transformed by Agrobacterium-mediated transformation with a gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene; and

harvesting seed from said propagated plant.

**18**. An Agrobacterium-mediated method for genetically engineering a dicotyledonous plant comprising:

a) producing a transgenic plant cell by transforming a cell of dicotyledonous plant species that is a naturally susceptible host for Agrobacterium with a gene vector comprising non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene by *Agrobacterium tumefaciens*-mediated transformation; and

b) regenerating a whole normal plant from the transgenic plant cell which contains said foreign DNA stably integrated into its genome.

19. The method of claim 18, which further comprises propagating the whole normal plant to obtain seed.

20. A method for producing a transgenic dicotyledonous plant comprising intact T-DNA comprising non-Agrobacterium foreign DNA stably integrated into the genome of said plant, the method comprising:

propagating a dicotyledonous plant comprising non-Agrobacterium foreign DNA stably integrated into its genome, said plant derived from a dicotyledonous plant which is of a species that is a naturally susceptible host for Agrobacterium and which was transformed by Agrobacterium-mediated transformation with a disarmed T-DNA gene vector comprising said non-Agrobacterium foreign DNA and not comprising a functional cytokinin autonomy gene; and

obtaining a plant which comprises the intact T-DNA stably integrated into its genome.

* * * * *

TAB

6

US006075185A

# United States Patent [19]

**Koziel et al.**

[11] **Patent Number: 6,075,185**

[45] **Date of Patent: *Jun. 13, 2000**

[54] **SYNTHETIC DNA SEQUENCE HAVING ENHANCED INSECTICIDAL ACTIVITY IN MAIZE**

[75] Inventors: **Michael G. Koziel**; **Nalini M. Desai**, both of Cary; **Kelly S. Lewis**, Hillsborough; **Gregory W. Warren**, Cary; **Stephen V. Evola**, Apex; **Martha S. Wright**, Cary; **Karen L. Launis**, Franklinton, all of N.C.; **Steven J. Rothstein**, Guelph, Canada; **Cindy G. Bowman**, Cary, N.C.; **John L. Dawson**; **Erik M. Dunder**, both of Chapel Hill, N.C.; **Gary M. Pace**, Cary, N.C.; **Janet L. Suttie**, Raleigh, N.C.

[73] Assignee: **Novartis Finance Corporation**, New York, N.Y.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/459,504**

[22] Filed: **Jun. 2, 1995**

**Related U.S. Application Data**

[60] Division of application No. 07/951,715, Sep. 25, 1992, Pat. No. 5,625,136, which is a continuation-in-part of application No. 07/772,027, Oct. 4, 1991, abandoned.

[51] **Int. Cl.**[7] .............................. **A01H 5/00**; C12N 5/04; C12N 15/82

[52] **U.S. Cl.** ...................... **800/302**; 800/279; 800/320.1; 435/69.1; 435/419; 435/468; 536/23.71

[58] **Field of Search** ........................... 800/205, DIG. 56, 800/279, 302, 320.1; 536/23.71, 23.1; 435/69.1, 172.3, 240.4, 240.49, 468, 419

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,350,689 | 9/1994 | Shillito et al. | 435/240.47 |
| 5,380,831 | 1/1995 | Adang et al. | 536/32.71 |
| 5,436,391 | 7/1995 | Fujimoto et al. | 800/205 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0290395 | 11/1988 | European Pat. Off. . |
| 0431829 | 6/1989 | European Pat. Off. . |
| 0348348 | 12/1989 | European Pat. Off. . |
| 0353908 | 2/1990 | European Pat. Off. . |
| 0359472 | 3/1990 | European Pat. Off. . |
| 0374753 | 6/1990 | European Pat. Off. . |
| 0385962 | 9/1990 | European Pat. Off. . |
| 0408403 | 1/1991 | European Pat. Off. . |
| 0431829 | 6/1991 | European Pat. Off. . |
| WO/9010076 | 9/1990 | WIPO . |
| WO/9110725 | 7/1991 | WIPO . |
| WO/9116432 | 10/1991 | WIPO . |

OTHER PUBLICATIONS

Murray et al (1991) Plant Mol. Biol 16:1035–1050.
Kim et al (1994) Plant Mol. Biol 24:105–117.
Harper et al (1993) Bichemistry 32(13):3282–3290.
Barton et al., *Plant Physiol.*, 85:1103–1109 (1987).
Fischhoff et al., "Insect Tolerant Transgenic Tomato Plants", *Bio/Technology* 5:807–813 (1987).
Geiser et al., *Gene*, 48:109–118 (1986).
Ohta et al., *Mol. Gen. Genet.*, 225:369–378 (1991).
Murray et al., "Condon usage in plant genes", *Nucleic Acids Research*, 17(2):477–498 (1989).
Perlack et al., "Modification of the coding sequence enchances plant expression of insect control protein genes", *Proc. Natl. Acad. Sci. USA*, 88:3324–3328 (1991).
Vaeck et al., "Transgenic plants protected from insect attack", *Nature*, 328:33–37 (1987).

