# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50323 | **DATE** | 10/13/2004 |
| **CASE TITLE** | DEKALB vs. SYNGENTA SEEDS | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Defendant's motion to dismiss

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]
(2) □ Brief in support of motion due _____.
(3) ■ Answer brief to motion filed. Reply to answer brief due 10/27/04.
(4) ■ Ruling on Defendant's motion to dismiss will be by mail.
(5) ■ Status hearing held.
(6) □ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) □ Trial[set for/re-set for] on _____ at _____.
(8) □ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) □ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   □ FRCP4(m)   □ Local Rule 41.1   □ FRCP41(a)(1)   □ FRCP41(a)(2).
(10) ■ [Other docket entry]   If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. Parties to hold FRCP 26(f) conference. Case management order due November 10, 2004. Initial pretrial conference set for November 12, 2004 at 2:00 pm.

(11) □ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | **Document Number** |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | 10-14-04 date docketed | 18 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | 10/13/2004 date mailed notice | |
| GG | courtroom deputy's initials | Date/time received in central Clerk's Office | GG mailing deputy initials | |