IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | Civil Action No. 04 C 50323<br><br>JURY TRIAL DEMANDED<br><br>Judge Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney<br><br>0 5 - 3 5 5 |

DOCKETED NOV 1 2 2004

## DEKALB'S PROPOSED CASE MANAGEMENT ORDER

I.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held in Civil Action No. 04 C 50323 on November 9, 2004, and was attended by: Thomas A. Miller for Plaintiff DEKALB Genetics Corporation and Michael J. Flibbert for Defendants Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

II.   The Fed. R. Civ. P. 26(a)(1) material will be exchanged by December 11, 2004.

III.  Alternative Dispute Resolution Mediation. Counsel hereby certifies that their client has read the Pamphlet governing the court's mediation program, that counsel has discussed with their client the available dispute resolution options provided by the court and private entities, and that counsel has given an estimation of the fees and costs that would be associated with the litigation of this matter, through trial, to their client. Further, counsel has provided to their client an estimate of the fees and expenses reasonably expected to be incurred through an early successful mediation. Counsel certifies that they have discussed the available ADR options with their clients and have considered how this case might benefit from those options.

23

DEKALB believes that ADR processes are premature at this time and requests this case be excused from ADR until the parties have had an opportunity to engage in fact discovery.

IV. Discovery Plan. DEKALB proposes to the court the following discovery plan.

A. Discovery will be needed on the following subjects: infringement of U.S. Patent Nos. 5,538,880 and 6,013,863; validity of U.S. Patent Nos. 5,538,880 and 6,013,863, including Defendants' affirmative defenses and counterclaims; and damages.

DEKALB previously brought actions in 1996 in this Court against two Syngenta predecessor companies, Northrup King Co. (Civil Action No. 96 C 50169) and Ciba-Geigy Corporation (Civil Action No. 96 C 50241), for infringement of the '880 patent. Both actions were resolved and dismissed in 1999 after three years of litigation, including extensive fact and expert discovery and construction of the claims by the Court. That litigation did not involve the Syngenta products that are the subject of this action. The '863 patent issued from a patent application in the same family of patent applications as the '880 patent. The '880 and '863 patents also share a common specification. Accordingly, the extensive discovery and claim construction from the prior actions in this Court should be usable in this action, which should substantially reduce the discovery required in this case.

B. Maximum of 20 interrogatories per side.

C. Maximum of 50 requests for admission per side.

D. Maximum of 100 hours for fact depositions by Plaintiff and 100 hours of fact depositions by Defendants.

E. Each fact deposition, other than those noticed under Fed. R. Civ. P. 30(b)(6), shall be limited to a maximum of 7 hours unless extended by agreement of the parties.

F. Fact discovery cut-off is set for July 31, 2005.

G. Expert reports under Rule 26(a)(2) on issues for which the parties have the burden of proof due August 20, 2005. Rebuttal expert reports due September 9, 2005. Expert depositions shall be completed by October 8, 2005. Supplementations under Rule 26(e) will be scheduled by the court at the request of the parties.

H. All discovery shall be cut off by October 8, 2005.

I. Time for the parties to amend pleadings and add counts or parties is hereby established as January 28, 2005.

J. The parties suggest the next discovery conference with the court be February 9, 2005.

All dispositive motions will be due 30 days after the fact discovery cut-off date unless otherwise ordered by the court and the parties agree pleadings, motions and briefs may be exchanged by e-mail, fax or other electronic means.


Dated: 11-10-04

Respectfully submitted,

By _____
John J. Holevas
Illinois Bar No. 06193197
WILLIAMS & MCCARTHY
321 West State Street
Rockford, IL 61101
(815) 987-8900

John F. Lynch
Thomas A. Miller
Susan K. Knoll
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX  77057
(713) 787-1400

**ATTORNEYS FOR PLAINTIFF
DEKALB GENETICS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served as indicated below this 10th day of November, 2004.

David C. Van Dyke, Esq.  VIA  Telefax
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive
Suite 1040
Chicago, IL 60606

Don O. Burley, Esq.  VIA  Telefax
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, L.L.P.
1300 I Street, N.W.
Washington, DC 20005