

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

DEKALB GENETICS CORPORATION, )
  )   0 5 - 3 5 5
Plaintiffs, )
  )   Civil Action No. 04 C 50323
v. )   Judge Philip G. Reinhard
  )
SYNGENTA SEEDS, INC. and )   Magistrate Judge P. Michael Mahoney
SYNGENTA BIOTECHNOLOGY, INC., )
  )
Defendants. )

### SYNGENTA'S LOCAL RULE 3.2(a) STATEMENT

The parent corporation of defendant Syngenta Seeds, Inc. is Syngenta Corporation. The parent corporation of defendant Syngenta Biotechnology, Inc. is Syngenta Seeds, Inc.

Syngenta AG, a publicly held corporation, indirectly owns 10% or more of the stock of both Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

Dated: November 12, 2004

_____
David C. Van Dyke (6204705)
Ronald D. Fiet
CASSIDY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606
(312) 641-3100
Attorneys for Defendants Syngenta Seeds, Inc. and
Syngenta Biotechnology, Inc.

Of counsel:
Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005
(202) 408-4000
6652445



27477/10588/DVD/CMW/JH                                                                    ARDC# 6204705

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04 C 50323 |
| v. | ) | |
| | ) | Judge Philip G. Reinhard |
| SYNGENTA SEEDS, INC., et al., | ) | |
| | ) | Magistrate Judge P. Michael Mahoney |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   *See Attached Service List*

**PLEASE TAKE NOTICE** that we have on November 12, 2004 filed Defendants' Local Rule 3.2(a) Statement with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By: _____
One of the Attorneys for SYNGENTA SEEDS, INC.
and SYNGENTA BIOTECHNOLOGY, INC.

David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois  60606
(312) 641-3100

Of Counsel:
Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C.  20005-3315
(202) 408-4000

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by transmitting a copy via facsimile and depositing same in the U.S. Mail Chute at 20 N. Wacker Drive, Chicago, Illinois on November 12, 2004.

SUBSCRIBED AND SWORN to
before me this 12th day of
November, 2004.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHELLE M. PALUMBO
Notary Public, State of Illinois
My Commission Expires 4/5/07

27477/10588/DVD/CMW/JH
DeKalb Genetics Corporation v. Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

## SERVICE LIST

**VIA FACSIMILE NO. (815) 968-0019
AND FIRST CLASS MAIL**
John J. Holevas, Esq.
WILLIAMS AND MCCARTHY
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)


**VIA FACSIMILE NO. (713) 787-1440
AND FIRST CLASS MAIL**
John F. Lynch
Thomas A. Miller
Susan K. Knoll
HOWREY SIMON ARNOLD
 & WHIRE, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)


6652742 DVANDYKE:MPALUMBO