Minute Order Form (06-97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| CASE NUMBER | 04 C 50323 | DATE | 11/18/2004 |
| CASE TITLE | DEKALB GENETICS vs. SYNGENTA SEEDS | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Defendants' contingent motion to transfer   05-355

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]

(2) □ Brief in support of motion due _____.

(3) ■ Answer brief to motion due 12/21/04. Reply to answer brief due 1/13/05.

(4) ■ Ruling on Defendants' contingent motion to transfer will be by mail.

(5) ■ Status hearing held.

(6) □ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) □ Trial[set for/re-set for] on _____ at _____.

(8) □ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) □ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
□ FRCP4(m)   □ Local Rule 41.1   □ FRCP41(a)(1)   □ FRCP41(a)(2).

(10) ■ [Other docket entry]   If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing.

(11) □ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | 11-19-04 | |
| | Notified counsel by telephone. | date docketed | 26 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| | | 11/18/2004 | |
| | | date mailed notice | |
| GG | courtroom deputy's initials | GG | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |