TAB

5

1

1       IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
2                 WESTERN DIVISION

3   ------------------------------:
                                  :
4   DEKALB GENETICS CORPORATION,  :
                                  :
5              Plaintiff,         : NO. 96 C 50112
                                  :     96 C 50113
6        Vs.                      :     96 C 50239
                                  :     96 C 50240
7   PIONEER HI-BRED INTERNATIONAL, :    96 C 50288
    INC.,                         :  DEPOSITION OF
8                                 :    PAUL CURTIS
               Defendant.         : ANDERSON, Ph.D.
9                                 :
    ------------------------------:

10

11

12

13            DEPOSITION OF PAUL ANDERSON Ph.D.,

14   taken before Delayne M. Johnson, Certified

15   Shorthand Reporter and Notary Public, at

16   700 Capital Square, 400 Locust Street, Des Moines,

17   Iowa, commencing at 9:45 a.m., January 7, 1997.

18

19

20            CONFIDENTIAL TRANSCRIPT

21            UNDER PROTECTIVE ORDER

22

23

24

25       Reported by:   Delayne M. Johnson, CSR, RPR

1

1

2                UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
3                   WESTERN DIVISION
     - - - - - - - - - - - - - - - - - - - - - -x
4
     DEKALB GENETICS CORPORATION,
5
                    Plaintiff,
6
                              CA NO. 96C-50114
7                   vs.       CA NO. 96C-56241

8    CIBA-GEIGY CORPORATION, and MYCOGEN
     CORPORATION, including its operating
9    subsidiaries Agrigenetics, Inc.
     (d.b.a. Mycogen Seeds) and
10   MYCOGEN PLANT SCIENCE, INC.,

11                  Defendants.

12   - - - - - - - - - - - - - - - - - - - - - -x
     (Caption continued on Page 2)
13

14                  400 Locust Street
                    Des Moines, Iowa
15
                    February 24, 1998
16                  1:01 p.m.

17                  Deposition of
                    PAUL ANDERSON, Ph.D.
18                  Volume I

19

20

21
     REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
22

23

24

25

142

```
 1

 2                UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                    WESTERN DIVISION
       - - - - - - - - - - - - - - - - - - - - - -x
 4

     DEKALB GENETICS CORPORATION,
 5
                   Plaintiff,
 6
                                 CA NO. 96C-50114
 7              vs.              CA NO. 96C-56241

 8   CIBA-GEIGY CORPORATION, and MYCOGEN
     CORPORATION, including its operating
 9   subsidiaries Agrigenetics, Inc.
     (d.b.a. Mycogen Seeds) and
10   MYCOGEN PLANT SCIENCE, INC.,

11                   Defendants.

12   - - - - - - - - - - - - - - - - - - - - - -x
     (Caption continued on Page 143)
13

14                   400 Locust Street
                     Des Moines, Iowa
15
                     February 25, 1998
16                   8:01 a.m.

17                   Deposition of
                     PAUL ANDERSON, Ph.D.
18                   Volume II

19

20

21
     REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
22

23

24

25
```

1

1

2              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
3                   WESTERN DIVISION

4   - - - - - - - - - - - - - - - - - -x

5   DEKALB GENETICS CORPORATION,

6              Plaintiff,

7                              CA NO. 96C-50114
            vs.                CA NO. 96C-56241
8
    CIBA-GEIGY CORPORATION, and MYCOGEN
9   CORPORATION, including its operating
    subsidiaries Agrigenetics, Inc.
10  (d.b.a. Mycogen Seeds) and
    MYCOGEN PLANT SCIENCE, INC.,
11
              Defendants.
12
    - - - - - - - - - - - - - - - - - -x
13  (Caption continued on Page 2)

14
                   220 South 6th Street
15                 Minneapolis, Minnesota

16                 February 27, 1998
                   9:05 a.m.
17
                   Deposition of
18                 NANCY DWAN
                   Volume I
19
    REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
20

21

22

23

24

25

1

1        K. Glassman

2      IN THE UNITED STATES DISTRICT COURT

3         NORTHERN DISTRICT OF ILLINOIS

4             WESTERN DIVISION

5   ----------------------------------x
    DEKALB GENETICS CORPORATION,
6
           Plaintiff,
7                                CA NO. 96C-50114
            -vs-                 CA NO. 96C-56241
8
    CIBA-GEIGY CORPORATION, and MYCOGEN
9   CORPORATION, including its operating
    subsidiaries Agrigenetics, Inc.
10  (d/b/a Mycogen Seeds) and
    MYCOGEN PLANT SCIENCE, INC.
11
           Defendants.
12  ----------------------------------x
    (caption continued on page 2)
13