*Primary Examiner*—Elizabeth F. McElwain
*Attorney, Agent, or Firm*—J. Timothy Meigs; Gary M. Pace

[57] **ABSTRACT**

DNA sequences optimized for expression in plants are disclosed. The DNA sequences preferably encode for an insecticidal polypeptides, particularly insecticidal proteins from *Bacillus thuringiensis*. Plant promoters, particular tissue-specific and tissue-preferred promoters are also provided. Additionally disclosed are transformation vectors comprising said DNA sequences. The transformation vectors demonstrate high levels of insecticidal activity when transformed into maize.

**36 Claims, 90 Drawing Sheets**

-continued

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:94:

GCTGGTACCA CGGATCCGTC GCTTCTGTGC AACAACC 37

What is claimed is:

1. A nucleic acid molecule comprising a maize-optimized nucleic acid coding sequence that encodes a CryIA(b) protein, wherein said maize-optimized nucleic acid coding sequence is produced by a method comprising:

(a) determining the amino acid sequence of said CryIA(b) protein;

(b) reverse translating said amino acid sequence into said maize-optimized nucleic acid coding sequence, herein said maize-optimized nucleic acid coding sequence comprising a sufficient number of the single codons that most frequently encode each amino acid in maize, wherein said maize-optimized nucleic acid coding sequence has at least about 60% G+C content, and wherein the single codons that most frequently encode each amino acid in maize are determinable by(i) pooling a plurality of gene sequences from maize, (ii) calculating a codon usage profile from said pooled maize gene sequences, and (iii) determining which single codon most frequently encodes each amino acid in maize; and

(c) synthesizing said mazier-optimized nucleic acid coding sequence.

2. A nucleic acid molecule according to claim 1, wherein the single codons determined to most frequently encode each amino acid in maize are the following:

Ala, GCC; Arg, CGC; Asn, AAC; Asp, GAC; Cys, TGC; Gln, CAG; Glu, GAG; Gly, GGC, His, CAC; Ile, ATC; Leu, CTG; Lys, AAG; Met, ATG; Phe, TTC; Pro, CCC; Ser, AGC; Thr, ACC; Trp, TGG; Tyr, TAC; and Val, GTG.

3. A nucleic acid molecule according to claim 1, further comprising a promoter capable of directing expression of a nucleotide sequence in a plant cell, wherein said promoter is operatively linked to said coding sequence.

4. A nucleic acid molecule according to claim 2, further comprising a promoter capable of directing expression of a nucleotide sequence in a plant cell, wherein said promoter is operatively linked to said coding sequence.

5. A recombinant vector comprising the nucleic acid molecule of claim 3.

6. A recombinant vector comprising the nucleic acid molecule of claim 4.

7. A transgenic maize plant comprising the nucleic acid molecule of claim 3.

8. A transgenic maize plant comprising the nucleic acid molecule of claim 4.

9. A transgenic maize plant comprising the nucleic acid molecule of claim 3.

10. A transgenic maize plant comprising the nucleic acid molecule of claim 4.

11. A method of protecting a maize plant against European corn borer comprising:

(a) providing a transgenic maize plant according to claim 9, wherein CryIA(b) is expressed in said transgenic maize plant in an amount sufficient to control said European corn borer; and,

(b) contacting said European corn borer with said transgenic maize plant.

12. A method of protecting a maize plant against European corn borer comprising:

(a) providing a transgenic maize plant according to claim 10, wherein CryIA(b) is expressed in said transgenic maize plant in an amount sufficient to control said European corn borer; and,

b) contacting said European corn borer with said transgenic maize plant.

13. A nucleic acid molecule comprising a maize-optimized nucleic acid coding sequence that encodes an N-terminal fragment of a CryIA(b) protein having insecticidal activity, wherein said maize-optimized nucleic acid coding sequence is produced method comprising:

(a) determining the amino acid sequence of said N-terminal fragment of said CryIA(b) protein;

(b) reverse translating said amino acid sequence into said maize-optimized nucleic acid coding sequence, wherein said maize-optimized nucleic acid coding sequence comprises a sufficient number of the single codons that most frequently encode each amino acid in maize, wherein said maize-optimized nucleic acid coding sequence has at least about 60% G+C content, and wherein the single codons that most frequently encode each amino acid in maize are determinable by (i) pooling a plurality of gene sequences from maize, (ii) calculating abscond usage profile from said pooled maize gene sequences, and (iii) determining which single codon most frequently encodes each amino acid in maize; and

(c) synthesizing said maize-optimized nucleic acid coding sequence.