14

              400 Locust Street
15            Des Moines, Iowa

16            May 13, 1998
              8:08 a.m.
17
              Deposition of
18            KIMBERLY GLASSMAN

19

20
    Reported by:  Kristin Hoekstra, CSR
21  License No.:  084-003619

22

23

24

25

```
                              1
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                   WESTERN DIVISION

 3     -----------------------------:
 4     DEKALB GENETICS CORPORATION,  :
                                     :
 5                  Plaintiff,       : CIVIL NOS.
                                     :  96 C 50112
 6          Vs.                      :  96 C 50113
                                     :  96 C 50239
 7     PIONEER HI-BRED INTERNATIONAL,:  96 C 90240
       INC.,                         :  96 C 50288
 8                                   : DEPOSITION OF
                    Defendant.       : KIMBERLY GLASSMAN
 9     -----------------------------:   VOLUME II

10

11               DEPOSITION OF KIMBERLY GLASSMAN,

12     VOLUME II, taken before Delayne M. Johnson,

13     Certified Shorthand Reporter and Notary Public, at

14     First Floor Conference Room, Capital Square,

15     400 Locust Street Des Moines, Iowa, commencing at

16     11:00 a.m., August 11, 1998.

17

18               CONFIDENTIAL UNDER PROTECTIVE ORDER

19

20

21

22

23

24          Videographer:  David P. Helbert, CDV

25          Reported by:  Delayne M. Johnson, CSR, RPR
```

```
                                              1
 1

 2              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                    WESTERN DIVISION

 4     - - - - - - - - - - - - - - - - - - -x

 5     DEKALB GENETICS CORPORATION,

 6                Plaintiff,

 7          vs.              CA NO. 96C-50114
                             CA NO. 96C-56241
 8
       CIBA-GEIGY CORPORATION, and MYCOGEN
 9     CORPORATION, including its operating
       subsidiaries Agrigenetics, Inc.
10     (d.b.a. Mycogen Seeds) and
       MYCOGEN PLANT SCIENCE, INC.,
11
                Defendants.
12
       - - - - - - - - - - - - - - - - - - -x
13     (Caption continued on Page 2)

14
                    220 South 6th Street
15                  Minneapolis, Minnesota

16                  February 26, 1998
                    9:02 a.m.
17
                    Deposition of
18                  CONRAD GOLD
                    Volume I
19
       REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
20

21

22

23

24

25
```

1

```
 1

 2

 3
                 UNITED STATES DISTRICT COURT
 4         FOR THE NORTHERN DISTRICT OF ILLINOIS
                      WESTERN DIVISION
 5
    - - - - - - - - - - - - - - - - - - - - - -x
 6
    DEKALB GENETICS CORPORATION,
 7
                      Plaintiff,
 8
                vs.
 9
    PIONEER HI-BRED INTERNATIONAL,
10  MYCOGEN CORPORATION, CIBA-GEIGY and
    NORTHRUP KING,
11
                      Defendants.
12
    - - - - - - - - - - - - - - - - - - - - - -x
13
                      Pillsbury Center South
14                    220 South Sixth Street
                      Minneapolis, Minnesota
15
                      February 5, 1998
16                    9:18 a.m.

17                    Deposition of
                      JULIE KIRIHARA
18                    Volume I

19               **      **      **
                  RESTRICTED CONFIDENTIAL
20             SUBJECT TO PROTECTIVE ORDER
                   **      **      **
21

22  REPORTED BY:  Beth Strauss, Shorthand Reporter

23

24

25
```

188

1

2

3

                    UNITED STATES DISTRICT COURT
4            FOR THE NORTHERN DISTRICT OF ILLINOIS
                         WESTERN DIVISION
5
     - - - - - - - - - - - - - - - - - - - - - - - -x
6
     DEKALB GENETICS CORPORATION,
7
                        Plaintiff,
8
                 vs.
9
     PIONEER HI-BRED INTERNATIONAL,
10   MYCOGEN CORPORATION, CIBA-GEIGY and
     NORTHRUP KING,
11
                        Defendants.
12
     - - - - - - - - - - - - - - - - - - - - - - -x
13
                        Pillsbury Center South
14                      220 South Sixth Street
                        Minneapolis, Minnesota
15
                        February 6, 1998
16                      9:06 a.m.