14. A nucleic acid molecule according to claim 13, wherein the single codons determined to most frequently encode each amino acid in maize are the following:

Ala, GCC; Arg, CGC; Asn, AAC; Asp, GAC; Cys, TGC; Gln, CAG; Glu, GAG; Gly, GGC; His, CAC; Ile, ATC; Leu, CTG; Lys, AAG; Met, ATG; Phe, TTC; Pro, CCC; Ser, AGC; Thr, ACC; Trp, TGG; Tyr, TAC; and Val, GTG.

15. A nucleic acid molecule according to claim 13, wherein said maize-optimized coding sequence is approximately 2-Kb.

16. A nucleic acid molecule according to claim 13, further comprising a promoter capable of directing expression of a nucleotide sequence in a plant cell, wherein said promoter is operatively linked to said coding sequence.

17. A nucleic acid molecule according to claim 13, further comprising a promoter capable of directing expression of a nucleotide sequence in a plant cell, wherein said promoter is operatively linked to said coding sequence.

18. A recombinant vector comprising the nucleic acid molecule of claim 16.

19. A recombinant vector comprising the nucleic acid molecule of claim 17.

20. A transgenic plant comprising the nucleic acid molecule of claim 16.

21. A transgenic plant comprising the nucleic acid molecule of claim 17.

22. A transgenic maize plant comprising the nucleic acid molecule of claim 16.

23. A transgenic maize plant comprising the nucleic acid molecule of claim 17.

24. A method of protecting a maize plant against European corn borer comprising:

(a) providing a transgenic maize plant according to claim 22, wherein CryIA(b) is expressed in said transgenic maize plant in an amount sufficient to control said European corn borer; and,

(b) contacting said European corn borer with said transgenic maize plant.

25. A method of protecting a maize plant against European corn borer comprising:

(a) providing a transgenic maize plant according to claim 23, wherein CryIA(b) is expressed in said transgenic maize plant in an amount sufficient to control said European corn borer; and,

(b) contacting said European corn borer with said transgenic maize plant.

26. A nucleic acid molecule comprising an approximately 2-Kb maize-optimized nucleic acid coding sequence that encodes a CryIA(b) protein fragment, wherein said maize-optimized nucleic acid coding sequence is produced by a method comprising:

(a) determining the amino acid sequence of said CryIA (b) protein fragment;

(b) reverse translating said amino acid sequence into said maze-optimized nucleic acid coding sequence, wherein said maize-optimized nucleic acid coding sequence comprises a sufficient number of the single conjoins that most frequently encode each amino acid in maize, wherein said maize-optimized nucleic acid coding sequence has at least about 60% G+C content, and wherein the single codons that most frequently encode each amino acid in maize are determinable by (i) pooling a plurality of gene sequences from maize, (ii) calculating a codon usage profile from said pooled maize gene sequences, and (iii) determining which single codon most frequently encodes each amino acid in maize; and

(c) synthesizing said maize-optimized nucleic acid coding sequence.

27. A nucleic acid molecule according to claim 26, wherein the single codons determined to most frequently encode each amino acid in maize are the following:

Ala, GCC; Arg, CGC; Asn, AAC; Asp, GAC; Cys, TGC; Gln, CAG; Glu, GAG; Gly, GGC; His, CAC; Ile, ATC; Leu, CTG; Lys, AAG; Met, ATG; Phe, TTC; Pro, CCC; Ser, AGC; Thr, ACC; Trp, TGG; Tyr, TAC; and Val, GTG.

28. A nucleic acid molecule according to claim 26, wherein said CryIA(b) protein fragment is an N-terminal fragment.

29. A chimeric gene comprising a promoter capable of directing expression of a nucleotide sequence in a plant cell operatively linked to a nucleic acid molecule according to claim 26.

30. A recombinant vector comprising the chimeric gene of claim 29.

31. A transgenic plant comprising the chimeric gene of claim 29.

32. A transgenic maize plant comprising the chimeric gene of claim 29.

33. A method of protecting a maize plant against European corn borer comprising:

(a) providing a transgenic maize plant according to claim 32, wherein CryIA(b) is expressed in said transgenic maize plant in an amount sufficient to control said European corn borer; and,

(b) contacting said European corn borer with said transgenic maize plant.

34. A nucleic acid molecule according to claim 1, wherein said nucleic acid molecule comprises a sequence selected from the group consisting of SEQ ID NO:3 and SEQ ID NO:4.

35. A nucleic acid molecule according to claim 13, wherein said nucleic acid molecule comprises a sequence selected from the group consisting of SEQ ID NO:8, SEQ ID NO:10, SEQ ID NO:12, SEQ ID NO:14, SEQ ID NO:16, and SEQ ID NO.27.

36. A nucleic acid molecule according to claim 26, wherein said nucleic acid molecule comprises a sequence selected from the group consisting of SEQ ID NO:8, SEQ ID NO:10, SEQ ID NO:12, SEQ ID NO:14, SEQ ID NO:16, and SEQ ID NO:27.

* * * * *