17                      Deposition of
                        JULIE KIRIHARA
18                      Volume II

19
                        **       **       **
20               RESTRICTED CONFIDENTIAL
              SUBJECT TO PROTECTIVE ORDER
21                      **       **       **

22

23
     REPORTED BY:  Beth Strauss, Shorthand Reporter
24

25

                                                1

1

2              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
3                   WESTERN DISTRICT
     - - - - - - - - - - - - - - - - - - -x
4
     DEKALB GENETICS CORPORATION,
5
                   Plaintiff,
6
                              CA NO. 96C-50114
7              vs.            CA NO. 96C-56241

8    CIBA-GEIGY CORPORATION, and MYCOGEN
     CORPORATION, including its operating
9    subsidiaries Agrigenetics, Inc.
     (d.b.a. Mycogen Seeds) and
10   MYCOGEN PLANT SCIENCE, INC.,

11                 Defendants.

12   - - - - - - - - - - - - - - - - - - -x
     (Caption continued on page 2)
13

14                 Pillsbury Center South
                   220 South Sixth Street
15                 Minneapolis, Minnesota

16                 April 9, 1998
                   9:03 a.m.
17
                   Deposition of
18                 RICHARD KRZYZEK, Ph.D.
                   Volume I
19

20
     REPORTED BY:  Shirley K. Paradis, RPR
21

22

23

24

25

211

1

2              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
3                 WESTERN DISTRICT
    - - - - - - - - - - - - - - - - - - -x

4

DEKALB GENETICS CORPORATION,

5

              Plaintiff,

6
                              CA NO. 96C-50114
7              vs.            CA NO. 96C-56241

8   CIBA-GEIGY CORPORATION, and MYCOGEN
    CORPORATION, including its operating
9   subsidiaries Agrigenetics, Inc.
    (d.b.a. Mycogen Seeds) and
10  MYCOGEN PLANT SCIENCE, INC.,

11              Defendants.

12  - - - - - - - - - - - - - - - - - - -x
    (Caption continued on page 212)
13

14              Pillsbury Center South
                220 South Sixth Street
15              Minneapolis, Minnesota

16              April 10, 1998
                8:00 a.m.
17
                Deposition of
18              RICHARD KRZYZEK, Ph.D.
                Volume II
19

20
    REPORTED BY:  Shirley K. Paradis, RPR
21

22

23

24

25

```
                                                    1
 1

 2                UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                     WESTERN DIVISION

 4     - - - - - - - - - - - - - - - - - - - - -x

 5     DEKALB GENETICS CORPORATION,

 6                    Plaintiff,

 7            vs.

 8     PIONEER HI-BRED INTERNATIONAL,
       MYCOGEN CORPORATION, CIBA-GEIGY and
 9     NORTHRUP KING,

10                    Defendants.

11     - - - - - - - - - - - - - - - - - - - - -x

12                    220 South 6th Street
                      Minneapolis, Minnesota
13
                      January 5, 1998
14                    9:13 a.m.

15                    Deposition of
                      RONALD C. LUNDQUIST
16                    Volume I

17     REPORTED BY:  Jamie I. Moskowitz, CSR, RPR

18

19

20

21

22

23

24

25
```

205

1

2                   UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
3                        WESTERN DIVISION

4      - - - - - - - - - - - - - - - - - - - - - -x

5      DEKALB GENETICS CORPORATION,

6                      Plaintiff,

7              vs.

8      PIONEER HI-BRED INTERNATIONAL,
       MYCOGEN CORPORATION, CIBA-GEIGY and
9      NORTHRUP KING,

10                     Defendants.

11     - - - - - - - - - - - - - - - - - - - - - -x

12                     220 South 6th Street
                       Minneapolis, Minnesota
13
                       January 6, 1998
14                     9:10 a.m.

15                     Deposition of
                       RONALD C. LUNDQUIST
16                     Volume II

17     REPORTED BY:  Jamie I. Moskowitz, CSR, RPR

18

19

20

21

22

23

24

25

374

1

2                    UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
3                        WESTERN DIVISION

4     - - - - - - - - - - - - - - - - - - - - - -x

5     DEKALB GENETICS CORPORATION,

6                    Plaintiff,

7              vs.

8     PIONEER HI-BRED INTERNATIONAL,
      MYCOGEN CORPORATION, CIBA-GEIGY and
9     NORTHRUP KING,

10                   Defendants.

11    - - - - - - - - - - - - - - - - - - - - - -x

12                   220 South 6th Street
                     Minneapolis, Minnesota
13
                     January 7, 1998
14                   9:13 a.m.

15                   Deposition of
                     RONALD C. LUNDQUIST
16                   Volume III

17    REPORTED BY:  Jamie I. Moskowitz, CSR, RPR

18

19

20

21

22

23

24

25

518

1

2              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
3                   WESTERN DIVISION

4    - - - - - - - - - - - - - - - - - - - - -x

5    DEKALB GENETICS CORPORATION,

6                   Plaintiff,

7         vs.

8    PIONEER HI-BRED INTERNATIONAL,
     MYCOGEN CORPORATION, CIBA-GEIGY and
9    NORTHRUP KING,

10                  Defendants.

11   - - - - - - - - - - - - - - - - - - - - -x

12                  220 South 6th Street
                    Minneapolis, Minnesota
13
                    January 8, 1998
14                  9:08 a.m.

15                  Deposition of
                    RONALD C. LUNDQUIST
16                  Volume IV

17   REPORTED BY:  Jamie I. Moskowitz, CSR, RPR

18

19

20

21

22

23

24

25

766

1

2                 UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
3                      WESTERN DIVISION

4    - - - - - - - - - - - - - - - - - - - - -x

5    DEKALB GENETICS CORPORATION,

6                    Plaintiff,

7            vs.

8    PIONEER HI-BRED INTERNATIONAL,
     MYCOGEN CORPORATION, CIBA-GEIGY and
9    NORTHRUP KING,

10                   Defendants.

11   - - - - - - - - - - - - - - - - - - - - -x

12                   220 South 6th Street
                     Minneapolis, Minnesota
13
                     January 9, 1998
14                   9:13 a.m.

15                   Deposition of
                     RONALD C. LUNDQUIST
16                   Volume V

17   REPORTED BY:  Jamie I. Moskowitz, CSR, RPR

18

19

20

21

22

23

24

25

945

1

2                 UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
3                      WESTERN DIVISION

4     - - - - - - - - - - - - - - - - - - - - - - - -

5     DEKALB GENETICS CORPORATION,

6                     Plaintiff,

7          vs.

8     PIONEER HI-BRED INTERNATIONAL,
      MYCOGEN CORPORATION, CIBA-GEIGY and
9     NORTHRUP KING,

10                    Defendants.

11    - - - - - - - - - - - - - - - - - - - - - - - -

12                    220 South 6th Street
                      Minneapolis, Minnesota
13
                      January 12, 1998
14                    10:44 a.m.

15                    Deposition of
                      RONALD C. LUNDQUIST
16                    Volume VI

17    REPORTED BY:  Shirley K. Paradis, RPR

18

19

20

21

22

23

24

25

1207

```
 1

 2            UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                 WESTERN DISTRICT
    - - - - - - - - - - - - - - - - - - - -x
 4
    DEKALB GENETICS CORPORATION,
 5
                 Plaintiff,
 6
                              CA NO. 96C-50114
 7            vs.              CA NO. 96C-56241

 8    CIBA-GEIGY CORPORATION, and MYCOGEN
      CORPORATION, including its operating
 9    subsidiaries Agrigenetics, Inc.
      (d.b.a. Mycogen Seeds) and
10    MYCOGEN PLANT SCIENCE, INC.,

11               Defendants.

12    - - - - - - - - - - - - - - - - - - - -x
      (Caption continued on page 1208)
13

14               Pillsbury Center South
                 220 South Sixth Street
15               Minneapolis, Minnesota

16               May 21, 1998
                 9:30 a.m.
17
                 Deposition of
18               RONALD C. LUNDQUIST, Ph.D.
                 Volume VII
19

20

21    REPORTED BY:  Amy C. Sieg, RPR

22

23

24

25
```

1

1          G. Sandahl

2      IN THE UNITED STATES DISTRICT COURT

3         NORTHERN DISTRICT OF ILLINOIS

4            WESTERN DIVISION

5  ------------------------------------x
   DEKALB GENETICS CORPORATION,
6
              Plaintiff,
7                            CA NO. 96C-50114
              -vs-           CA NO. 96C-56241
8
   CIBA-GEIGY CORPORATION, and MYCOGEN
9  CORPORATION, including its operating
   subsidiaries Agrigenetics, Inc.
10 (d/b/a Mycogen Seeds) and
   MYCOGEN PLANT SCIENCE, INC.
11
              Defendants.
12 ------------------------------------x
   (caption continued on page 2)
13

14
              400 Locust Street
15            Des Moines, Iowa

16            May 11, 1998
              1:03 p.m.
17
              Deposition of
18            GARY SANDAHL
              Volume I
19

20
   Reported by:  Kristin Hoekstra, CSR
21 License No.:   084-003619

22

23

24

25

142

1                    G. Sandahl

2         IN THE UNITED STATES DISTRICT COURT

3             NORTHERN DISTRICT OF ILLINOIS

4                  WESTERN DIVISION

5    ------------------------------------x
     DEKALB GENETICS CORPORATION,
6
              Plaintiff,
7                                  CA NO. 96C-50114
              -vs-                 CA NO. 96C-56241
8
     CIBA-GEIGY CORPORATION, and MYCOGEN
9    CORPORATION, including its operating
     subsidiaries Agrigenetics, Inc.
10   (d/b/a Mycogen Seeds) and
     MYCOGEN PLANT SCIENCE, INC.
11
              Defendants.
12   ------------------------------------x
     (caption continued on page 143)
13

14
                   400 Locust Street
15                 Des Moines, Iowa

16                 May 12, 1998
                   8:08 a.m.
17
                   Deposition of
18                 GARY SANDAHL
                   Volume II
19

20
     Reported by:  Kristin Hoekstra, CSR
21   License No.:  084-003619

22

23

24

25

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                     WESTERN DIVISION

 3
     DEKALB GENETICS CORPORATION          CIVIL ACTION NOS.
 4                                         96 C 50112
                                           96 C 50113
 5   VS.                                   96 C 50239
                                           96 C 50240
 6                                         96 C 50288

 7   PIONEER HI-BRED INTERNATIONAL, INC.   JANUARY 30, 1997

 8

 9             DEPOSITION OF DAVID A. WALTERS

10
     APPEARANCES:
11

12          ARNOLD, WHITE & DURKEE
                 Attorneys for the Plaintiff
13               1900 One American Center
                 600 Congress Avenue
14               Austin, Texas  78701
                 (512) 418-3000
15          BY:  DAVID L. PARKER, ESQ.
                 DANNY L. WILLIAMS, ESQ.
16

17          FOLEY & LARDNER
                 Attorneys for the Defendant
18               Firstar Center
                 777 East Wisconsin Avenue
19               Milwaukee, Wisconsin  53202-5367
                 (414) 297-5548
20          BY:  RONALD M. WAWRZYN, ESQ.
                 RICHARD C. PEET, Ph.D., ESQ.
21

22   ALSO PRESENT:  JEANNE FOSTER, ESQ.
                    CHRISTOPHER E. Flick, Ph.D.
23

24
                      Peggy McKie
25          Registered Professional Reporter
          NIZIANKIEWICZ & MILLER REPORTING SERVICES
```

1                                                        1

2                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
3                        WESTERN DIVISION

4      - - - - - - - - - - - - - - - - - - - - - - -x

5      DEKALB GENETICS CORPORATION,

6                      Plaintiff,

7              vs.

8      PIONEER HI-BRED INTERNATIONAL,
       MYCOGEN CORPORATION, CIBA-GEIGY and
9      NORTHRUP KING,

10                     Defendants.

11     - - - - - - - - - - - - - - - - - - - - - -x

12                     1500 Fleet Center
                       Providence, Rhode Island
13
                       September 9, 1997
14                     9:10 a.m.
                        Deposition of
15                     DAVID WALTERS
                         Volume I
16
          REPORTED BY:   Jamie I. Moskowitz, CSR, RPR
17

18

19

20

21

22

23                     Lipka.com
                875 Avenue of the Americas
24              New York, New York  10174
                     (888) LIPKA-CO
25                     Ref: 30026

174

```
 1
 2              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                    WESTERN DIVISION

 4    - - - - - - - - - - - - - - - - - - - - - -x

 5    DEKALB GENETICS CORPORATION,

 6                    Plaintiff,

 7           vs.

 8    PIONEER HI-BRED INTERNATIONAL,
      MYCOGEN CORPORATION, CIBA-GEIGY and
 9    NORTHRUP KING,

10                    Defendants.

11    - - - - - - - - - - - - - - - - - - - - -x

12                    1500 Fleet Center
                      Providence, Rhode Island
13
                      September 10, 1997
14                    9:10 a.m.
                       Deposition of
15                    DAVID WALTERS
                        Volume II
16
         REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
17

18

19

20

21

22

23                    Lipka.com
                875 Avenue of the Americas
24              New York, New York  10174
                    (888) LIPKA-CO
25                    Ref: 30027
```

354

```
 1
 2              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                  WESTERN DIVISION

 4    - - - - - - - - - - - - - - - - - - - - - -x

 5    DEKALB GENETICS CORPORATION,

 6                 Plaintiff,

 7            vs.

 8    PIONEER HI-BRED INTERNATIONAL,
      MYCOGEN CORPORATION, CIBA-GEIGY and
 9    NORTHRUP KING,

10                 Defendants.

11    - - - - - - - - - - - - - - - - - - - - - -x

12                 1500 Fleet Center
                   Providence, Rhode Island
13
                   September 11, 1997
14                 9:10 a.m.
                    Deposition of
15                 DAVID WALTERS
                    Volume III
16
      REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
17

18

19

20

21

22

23                 Lipka.com
            875 Avenue of the Americas
24         New York, New York  10174
                (888) LIPKA-CO
25               Ref: 30028
```

515

```
 1

 2              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                   WESTERN DIVISION

 4   - - - - - - - - - - - - - - - - - - - - - - -x

 5   DEKALB GENETICS CORPORATION,

 6                 Plaintiff,

 7          vs.

 8   PIONEER HI-BRED INTERNATIONAL,
     MYCOGEN CORPORATION, CIBA-GEIGY and
 9   NORTHRUP KING,

10                 Defendants.

11   - - - - - - - - - - - - - - - - - - - - - -x

12                 1500 Fleet Center
                   Providence, Rhode Island
13
                   September 12, 1997
14                 8:30 a.m.
                     Deposition of
15                 DAVID WALTERS
                     Volume IV
16
        REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
17

18

19

20

21

22

23                 Lipka.com
              875 Avenue of the Americas
24            New York, New York  10174
                 (888) LIPKA-CO
25                 Ref: 30031
```

624

1

2                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
3                        WESTERN DIVISION

4       - - - - - - - - - - - - - - - - - - - - - -x

5       DEKALB GENETICS CORPORATION,

6                        Plaintiff,

7              vs.

8       PIONEER HI-BRED INTERNATIONAL,
        MYCOGEN CORPORATION, CIBA-GEIGY and
9       NORTHRUP KING,

10                       Defendants.

11      - - - - - - - - - - - - - - - - - - - - - -x

12                       1500 Fleet Center
                         Providence, Rhode Island
13
                         September 18, 1997
14                       9:10 a.m.
                         Deposition of
15                       DAVID WALTERS
                            Volume V
16
            REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
17

18

19

20

21

22

23                       Lipka.com
                    875 Avenue of the Americas
24                  New York, New York  10174
                        (888) LIPKA-CO
25                       Ref: 30036

774

1

2              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
3                   WESTERN DIVISION

4    - - - - - - - - - - - - - - - - - - - - - -x

5    DEKALB GENETICS CORPORATION,

6                    Plaintiff,

7         vs.

8    PIONEER HI-BRED INTERNATIONAL,
     MYCOGEN CORPORATION, CIBA-GEIGY and
9    NORTHRUP KING,

10                   Defendants.

11   - - - - - - - - - - - - - - - - - - - - - -x

12                   1500 Fleet Center
                     Providence, Rhode Island
13
                     September 19, 1997
14                   9:04 a.m.
                      Deposition of
15                   DAVID WALTERS
                      Volume VI
16
         REPORTED BY:  Jamie I. Moskowitz, CSR, RPR
17

18

19

20

21

22

23                   Lipka.com
               875 Avenue of the Americas
24           New York, New York  10174
                   (888) LIPKA-CO
25                  Ref: 30038

829

```
 1
 2              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                   WESTERN DIVISION

 4    - - - - - - - - - - - - - - - - - - - - -x

 5    DEKALB GENETICS CORPORATION,

 6                    Plaintiff,

 7            vs.

 8    PIONEER HI-BRED INTERNATIONAL,
      MYCOGEN CORPORATION, CIBA-GEIGY and
 9    NORTHRUP KING,

10                    Defendants.

11    - - - - - - - - - - - - - - - - - - - - -x

12                    1500 Fleet Center
                      Providence, Rhode Island
13
                      January 21, 1998
14                    9:41 a.m.

15                    Deposition of
                      DAVID WALTERS
16                    Volume VII

17    REPORTED BY:  Jamie I. Moskowitz, CSR, RPR

18

19

20

21

22

23

24

25
```

```
0978
  1

  2                    UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
  3                       WESTERN DIVISION
       - - - - - - - - - - - - - - - - - - -x
  4
       DEKALB GENETICS CORPORATION,
  5
                       Plaintiff,
  6
                               CA NO. 96C-50114
  7              vs.           CA NO. 96C-56241

  8     CIBA-GEIGY CORPORATION, and MYCOGEN
        CORPORATION, including its operating
  9     subsidiaries Agrigenetics, Inc.
        (d.b.a. Mycogen Seeds) and
 10     MYCOGEN PLANT SCIENCE, INC.,

 11                    Defendants.

 12     - - - - - - - - - - - - - - - - - - -x
        (Caption continues on Page 979)
 13

 14                    20 Coogan Boulevard
                       Mystic, Connecticut
 15
                       October 15, 1998
 16                    9:16 a.m.

 17                    Deposition of
                       David Walters
 18                    Volume VIII

 19

 20     RESTRICTED CONFIDENTIAL -- ATTORNEYS' EYES ONLY

 21

 22     REPORTED BY:  Jamie I. Moskowitz, CSR, RPR

 23

 24

 25
```

1156

1

2            IN THE UNITED STATES DISTRICT COURT

3           FOR THE NORTHERN DISTRICT OF ILLINOIS

4                    WESTERN DIVISION

5   DEKALB GENETICS CORPORATION,  ) CIVIL ACTION NOS.
                                  ) 96 C 50112
6              Plaintiff,         ) 96 C 50239
                                  )
7          vs.                    )
                                  )
8   PIONEER HI-BRED INTERNATIONAL,)
    INC.,                         )
9              Defendant.         )
    ----------------------------)
10  DEKALB GENETICS CORPORATION,  )
                                  )
11             Plaintiff,         )
                                  )
12         vs.                    )
                                  )
13  CIBA GEIGY CORPORATION,       )
                                  )
14             and                )
                                  )
15  MYCOGEN CORPORATION, including)
    its operating subsidiaries,   )
16  AGRIGENETICS, INC. (d/b/a     )
    MYCOGEN SEEDS) and MYCOGEN    )
17  PLANT SCIENCES, INC.,         )
                                  )
18             Defendants.        )
    ----------------------------)

19

20    CONTINUED RESTRICTED CONFIDENTIAL DEPOSITION
           OF DAVID A. WALTERS - Volume 9
21              New York, New York
            Tuesday, April 11, 2000

22

23

24  Reported by:
    KRISTIN KOCH
25  JOB NO. 106599

1319
1                  IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
2                         WESTERN DIVISION
3       - - - - - - - - - - - - - - - - - - x
                                          |
4     DEKALB GENETICS CORPORATION,          Civil Action Nos.
                Plaintiff,                |
5                                             98 C 50186
      VS.                                 |   99 C 50212
6                                             99 C 50385
      PIONEER HI-BRED INTERNATIONAL, INC.,|   00 C 50201
7                Defendant.                   01 C 50219
                                          |
8       - - - - - - - - - - - - - - - - - - x
9
10
        ----------------------------------------------------
11          CONTINUED DEPOSITION OF:  DAVID A. WALTERS
                            VIDEOTAPED
12        RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY
        ----------------------------------------------------
13
14
15
                Taken before Robin L. Balletto, Registered
16    Professional Reporter, a Notary Public in and for the
      State of Connecticut, pursuant to Notice and the Federal
17    Rules of Civil Procedure, at the Hilton Hotel, Mystic,
      Connecticut, on January 29, 2002, commencing at 12:09 p.m.
18
19
20
21
22
23
24
25