TAB

4

02752

1 '          - VOLUME L -

2

          IN THE UNITED STATES DISTRICT COURT

3

          IN AND FOR THE DISTRICT OF DELAWARE

4

                    - - -

5
SYNGENTA SEEDS, INC.,        :    CIVIL ACTION
6                    :
     Plaintiff      :
7                    :
     vs.           :
8                    :
MONSANTO COMPANY, DEKALB      :
9 GENETICS CORP., DOW         :
AGROSCIENCES, LLC and MYCOGEN  :
10 AGRIGENETICS, INC., Collectively:
d/b/a MYCOGEN SEEDS,       :
11                    :
     Defendants     :    NO. 02-1331 (SLR)
12

                    - - -

13
                    Wilmington, Delaware
14                    Tuesday, December 14, 2004
                    12:15 o'clock, p.m.
15

                    - - -

16
BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
17

                    - - -

18
APPEARANCES:
19

20     PRICKETT, JONES & ELLIOTT, P.A.
       BY:  PAUL LUKOFF, ESQ.
21

               -and-

22

23               Valerie J. Gunning and
               Leonard A. Dibbs,
24               Official Court Reporters

25

02753

1  APPEARANCES (Continued):

2

    WHITE & CASE LLP
3    BY:  DIMITRIOS T. DRIVAS, ESQ.,
     JEAN SHIMOTAKE, ESQ.,
4     ALAN TENENBAUM, ESQ.,
     KEVIN McGANN, ESQ.,
5     DAREN M. ORZECHOWSKI, ESQ. and
     STEPHEN VITOLA, ESQ.
6     (New York, New York)

7

     -and-
8

9    SYNGENTA SEEDS, INC.
    BY:  LARRY STULTS, ESQ.
10

     Counsel for Plaintiff
11

12    POTTER, ANDERSON & CORROON
    BY:  RICHARD L. HORWITZ, ESQ.
13

     Counsel for all Defendants
14

15    HOWREY, SIMON, ARNOLD & WHITE, LLP
    BY:  JOHN S. LYNCH, ESQ.,
16     STEVEN SPEARS, ESQ. and
     SUSAN KNOLL, ESQ.
17     (Houston, Texas)

18       Counsel for Monsanto Company and Dekalb
      Genetics Corporation
19

20    KAYE SCHOLER, LLP
    BY:  THOMAS FLEMING, ESQ. and
21     LEORA BEN-AMI, ESQ.
    (New York, New York)
22

     Counsel for Pioneer Hi-Bred
23      International, Inc.

24

25

02754

1  APPEARANCES (Continued):

2

    ORRICK, HERRINGTON & SUTCLIFFE
3      BY:  ROBERT M. ISACKSON, ESQ.,
        DANIEL J. THOMASCH, ESQ.,
4        CRAIG R. KAUFMAN, ESQ. and
        ALEX CHACHKES, ESQ.
5       (New York, New York)

6        Counsel for Dow Agrosciences, LLC and
        Mycogen Agrigenetics, Inc.,
7        Collectively d/b/a Mycogen Seeds

8        - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

02767
1

2          (Proceedings resumed in the courtroom at 3:40

3  p.m.)

4

5          THE COURT:  Let's bring our jury in.

6          (At this point the jury entered the courtroom

7  and took their seats in the box.)

8          THE COURT:  You all may be seated.

9          Ms. Tassone?

10         DEPUTY CLERK:  Madam Forelady, may I please

11  have the verdict sheet?

12         (Pause.)

13         DEPUTY CLERK:  The verdict reads:  We, the

14  jury, unanimously find as follows:

15         No. 1, infringement.  Monsanto.

16         No. 1.  Do you find that Syngenta has shown

17  by a preponderance of the evidence that Monsanto has

18  made, used, offered to sell or sold MON810 YieldGard Bt

19  corn that infringes any of the following asserted claims

20  of the patents in suit?

21         '865 patent.  Claim 11 depending from Claim 1,

22  yes.

23         Claim 19 depending from Claims 11 and 1, yes.

24         Claim 19 depending from Claims 16 and 1, yes.

25         Claim 20 depending from Claims 11 and 1, yes.

02768

1    Claim 20 depending from Claims 16 and 1, yes.

2    Claim 21 depending from Claim 1, yes.

3    No. 2.  Do you find that Syngenta has shown

4 by a preponderance of the evidence that Monsanto has

5 contributed to the infringement by another of any of the

6 following asserted claims of the patents in suit with

7 its MON810 YieldGard Bt corn?

8    '865 patent.

9    Claim 11 depending from Claim 1, yes.

10    Claim 19 depending from Claims 11 and 1, yes.

11    Claim 19 depending from Claims 16 and 1, yes.

12    Claim 20 depending from Claims 11 and 1, yes.

13    Claim 20 depending from Claims 16 and 1, yes.

14    Claim 21 depending from Claim 1, yes.

15    B, Mycogen.

16    No. 1.  Do you find that Syngenta has shown

17 by a preponderance of the evidence that Mycogen made, used,

18 offered to sell or sold Herculex Bt corn or MON810

19 YieldGard Bt corn that infringes any of the following

20 asserted claims of the patents in suit:

21    Herculex Bt corn, '865 patent.

22    Claim 19 depending from Claims 16 and 1, yes.

23    Claim 20 depending from Claims 16 and 1, yes.

24    Claim 21 depending from Claim 1, yes.

25    MON810 YieldGard Bt corn.

02769

1    Claim 11 depending from Claim 1, yes.

2    Claim 19 depending from Claims 11 and 1, yes.

3    Claim 19 depending from Claims 16 and 1, yes.

4    Claim 20 depending from Claims 11 and 1, yes.

5    Claim 20 depending from Claims 16 and 1, yes.

6    Claim 21 depending from Claim 1, yes.

7    TC6275.

8    Claim 11 depending from Claim 1, yes.

9    Claim 19 depending from Claims 11 and 1, yes.

10    Claim 19 depending from Claims 16 and 1, yes.

11    Claim 20 depending from Claims 11 and 1, yes.

12    Claim 20 depending from Claims 16 and 1, yes.

13    Claim 21 depending from Claim 1, yes.

14    No. 2. Do you find that Syngenta has shown

15 by a preponderance of the evidence that Mycogen has

16 contributed to the infringement by another of any of

17 the following asserted claims of the patents in suit

18 with its Herculex Bt, MON810 YieldGard Bt or TC6275?

19    Herculex Bt corn.

20    Claim 19 depending from Claim 16, yes.

21    Claim 20 depending from Claim 16, yes.

22    Claim 21 depending from Claim 1, yes.

23    MON810 YieldGard Bt corn.

24    Claim 11 depending from Claim 1, yes.

25    Claim 19 depending from Claims 11 and 1, yes.

02770

1    Claim 19 depending from Claims 16 and 1, yes.

2    Claim 20 depending from Claims 11 and 1, yes.

3    Claim 20 depending from Claims 16 and 1, yes.

4    Claim 21 depending from Claim 1, yes.

5    No. 2.  Validity.

6    A, anticipation.

7    Do you find that defendants have shown by clear

8  and convincing evidence that the following claims of the

9  '865 patent are invalid as anticipated by Lundquist, PCT

10  patent Application '725, DTX-2036, Lundquist '665, U.S.

11  Patent DTX-2034?

12    Claim 19 depending from Claims 16 and 1, yes.

13    Claim 20 depending from Claims 16 and 1, yes.

14    Claim 21 depending from Claim 1, yes.

15    No. 2.  Do you find that defendants have

16  shown by clear and convincing evidence that the alleged

17  prior invention by Monsanto scientists meet all the

18  limitations of the following claims of the '865 patent?

19    Claim 19 depending from Claims 16 and 1, yes.

20    Claim 20 depending from Claims 16 and 1, yes.

21    Claim 21 depending from Claim 1, yes.

22    No. 3.  Do you find that defendants have shown

23  by clear and convincing evidence that the Koziel inventors

24  did not conceive of the inventions of the following claims

25  of the '865 patent before there was a conception of such

02771

1 claims by Monsanto scientists?

2       Claim 1 depending from Claims 16 and 1, yes.

3       Claim 20 depending from Claims 16 and 1, yes.

4       Claim 21 depending from Claim 1, yes.

5       No. 4. Do you find that defendants have shown

6 by clear and convincing evidence that the alleged prior

7 invention buy Sandoz Bt 11 corn meets all of the

8 limitations of the following claims of the '865 patent?

9       Claim 19 depending from Claims 16 and 1, yes.

10       Claim 20 depending from Claims 16 and 1, yes.

11       Claim 21 depending from Claim 1, yes.

12       No. 5. Do you find that defendants have shown

13 by clear and convincing evidence that the Koziel inventors

14 did not conceive of the inventions of the following claims

15 of the '865 patent before there was a conception of such

16 claims by Sandoz?

17       Claim 19 depending from Claims 16 and 1, yes.

18       Claim 20 depending from Claims 16 and 1, yes.

19       Claim 21 depending from Claim 1, yes.

20       E. Obviousness.

21       No. 1. Do you find that defendants have shown

22 by clear and convincing evidence that any of the following

23 claims of the patents in suit are invalid because the

24 claimed invention is obvious in view of the prior art?

25       Claim 11 depending from Claim 1, yes.

TAB

5



US006331665B1

(12) **United States Patent**
    Lundquist et al.

(10) Patent No.:     **US 6,331,665 B1**
(45) Date of Patent:     *Dec. 18, 2001

(54) **INSECT RESISTANT FERTILE TRANSGENIC CORN PLANTS**

(75) Inventors: **Ronald C. Lundquist**, Minnetonka; **David A. Walters**, Bloomington, both of MN (US)

(73) Assignee: **DeKalb Genetics Corp.**, DeKalb, IL (US)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/619,077**

(22) Filed:     **Mar. 20, 1996**

**Related U.S. Application Data**

(62) Division of application No. 08/285,488, filed on Aug. 3, 1994, now Pat. No. 5,508,468, which is a continuation of application No. 07/636,089, filed on Dec. 28, 1990, now abandoned, which is a continuation-in-part of application No. 07/508,045, filed on Apr. 11, 1990, now Pat. No. 5,484,956, which is a continuation-in-part of application No. 07/467,983, filed on Jan. 22, 1990, now abandoned.

(51) Int. Cl.[7] ............................. A01H 5/00; C12N 15/00; C12N 15/82

(52) U.S. Cl. ...................... 800/302; 800/320.1; 800/293; 800/265; 800/301; 800/302; 800/303

(58) Field of Search ................................ 800/320.1, 298, 800/275, 300, 301, 302, 268, 293; 435/412, 424, 430, 430.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis | 71/117 |
| 4,399,216 | 8/1983 | Axel et al. | 435/6 |
| 4,520,113 | 5/1985 | Gallo et al. | 436/504 |
| 4,536,475 | 8/1985 | Anderson | 435/172.3 |
| 4,559,302 | 12/1985 | Ingolia | 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. | 47/58 |
| 4,634,665 | 1/1987 | Axel et al. | 435/68 |
| 4,665,030 | 5/1987 | Close | 435/240 |
| 4,666,844 | 5/1987 | Cheng | 435/240 |
| 4,683,202 | 7/1987 | Mullis | 435/91 |
| 4,708,818 | 11/1987 | Montagnier et al. | 435/5 |
| 4,727,028 | 2/1988 | Santerre et al. | 435/240.2 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 80893/87 | 12/1988 | (AU) | C12N/15/00 |
| 37 38 874 A1 | 11/1988 | (DE) | A01H/1/06 |
| 0 126 537 A2 | 4/1983 | (EP) | A61K/9/52 |
| 0 141 373 A3 | 5/1985 | (EP) | A01G/7/00 |
| 0 142 924 A2 | 5/1985 | (EP) | C12N/15/00 |
| 0 154 204 A2 | 9/1985 | (EP) | C12N/15/00 |
| 0 160 390 A2 | 11/1985 | (EP) | A01H/15/10 |
| 0 174 791 A2 | 3/1986 | (EP) | C12N/15/00 |
| 0 189 707 A2 | 8/1986 | (EP) | C12N/15/00 |
| 0 204 549 A2 | 10/1986 | (EP) | C12N/15/00 |
| 0 202 668 A2 | 11/1986 | (EP) | C12N/5/02 |
| 0 242 236 A1 | 10/1987 | (EP) | C12N/15/00 |
| 0 242 246 A1 | 11/1987 | (EP) | C12N/15/00 |
| 0 299 552 A1 | 1/1988 | (EP) | C12N/15/00 |
| 0 257 472 A2 | 3/1988 | (EP) | C12N/15/00 |
| 0 262 971 A2 | 5/1988 | (EP) | A01H/1/02 |

(List continued on next page.)

OTHER PUBLICATIONS

Specification of U.S. Patent Application, Serial No. 07/205, 155, entitled "Stable Transformation of Plant Cells," pp. 1–29 (Filed Jun. 10, 1988).

"BioTechnica Applies for Field Test of Genetically Engineered Corn," *Genetic Technology News*, 10(3), (Mar. 1990).

"Chipping Away at Old Weed Enemies," Farm Science Outlook, *Prairie Farmer 162*, 34 (Feb. 29, 1990).

"Corn Transformers Multiply," *BioTechnol.*, 8, 490 (Jun. 1990).

"Dekalb Researchers Produce Fertile Corn Plants with Foreign Genes," *ARI Newsletter* (Oct./Nov. 1990).

"Gene Guns Succeed in Altering Corn," *Biotechnology News*, p. 2 (Apr. 1990).

"Genetic Engineering Advance Announced for Corn Plants," *Investor's Daily*, (Apr. 19, 1990).

"Genetically Engineered Corn: Breakthrough Brings Market Closer," *Genetic Technology News*, 8–11 (Oct. 1990).

"Keystone Crops," *Agricultural Genetics Report*, (Mar./Apr. 1990).

"Plant Science Research, Inc. Achieves Successful Transformation of Corn," *Genetic Engineering News*, 10(3), 3 (Mar. 1990).

"Sticky Ends," Genetic Engineering News, 10(5), 1 (May 1990).

"Teams from USDA/Monsanto and DeKalb Genetically Engineer Corn," *Genetic Technology News*, 10(5) (May 1990).

"Two Teams Succeed in Putting Foreign Genes in Corn Plants," *Genetic Engineering Letter*, 10(8), 3 (Apr. 24, 1990).

"USDA Approves Field Test for BioTechnica's Genetically Engineered Corn," *Genetic Technology News*, 10(7), 6 (Jul. 1990).

Bishop, J. E., "Two Teams Plane Genes into Corn," *The Wall Street Journal*, B1 (Apr. 1990).

(List continued on next page.)

*Primary Examiner*—Gary Benzion
(74) *Attorney, Agent, or Firm*—Schwegman, Lundberg, Woessner & Kluth, P.A.

(57) **ABSTRACT**

Fertile transgenic *Zea mays* (corn) plants which stably express recombinant DNA which is heritable are provided wherein said DNA preferably comprises a recombinant gene which encodes a seed storage protein, so that the amino acid profile of the corn is improved.

**33 Claims, 8 Drawing Sheets**

# US 6,331,665 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,806,483 | 2/1989 | Wang | 435/240.49 |
| 4,885,357 | 12/1989 | Larkins et al. | 530/373 |
| 4,886,878 | 12/1989 | Larkins et al. | 536/26 |
| 4,940,835 | 7/1990 | Shah et al. | 800/205 |
| 4,945,050 | 7/1990 | Sanford et al. | 435/172.1 |
| 4,956,282 | 9/1990 | Goodman et al. | 435/69.51 |
| 5,004,863 | 4/1991 | Umbeck | 800/205 |
| 5,013,658 | 5/1991 | Dooner et al. | 435/172.3 |
| 5,015,580 | 5/1991 | Christou et al. | 435/172.3 |
| 5,036,006 | 7/1991 | Sanford et al. | 435/170.1 |
| 5,049,500 | 9/1991 | Arnizen et al. | 435/172.3 |
| 5,077,399 | 12/1991 | Brauer et al. | 536/27 |
| 5,082,767 | 1/1992 | Hatfield et al. | 435/6 |
| 5,097,093 | 3/1992 | Vandeventer et al. | 800/200 |
| 5,145,777 | 9/1992 | Goodman et al. | 435/172.3 |
| 5,164,310 | 11/1992 | Smith et al. | 435/172.3 |
| 5,177,010 | 1/1993 | Goldman et al. | 435/172.3 |
| 5,187,073 | 2/1993 | Goldman et al. | 435/172.3 |
| 5,187,267 | 2/1993 | Comai et al. | 536/23.1 |
| 5,196,342 | 3/1993 | Donovan | 435/320.1 |
| 5,231,020 | 7/1993 | Jorgensen et al. | 435/172.3 |
| 5,240,841 | 8/1993 | Johnston et al. | 435/172.3 |
| 5,273,894 | 12/1993 | Strauch et al. | 435/129 |
| 5,278,325 | 1/1994 | Strop et al. | 554/12 |
| 5,302,523 | 4/1994 | Coffee et al. | 435/172.1 |
| 5,310,667 | 5/1994 | Eichholtz et al. | 435/172.3 |
| 5,350,689 | 9/1994 | Shillito et al. | 435/240.47 |
| 5,352,605 | 10/1994 | Fraley et al. | 435/240.4 |
| 5,371,003 | 12/1994 | Murry et al. | 435/172.3 |
| 5,371,015 | 12/1994 | Sanford et al. | 435/287 |
| 5,380,831 | 1/1995 | Adang et al. | 536/23.71 |
| 5,384,253 | 1/1995 | Krzyzek et al. | 435/172 |
| 5,436,393 | 7/1995 | Rocha-Sosa et al. | 800/205 |
| 5,451,513 | 9/1995 | Maliga et al. | 438/172.3 |
| 5,464,763 | 11/1995 | Schilperoort et al. | 435/172.3 |
| 5,472,869 | 12/1995 | Krzyzek et al. | 435/240.4 |
| 5,484,956 | 1/1996 | Lundquist et al. | 800/205 |
| 5,489,520 | 2/1996 | Adams et al. | 435/172.3 |
| 5,495,071 | 2/1996 | Fischhoff et al. | 800/205 |
| 5,500,365 | 3/1996 | Fischhoff et al. | 435/240.4 |
| 5,508,468 | 4/1996 | Lundquist et al. | 800/205 |
| 5,538,877 | 7/1996 | Lundquist et al. | 435/172.3 |
| 5,538,880 | 7/1996 | Lundquist et al. | 435/172.3 |
| 5,550,318 | 8/1996 | Adams et al. | 800/205 |
| 5,554,798 | 9/1996 | Lundquist et al. | 800/205 |
| 5,561,236 | 10/1996 | Leemans et al. | 800/205 |
| 5,565,347 | 10/1996 | Fillatti et al. | 435/172.3 |
| 5,567,600 | 10/1996 | Adang et al. | 800/205 |
| 5,567,862 | 10/1996 | Adang et al. | 800/205 |
| 5,576,203 | 11/1996 | Hoffman | 435/172.3 |
| 5,578,702 | 11/1996 | Adang et al. | 530/205 |
| 5,580,716 | 12/1996 | Johnston et al. | 435/5 |
| 5,589,615 | 12/1996 | de Clercq et al. | 800/205 |
| 5,589,616 | 12/1996 | Hoffman et al. | 800/205 |
| 5,593,963 | 1/1997 | Van Ooijen et al. | 514/12 |
| 5,595,733 | 1/1997 | Carswell et al. | 424/93.21 |
| 5,596,131 | 1/1997 | Horn et al. | 800/205 |
| 5,623,067 | 4/1997 | Vanderkerckhove et al. | 536/24.1 |
| 5,641,664 | 6/1997 | D'Halluin et al. | 435/172.3 |
| 5,641,876 | 6/1997 | McElroy et al. | 536/24.1 |
| 5,677,474 | 10/1997 | Rogers | 800/205 |
| 5,693,507 | 12/1997 | Daniell et al. | 435/172.3 |
| 5,780,708 | 7/1998 | Lundquist et al. | 800/205 |
| 5,874,265 | 2/1999 | Adams et al. | 435/172.3 |
| 5,886,244 | 3/1999 | Tomes et al. | 800/293 |
| 5,919,675 | 7/1999 | Adams et al. | 435/172.3 |
| 5,969,213 | 10/1999 | Adams et al. | 800/205 |
| 5,990,387 | 11/1999 | Tomes et al. | 800/293 |
| 5,990,390 | 11/1999 | Lundquist et al. | 800/302 |
| 6,013,863 | 1/2000 | Lundquist et al. | 800/293 |
| 6,020,539 | 2/2000 | Goldman et al. | 800/294 |
| 6,022,846 | 2/2000 | Van Ooijen et al. | 512/5 |
| 6,025,545 | 2/2000 | Lundquist et al. | 800/293 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 269 601 A2 | 6/1988 | (EP) | C12N/15/00 |
| 0 270 356 A2 | 6/1988 | (EP) | C12N/15/00 |
| 0 275 069 A2 | 7/1988 | (EP) | C12N/15/00 |
| 0 280 400 A2 | 8/1988 | (EP) | A01C/1/06 |
| 0 282 164 A2 | 9/1988 | (EP) | C12N/5/00 |
| 0 289 479 A2 | 11/1988 | (EP) | C12N/15/00 |
| 0 290 395 A2 | 11/1988 | (EP) | C12N/15/00 |
| 0 292 435 A1 | 11/1988 | (EP) | C12N/15/00 |
| 0 301 749 A2 | 2/1989 | (EP) | C12N/15/00 |
| 0 331 083 A2 | 9/1989 | (EP) | C12N/15/00 |
| 0 331 855 A2 | 9/1989 | (EP) | C12M/3/00 |
| 0 334 539 A2 | 9/1989 | (EP) | C12N/15/00 |
| 0 335 528 A2 | 10/1989 | (EP) | C12N/15/00 |
| 0 348 348 A2 | 12/1989 | (EP) | A01N/65/00 |
| 0 385 962 A1 | 2/1990 | (EP) | C12N/15/82 |
| 0 359 472 A2 | 3/1990 | (EP) | C12N/15/32 |
| 0 359 617 A2 | 3/1990 | (EP) | C12N/15/53 |
| 0 360 750 A2 | 3/1990 | (EP) | C12N/15/29 |
| 0 408 403 A1 | 5/1990 | (EP) | C12N/15/32 |
| 0 442 174 A1 | 8/1991 | (EP) | C12N/15/82 |
| 2 159 173 A | 11/1985 | (GB) | C12N/15/00 |
| 61-134343 | 5/1984 | (JP) . | |
| 8801444 | 1/1990 | (NL) | C12N/15/87 |
| WO 85/01856 | 5/1985 | (WO) | A01B/76/00 |
| WO 85/02972 | 7/1985 | (WO) | A01C/1/06 |
| 86/01536 | 3/1986 | (WO) | C12P/15/00 |
| 86/03776 | 7/1986 | (WO) | C12N/15/00 |
| WO 87/05629 | 9/1987 | (WO) | C12N/15/00 |
| 88/08034 | 10/1988 | (WO) | C12P/21/00 |
| WO 89/04371 | 5/1989 | (WO) | C12N/21/00 |
| 89/10369 | 11/1989 | (WO) | C12N/5/00 |
| WO 89/12102 | 12/1989 | (WO) | C12N/15/00 |
| 90/01551 | 2/1990 | (WO) | C12N/15/82 |
| 90/01869 | 3/1990 | (WO) | A01H/1/00 |
| 90/02801 | 3/1990 | (WO) | C12N/15/32 |
| 90/10691 | 8/1990 | (WO) | C12N/5/00 |

## OTHER PUBLICATIONS

Clark, B., "Biotech Advance in Corn: Gunslinging Researchers Fire Marker Genes in to Corn," *AG Consultant*, 46(7), 12 (Jul. 1990).

Creisson, G., et al., "Agrobacterium– and Microprojectile– Mediated Viral DNA Delivery into Barley Microspore Derived–Cultures," *Plant Cell Rep.*, 8, 680–683 (Apr. 1990).

DeWald et al., "Plant regeneration from inbred maize suspensions," VIIth International Congress on Plant Tissue and Cell Culture, p. 12, Abstract No. A1–36 (Jun. 24–29, 1990).

Donn, G., et al., "Stable Transformation of Maize with a Chimaeric, Modified Phosphinothricin–Acetyltransferase Gene from *Streptomyces viridochromogenes*," Abstracts, VIIth International Congress Plant Tissue Cell Culture, p. 53, Abstract No. A2–38 (Jun. 24–29, 1990).

Gunset, G., "Genetic Advance May Transform Corn," *Chicago Tribune* (Apr. 19, 1990).

Kreitlow, B., "Genetic Engineering 'Breakthrough' Disputed," Cedar Rapids Gazette (Apr. 20, 1990).

Looker, D., "Dekalb Claims Success in Effort to Alter Genetic Makeup of Corn," *Des Moines Register* (Apr. 19, 1990).

Moffat, A. S., "Corn Transformed," *Science*, 249, 630 (Aug. 10, 1990).

US 6,331,665 B1

**1**

# INSECT RESISTANT FERTILE TRANSGENIC CORN PLANTS

## CROSS-REFERENCE TO RELATED APPLICATION

The present application is a divisional of U.S. Ser. No. 08/285,488, filed Aug. 3, 1994, now U.S. Pat. No. 5,508, 468, which is a continuation of U.S. Ser. No. 07/636,089, filed Dec. 28, 1990, now abandoned, which is a continuation-in-part of U.S. Ser. No. 07/508,045, filed Apr. 11, 1990, now U.S. Pat. No. 5,484,956, which is a continuation-in-part of U.S. Ser. No. 07/467,983, filed Jan. 22, 1990 now abandoned.

## FIELD OF THE INVENTION

This invention relates to fertile transgenic plants of the species *Zea mays* (oftentimes referred to herein as maize or corn). The invention further relates to producing fertile transgenic plants via particle bombardment and subsequent selection techniques.

## BACKGROUND OF THE INVENTION

Genetic engineering of plants, which entails the isolation and manipulation of genetic material (usually in the form of DNA or RNA) and the subsequent introduction of that genetic material into a plant or plant cells, offers considerable promise to modern agriculture and plant breeding. Increased crop food values, higher yields, feed value, reduced production costs, pest resistance, stress tolerance, drought resistance, the production of pharmaceuticals, chemicals and biological molecules as well as other beneficial traits are all potentially achievable through genetic engineering techniques. Once a gene has been identified, cloned, and engineered, it is still necessary to introduce it into a plant of interest in such a manner that the resulting plant is both fertile and capable of passing the gene on to its progeny.

A variety of methods have been developed and are currently available for the transformation of various plants and plant cells with DNA. Generally, these plants have been dicotyledonous, and some success has been reported with certain of the monocotyledonous cereals. However, some species have heretofore proven untransformable by any method. Thus, previous to this discovery, no technology had been developed which would permit the production of stably transformed *Zea mays* plants in which the introduced recombinant DNA is transmitted through at least one complete sexual cycle. This failure in the art is well documented in the literature and has been discussed in a number of recent reviews (I. Potrykus, *Trends in Biotechnology*, 7, 269 (1989); K. Weising et al., *Ann. Rev. of Genetics*, 22, 421 (1988); F. Cocking et al., *Science*, 236, 1259 (1987)).

Some of the techniques attempted, or proposed, for introducing DNA into corn cells include electroporation, microinjection, microprojectile bombardment, liposome fusion, Agrobacterium-mediated transfer, macroinjection, and exposure to naked DNA in solution.

For example, J. DeWet et al., *Experimental Manipulation of Ovule Tissue*, G. Chapman et al., eds., Longman, Inc., New York (1985) at pages 197–269 and Y. Ohta, *PNAS USA*, 83, 715 (1986) reported the introduction of DNA into maize by mixing pollen grains with DNA solutions, and applying the pollen to maize silks. In these papers, there is no molecular data confirming the introduction of the exogenous DNA into the corn cells. Arntzen et al. in published European Patent Application No. 275,069 describe the incubation

**2**

of DNA with maize pollen followed by pollination of maize ears and formation of seeds. The plants derived from these seeds were reported to contain the introduced DNA, but there is no suggestion that the introduced DNA was transmitted through a complete sexual cycle.

A. Graves et al., *Plant Mol. Biol.*, 3, 43 (1986) reported Agrobacterium-mediated transformation of *Zea mays* seedlings. The evidence was based upon assays which can sometimes be unreliable. To date, there have been no further reported successes with pollen and Agrobacterium-mediated transfer techniques.

Microprojectile bombardment has been reported to yield transformed corn cells. The technique is disclosed in Sanford et al., *Part. Sci. & Techn.*, 5, 27 (1987) as well as in published European patent application number 331,855 of J. C. Sanford et al. which is based upon U.S. Ser. No. 07/161, 807, filed Feb. 29, 1988. Klein et al., *Plant Physiol.*, 91, 440 (1989) describe production of transformed corn cells, using microprojectile bombardment. However, the cells used were not capable of regeneration into plants. Thus, no protocols have been published describing the introduction of DNA by a bombardment technique into cultures of regenerable maize cells of any type. No stable introduction of a gene has been reported that results from bombardment of maize callus followed by regeneration fertile plants and transmission of the introduced gene through at least one sexual cycle. D. McCabe et al., in published European patent application No. 270,356, disclose the bombardment of maize pollen with DNA, the application of the pollen to silks, and the formation of seeds which reportedly contain the exogenous DNA. However, there is no evidence that the DNA was transmitted through a complete sexual cycle, and no further results have been reported by this group.

Electroporation of corn protoplasts has been reported to result in transformed cells by M. E. Fromm et al., *Nature*, 319, 791 (1986) although these cells did not provide regenerated plants. Electroporation of corn protoplasts was also reported by C. Rhodes et al., *Science*, 240, 204 (1988). Although the recipient cells were transformed and, in the latter case, were able to regenerate into plants, the plants themselves were sterile. In addition, methods for the production of the cell line used by Rhodes et al. were not reproducible.

A further stumbling block to the successful production of fertile transgenic maize plants has been in selecting those few transformants in such a manner that neither the regeneration capacity (in the case of protoplasts or cell cultures) nor the fertility of the transformants are destroyed. Due to the generally low level of transformants produced by a transformation technique, some sort of selection procedure is often necessary. However, selection generally entails the use of some toxic agent, e.g., a herbicide or antibiotic, which may be detrimental to either the regenerability or the resultant plant fertility.

On the other hand, it has been known that untransformed corn protoplasts, cultured cells and callus at least can be regenerated to form mature plants and that the resulting plants are often fertile. For example, R. D. Shillito et al., *Bio/Technology*, 7, 581 (1989), and L. M. Prioli et al., *Bio/Technology*, 7, 589 (1989) discuss methods for producing protoplasts from cell cultures and recovering fertile plants therefrom. C. A. Rhodes et al., *Bio/Technology*, 6, 56 (1988) disclose attempts to regenerate maize plants from protoplasts isolated from embryogenic maize cell cultures.

However, it has not been possible for the art worker to determine which maize tissues or cultures are appropriate recipients for exogenous DNA, e.g., contain a useful number

US 6,331,665 B1

39

The presence of the HPT gene was confirmed in two R2 progeny deriving from a PH1 maternal parent.

Plant PH1.3.1 (see Table 9) was pollinated with Oh43 pollen. Nine seeds derived from this cross were germinated, DNA was prepared from the leaves of four of the progeny plants, and analyzed by Southern blotting using the HPT coding sequence probe. Two of the four plants tested contained the HPT sequence in high copy number. Although the HPT gene was present in two of the plants, expression of the gene could not be detected in the etiolated leaf assay.

Plant PH1.10.8 (Table 9) was used to pollinate B73 and was also selfed. Fifty of the progeny from the out-cross were tested for HPT expression in both root and leaf assays. No expression was detected. Likewise Southern blots on DNA from eight of the progeny did not detect the presence of the HPT gene. In the progeny from the self cross, no evidence for the presence of the gene was obtained in leaf assays of nine progeny, or from Southern blots of the DNA from four of these plants.

The recombinant DNA was only shoe to be inherited by progeny when a transgenic plant (both R0 and R1) was used as a female. This is suggestive of maternal inheritance of the recombinant DNA for PH1.

All of the publications and patent documents cited hereinabove are incorporated by reference herein. The invention has been described with reference to various specific and preferred embodiments and techniques. However, it should be understood that many variations and modifications may be made while remaining within the spirit and scope of the invention.

What is claimed is:

1. A fertile transgenic *Zea mays* plant comprising a preselected DNA sequence encoding a *Bacillus thuringiensis* endotoxin, wherein the preselected DNA sequence is adjusted to be more efficiently expressed in maize than the native *B. thuringiensis* DNA sequence encoding said endotoxin, and wherein said preselected DNA is heritable.

2. The transgenic *Zea mays* plant of claim 1 wherein the preselected DNA sequence comprises an increased G+C content of the degenerate third base of the codons.

3. The transgenic *Zea mays* plant of claim 1 or wherein the preselected DNA sequence comprises a sequence encoding the HD73 endotoxin of *Bacillus thuringiensis*.

4. A seed produced by the transgenic *Zea mays* plant claim 1, 3, which comprises said preselected DNA sequence.

5. The transgenic *Zea mays* plant of claim 1 wherein the preselected DNA sequence encodes a truncated *Bacillus thuringiensis* endotoxin.

6. The transgenic *Zea mays* plant of claim 1 wherein the preselected DNA sequence comprises a promoter.

7. A fertile inbred transgenic *Zea mays* plant comprising a preselected DNA sequence encoding a *Bacillus thuringiensis* endotoxin, wherein the preselected DNA sequence is adjusted to be more efficiently expressed in maize than the native *B. thuringiensis* DNA sequence encoding said endotoxin and wherein the preselected DNA sequence is heritable.

8. A fertile hybrid transgenic *Zea mays* plant comprising a preselected DNA sequence encoding a *Bacillus thuringiensis* endotoxin, wherein the preselected DNA sequence is adjusted to be more efficiently expressed in maize than the native *B. thuringiensis* DNA sequence encoding said endotoxin, and wherein the preselected DNA sequence is heritable.

9. A fertile transgenic *Zea mays* plant comprising a preselected heritable DNA sequence encoding a *Bacillus thuringiensis* endotoxin, wherein the preselected DNA sequence is adjusted to be more efficiently expressed in maize than the native *B. thuringiensis* DNA sequence encoding said endotoxin, and wherein the preselected DNA sequence further comprises a selectable marker gene or a reporter gene.

40

10. The transgenic *Zea mays* plant of claim 9 wherein the preselected DNA sequence comprises a sequence encoding the HD73 endotoxin of *Bacillus thuringiensis*.

11. The transgenic *Zea mays* plant of claim 9 wherein the preselected DNA sequence comprises a sequence encoding the HD1 endotoxin of *Bacillus thuringiensis*.

12. A seed produced by the transgenic *Zea mays* plant of claim 9, 10 or 11 which comprises said preselected DNA sequence.

13. The transgenic *Zea mays* plant of claim 9 wherein the DNA sequence encodes a truncated *Bacillus thuringiensis* endotoxin.

14. The transgenic *Zea mays* plant of claim 9 wherein the preselected DNA sequence further comprises a promoter operably linked to said DNA sequence encoding said endotoxin and a promoter operably linked to said selectable marker gene.

15. A fertile inbred transgenic *Zea mays* plant comprising a preselected heritable DNA sequence encoding a *Bacillus thuringiensis* endotoxin, wherein the preselected DNA sequence is adjusted to be more efficiently expressed in maize than the native *B. thuringiensis* DNA sequence encoding said endotoxin, and wherein the preselected DNA sequence further comprises a selectable marker gene or a reporter gene.

16. A fertile hybrid transgenic *Zea mays* plant comprising a preselected heritable DNA sequence encoding a *Bacillus thuringiensis* endotoxin, wherein the preselected DNA sequence is adjusted to be more efficiently expressed in maize than the native *B. thuringiensis* DNA sequence encoding said endotoxin, and wherein the preselected DNA sequence further comprises a selectable marker gene or a reporter gene.

17. The transgenic *Zea mays* plant of claim 9 wherein the selectable marker gene confers resistance or tolerance to a compound selected from the group consisting of hygromycin, sethoxydim, haloxyfop, glyphosate, methotrexate, imidazoline, sulfonylurea, triazolopyrimidine, s-triazine, bromoxynil, phosphinothricin, kanamycin, G418, 2,2-dichloropropionic acid and neomycin.

18. The transgenic plant of claim 17 wherein the compound is phosphinothricin.

19. The transgenic plant of claim 17 wherein the compound is glyphosate.

20. The transgenic plant of claim 17 wherein the compound is kanamycin.

21. The transgenic plant of claim 17 wherein the compound is hygromycin.

22. The transgenic *Zea mays* plant of claim 9 wherein the DNA encoding the *Bacillus thuringiensis* endotoxin is fused in frame with said selectable marker or reporter gene.

23. The inbred transgenic plant of claim 15 wherein the DNA encodes a truncated *Bacillus thuringiensis* endotoxin.

24. The hybrid transgenic plant of claim 18 wherein the DNA encodes a truncated *Bacillus thuringiensis* endotoxin.

25. The transgenic plant of claim 5, 23 or 24 wherein the truncated *Bacillus thuringiensis* endotoxin comprises about the N-terminal 50% of the endotoxin.

26. The transgenic plant of claim 1 or 9 wherein the preselected DNA further encodes a protease inhibitor.

27. The transgenic plant of claim 6 or 14 wherein the preselected DNA sequence further comprises the maize AdhIS first intron or the maize Shrunken-2 first intron positioned between the promoter and the DNA encoding said endotoxin.

28. The transgenic plant of claim 6 or 14 wherein the preselected DNA sequence further comprises a manopine synthase promoter, a nopaline synthase promoter or an octopine synthase promoter.

29. The transgenic plant of claim 6 or 14 wherein the promoter is the CaMV 35S or 19S promoter.

US 6,331,665 B1

41

30. A population of plants obtained by breeding the transgenic plants of claim 1 or 14 wherein the preselected DNA sequence is transmitted by Mendelian inheritance through both male and female parent plants.

31. An inbred insect-resistant transgenic *Zea mays* plant prepared by a process comprising:

(a) crossing a fertile transgenic *Zea mays* plant comprising a preselected DNA sequence encoding a *Bacillus thuringiensis* endotoxin, wherein the preselected DNA sequence is adjusted to be more efficiently expressed in maize than the a *B. thuringiensis* DNA sequence encoding said endotoxin, and wherein said DNA sequence is heritable, with a member of a second inbred *Zea mays* line;

42

(b) recovering insect-resistant transgenic progeny plants from said cross;

(c) back-crossing one of the transgenic progeny plant with a member of said second inbred line;

(d) recovering insect-resistant transgenic progeny plants from said cross; and

(e) repeating steps (b) and (c) to obtain said inbred plant.

32. The inbred transgenic *Zea mays* plant of claim 31 wherein said preselected DNA sequence encodes a truncated *Bacillus thuringiensis* endotoxin.

33. A transgenic insect-resistant hybrid plant prepared by crossing the inbred plant of claim 31 or 32 with an inbred *Zea mays* line, and recovering said hybrid plant.

*  *  *  *  *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,331,665 B1                                    Page 1 of 1
DATED           : December 18, 2001
INVENTOR(S)  : Ronald C. Lundquist and David A. Walters

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 39,
Lines 35-37, replace claim No. 2 with -- The transgenic *Zea Mays* plant of claim 1
wherein the preselected DNA sequence comprises a sequence encoding the HD1
endotoxin of *Bacillus thuringiensis*. --, therefor.
Line 38, delete "or" after "claim **1**".
Line 41, insert -- of -- after "plant".
Line 42, delete "**1, 3,**" and insert -- **1, 2,** or **3** --.

Column 40,
Line 51, delete referenced claim No."**18**" and insert -- **16** --, therefor.
Line 53, insert -- **13,** -- between "**5,**" and "**23**".

Signed and Sealed this

Eleventh Day of June, 2002

*Attest:*

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

TAB

6

US005538880A

# United States Patent [19]

## Lundquist et al.

[11] **Patent Number:** 5,538,880

[45] **Date of Patent:** * Jul. 23, 1996

[54] **METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS**

[75] Inventors: **Ronald C. Lundquist**, Minnetonka; **David A. Walters**, Bloomington, both of Minn.

[73] Assignee: **DeKalb Genetics Corporation**, St. Paul, Minn.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,538,877.

[21] Appl. No.: **249,458**

[22] Filed: **May 26, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 974,379, Nov. 10, 1992, which is a continuation of Ser. No. 467,983, Jan. 22, 1990, abandoned.

[51] Int. Cl.$^6$ ............................ C12N 15/00; C12N 15/05; A01H 1/06; A01H 4/00

[52] U.S. Cl. ...................................... 435/172.3; 435/172.1; 435/240.48; 435/240.49; 935/52; 935/55; 935/67; 935/85; 800/205; 800/235; 800/DIG. 56

[58] Field of Search ............................. 435/172.3, 172.1, 435/240.4, 240.45, 240.49, 287; 800/205, 235; 935/52, 53, 55, 67, 85

### [56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis ..................................... 71/117 |
| 4,559,302 | 12/1985 | Ingolia .................................. 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. ............................. 47/58 |
| 4,665,030 | 5/1987 | Close ....................................... 435/240 |
| 4,666,844 | 5/1987 | Cheng ..................................... 435/240 |
| 4,727,028 | 2/1988 | Santerre et al. ...................... 435/240.2 |
| 4,806,483 | 2/1989 | Wang ............................... 435/240.49 |
| 4,940,835 | 7/1990 | Shah et al. .............................. 800/205 |
| 5,049,500 | 9/1991 | Amizen et al. ...................... 435/172.3 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0126537A2 | 4/1983 | European Pat. Off. ......... A61K 9/52 |
| 0141373A3 | 5/1985 | European Pat. Off. ......... A01G 7/00 |
| 0154204A2 | 9/1985 | European Pat. Off. ..... C12N 15/00 |
| 0160390A2 | 11/1985 | European Pat. Off. ...... A01H 15/10 |
| 0204549A2 | 10/1986 | European Pat. Off. ..... C12N 15/00 |
| 0202668A2 | 11/1986 | European Pat. Off. ....... C12N 5/02 |
| 0242236A1 | 10/1987 | European Pat. Off. ..... C12N 15/00 |
| 0242246A1 | 11/1987 | European Pat. Off. ..... C12N 15/00 |
| 0299552A1 | 1/1988 | European Pat. Off. ..... C12N 15/00 |
| 0262971A2 | 5/1988 | European Pat. Off. ....... A01H 1/02 |
| 0270356A2 | 6/1988 | European Pat. Off. ..... C12N 15/00 |
| 0275069A2 | 7/1988 | European Pat. Off. ..... C12N 15/00 |
| 0280400A2 | 8/1988 | European Pat. Off. ....... A01C 1/06 |
| 0282164A2 | 9/1988 | European Pat. Off. ....... C12N 5/00 |
| 0292435A1 | 11/1988 | European Pat. Off. ..... C12N 15/00 |
| 0289479A2 | 11/1988 | European Pat. Off. ..... C12N 15/00 |
| 0290395A2 | 11/1988 | European Pat. Off. ..... C12N 15/00 |
| 0301749A2 | 2/1989 | European Pat. Off. ..... C12N 15/00 |
| 0334539A2 | 9/1989 | European Pat. Off. ..... C12N 15/00 |
| 0331855A2 | 9/1989 | European Pat. Off. ....... C12M 3/00 |
| 0348348A2 | 12/1989 | European Pat. Off. ....... A01N 65/00 |
| 04421741 | 4/1991 | European Pat. Off. ..... C12N 15/82 |

| | | | |
|---|---|---|---|
| 3738874A1 | 11/1988 | Germany ........................... A01H 1/06 |
| 8801444 | 1/1990 | Netherlands ................... C12N 15/87 |
| 2159173 | 11/1985 | United Kingdom ......... C12N 15/00 |
| WO85/01856 | 5/1985 | WIPO ............................. A01B 76/00 |
| WO85/02972 | 7/1985 | WIPO ............................. A01C 1/06 |
| WO87/05629 | 9/1987 | WIPO ........................... C12N 15/00 |
| WO89/04371 | 5/1989 | WIPO ........................... C12N 21/00 |
| WO89/12102 | 12/1989 | WIPO ........................... C12N 15/00 |
| WO90/10691 | 8/1990 | WIPO ............................. C12N 5/00 |

### OTHER PUBLICATIONS

"Bullets" Transform Plant Cells, *Agricell Report,* 9, 5 (Jul. 1987).

"Shotgunning DNA into Cells," *Genetic Engineering News,* (Jul./Aug. 1987).

Ahokes, H. "Electrophoretic transfection of cereal grains with exogenous nucleic acid," Soc. Biochem. Biophys. Microbio. Fen., Biotieteen Paivat (Bioscience Days), Technical University of Helsinki, Espoo, p. 2 (1989).

Armstrong, C. L., et al., "Genetic and cytogenetic variation in plants regenerated from organogenic and friable, embryonic tissue cultures of maize," *Biological Abstracts,* vol. 85, Abstract No. 117662 (1988).

Barker, R. F., et al., "Nucleotide Sequence of the T–DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955," *Plant Mol. Biol.,* 2, 335–350 (1983).

Bevan, M., et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation," *Nature, 304,* 184–187 (1983).

Bevan, M., et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T–DNA," *Nuc. Acids Res., 11,* 369–385 (1983).

Booy, G., et al., "Attempted Pollen–Mediated Transformation of Maize," *J. Plant Physiol., 135,* 319–324 (1989).

Callis, J., et al., "Introns Increase Gene Expression in Cultures Maize Cells," *Genes and Development, 1,* 1183–1200 (1987).

Cao, J., et al., "Transformation of Rice and Maize using the Biolistic Process," In: *Plant Gene Transfer,* Alan R. Liss, Inc., pp. 21–33 (1990).

Chandler, V. L., et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway are Homologous Isolation of B Utilizing R Genomic Sequences," *The Plant Cell, 1,* 1175–1183 (1989).

Christou, P., et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures," *Theor. Appl. Genet., 79,* 337–341 (1990).

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Schwegman, Lundberg, Woessner & Kluth

### [57] ABSTRACT

Fertile transgenic *Zea mays* (corn) plants which stably express heterologous DNA which is heritable are disclosed along with a process for producing said plants. The process comprises the microjectile bombardment of friable embryogenic callus from the plant to be transformed. The process may be applicable to other graminaceous cereal plants which have not proven stably transformable by other techniques.

**18 Claims, 10 Drawing Sheets**

5,538,880

1

## METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

This is a division of application Ser. No. 07/974,379, filed Nov. 10, 1992, which is a continuation of application Ser. No. 07/467,983, filed Jan. 22, 1990, abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to fertile transgenic plants of the species *Zea mays* (oftentimes referred to herein as maize or corn). The invention further relates to producing transgenic plants via particle bombardment and subsequent selection techniques which have been found to produce fertile transgenic plants.

Genetic engineering of plants, which entails the isolation and manipulation of genetic material (usually in the form of DNA or RNA) and the subsequent introduction of that genetic material into a plant or plant cells, offers considerable promise to modern agriculture and plant breeding. Increased crop food values, higher yields, feed value, reduced production costs, pest resistance, stress tolerance, drought resistance, the production of pharmaceuticals, chemicals and biological molecules as well as other beneficial traits are all potentially achievable through genetic engineering techniques. Once a gene has been identified, cloned, and engineered, it is still necessary to introduce it into a plant of interest in such a manner that the resulting plant is both fertile and capable of passing the gene on to its progeny.

A variety of methods have been developed and are currently available for the transformation of various plants and plant cells with DNA. Generally these plants have been dicotyledonous, and some success has been reported with certain of the monocotyledonous cereals. However, some species have heretofore proven untransformable by any method. Thus, previous to this discovery, no technology had been developed which would permit the production of stably transformed *Zea mays* plants in which the transforming DNA is heritable thereof. This failure in the art is well documented in the literature and has been discussed in a number of recent reviews (Potrykus, 1989; Weising et al., 1988; Cocking et al., 1987).

European Patent Publns. 270,356 (McCabe et al.) and 275,069 (Arntzen et al.) describe the introduction of DNA into maize pollen followed by pollination of maize ears and formation of seeds. The plants germinated from these seeds are alleged to contain the introduced DNA, but there is no suggestion that the introduced DNA was heritable, as has been accomplished in the present invention. Only if the DNA introduced into the corn is heritable can the corn be used in breeding programs as required for successful commercialization of transgenic corn.

Graves et al. (1986) claims *Agrobacterium*-mediated transformation of *Zea mays* seedlings. The alleged evidence was based upon assays known to produce incorrect results.

Despite extensive efforts to produce fertile transformed corn plants which transmit the transforming DNA to progeny, there have been no reported successes. Many previous failures have been based upon gene transfer to maize protoplasts, oftentimes derived from callus, liquid suspension culture cells, or other maize cells using a variety of transformation techniques. Although several of the techniques have resulted in successful transformation of corn cells, the resulting cells either could not be regenerated into corn plants or the corn plants produced were sterile (Rhodes et al.

2

1988). Thus, while maize protoplasts and some other cells have previously been transformed, the resulting transformants could not be regenerated into fertile transgenic corn.

On the other hand, it has been known that at least certain corn callus can be regenerated to form mature plants in a rather straightforward fashion and that the resulting plants were often fertile. However, no stable transformation of maize callus was ever achieved, i.e. there were no techniques developed which would permit a successful stable transformation of a regenerable callus. An example of a maize callus transformation technique which has been tried is the use of Agrobacterium mediated transfer.

The art was thus faced with a dilemma. While it was known that corn protoplast and suspension culture cells could be transformed, no techniques were available which would regenerate the transformed protoplast into a fertile plant. While it was known that corn callus could be regenerated into a fertile plant, there were no techniques known which could transform the callus, particularly while not destroying the ability of the callus both to regenerate and to form fertile plants.

Recently, a new transformation technique has been created based upon the bombardment of intact cells and tissues with DNA-coated microprojectiles. The technique, disclosed in Sanford et al. (1987) as well as in EPO Patent Publication 331,855 of J. C. Sanford et al. based upon U.S. Ser. No. 161,807, filed Feb. 29, 1988, has been shown effective at producing transient gene expression in some plant cells and tissues including those from onion, maize (Klein et al. 1988a), tobacco, rice, wheat, and soybean, and stable expression has been obtained in tobacco and soybeans. In fact, stable expression has been obtained by bombardment of suspension cultures of *Zea mays* Black Mexican Sweet (Klein et al. 1989) which cultures are, however, non-regenerable suspension culture cells, not the callus culture cells used in the process of the present invention.

No protocols have been published describing the introduction of DNA by a bombardment technique into cultures of regenerable maize cells of any type. No stable expression of a gene has been reported by means of bombardment of corn callus followed by regeneration of fertile plants and no regenerable fertile corn has resulted from DNA-coated microprojectile bombardment of the suspension cultures. Thus, the art has failed to produce fertile transformed corn plants heretofore.

A further stumbling block to the successful production of fertile transgenic maize plants has been in selecting those few transformants in such a manner that neither the regeneration capacity nor the fertility of the regenerated transformant are destroyed. Due to the generally low level of transformants produced by a transformation technique, the need for selection of the transformants is self-evident. However, selection generally entails the use of some toxic agent, e.g. herbicide or antibiotic, which can effect either the regenerability or the resultant plant fertility.

It is thus an object of the present invention to produce fertile, stably transgenic, *Zea mays* plants and seeds which transmit the introduced gene to progeny. It is a further object to produce such stably transgenic plants and seeds by a particle bombardment and selection process which results in a high level of viability for a few transformed cells. It is a further object to produce fertile stably transgenic plants of other graminaceous cereals besides maize.

### REFERENCES CITED

Armstrong, C L, et al. (1985) J Planta 164:207–214

Callis, J, et al. (1987) Genes & Develop 1:1183–1200

5,538,880

21

appeared uninhibited on both levels of hygromycin. The control callus appeared to have about 80% of the weight gain of 13E. The callus lines were transferred to fresh media at the same respective levels of hygromycin.

### V. Confirmation of Transformed Callus

A Southern blot was prepared from DNA from the line 24C. As shown in FIG. 6B, a band was observed for the line 24C at the expected size of 1.05 Kb showing that the line 24C contained the HPT coding sequence. No band was observed for DNA from control tissue. The name of the callus line 24C was changed to PH2.

### VI. Plant Regeneration and Production of Seed

The line 24C along with unselected control callus were placed onto RM5 medium to regenerate plants as in Example I. After 16 d the callus was transferred to R5 medium as in Example I.

### EXAMPLE III

The procedure of Example II was repeated exactly except that different plasmids were used.

The plasmids pBII221 and pHYGI1 described in Example I were used as well as pMS533 which is a plasmid that contains the insecticidal Bacillus thuringiensis endotoxin (BT) gene fused in frame with the neomycin phosphotransferase (NPTII) gene. 5' of the fusion gene are located segments of DNA from the CaMV 35S and nopaline synthase promoters. 3' from the fusion gene are segments of DNA derived from the .tomato protease inhibitor I gene and the poly A region of the nopaline synthase gene.

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. Two tubes contained plasmids pHYGI1 and pMS533 and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA pH 8.0).

The following bombardments were done:

| 9 × pHYGI1/pMS533 | Potential positive treatment |
| 2 × TE prep | Control treatment |

After bombardment the callus from the pHYGI1/pMS533 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate. The same was done for one of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 12 d the callus on round 1 selection plates appeared to show about 90% of the weight gain of the unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin as ten 30 mg pieces per plate.

After 22 d of selection on round 2 selection plates, the callus appeared completely uninhibited. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin.

At 74 d post-bombardment a single visible sector was observed proliferating from the surrounding necrotic tissue. The callus line was from pHYGI1/pMS533 treated material

22

and was designated 86R. The callus line 86R was transferred to F medium.

After 24 d the callus line 86R had grown substantially. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin.

After 19 d of culture, the callus line 86R appeared to grow rapidly and was uninhibited on both levels of hygromycin. The control callus appeared to have only about 50% of the weight gain of 86R. The callus lines were transferred to fresh media at the same respective levels of hygromycin to further test the resistance of the callus line 86R to hygromycin.

### COMPARATIVE EXAMPLE A

The basic procedures of Examples i-III have been attempted except varying the selection regime or the form of the callus. These other attempts, which are detailed in Table 2 below, were not successful. Since they were not repeated several times, it is not known whether they can be made to work. In all of the procedures, no viable sectors were observed. In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXTI1 was the plasmid and methotrexate the selection agent.

TABLE 2

| | | | Summary of Comparative Example A | | | | |
|---|---|---|---|---|---|---|---|
| Recip. Tissue | Plasmids | Recov. Period | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period | |
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 | |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | — | — | |
| Clumps | pHYGI1 pBII221 | 8 | 60 | 19 | 30 | 132 | |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 | |
| Clumps | pMTXI1 pBII221 | 8 | 3 | 103 | — | — | |
| Sieved | pCHN1-1 pBII221 | 13 | — | — | — | — | |

What is claimed is:

1. A process for producing a fertile transgenic Zea mays plant comprising the steps of (i) bombarding intact regenerable Zea mays cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, and imparts herbicide resistance thereto.

2. The process of claim 1 wherein the fertile transgenic Zea mays plant is regenerated from transformed embryogenic tissue.

3. The process of claim 1 wherein the cells are derived from immature embryos.

4. A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 1 which comprise said DNA.

5. The process of claim 4 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line.

6. The process of claim 4 comprising obtaining seed from

5,538,880

23

said progeny and obtaining further progeny plants comprising said DNA from said seed.

7. The process of claim 5 wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA.

8. The process of claim 6 wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed.

9. The process of claim 7 wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA.

10. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regencrable *Zea mays* cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, wherein the DNA imparts insect resistance thereto.

11. The process of claim 10 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

24

12. The process of claim 10 wherein the cells are derived from immature embryos.

13. A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 10, which comprise said DNA.

14. The process of claim 13 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line.

15. The process of claim 13 comprising obtaining seed from said progeny and obtaining further progeny plants comprising said DNA from said seed.

16. The process of claim 14 wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA.

17. The process of claim 15 wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed.

18. The process of claim 16 wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA.

\* \* \* \* \*

TAB

7



US006013863A

# United States Patent [19]

## Lundquist et al.

[11] **Patent Number:** **6,013,863**

[45] **Date of Patent:** **Jan. 11, 2000**

[54] **FERTILE TRANSGENIC CORN PLANTS**

[75] Inventors: **Ronald C. Lundquist**, Minnetonka; **David A. Walters**, Bloomington, both of Minn.

[73] Assignee: **Dekalb Genetics Corporation**, Dekalb, Ill.

[21] Appl. No.: **08/844,555**

[22] Filed: **Apr. 21, 1997**

### Related U.S. Application Data

[62] Division of application No. 08/677,695, Jul. 10, 1996, which is a continuation of application No. 07/974,379, Nov. 10, 1992, Pat. No. 5,538,877, which is a continuation of application No. 07/467,983, Jan. 22, 1990, abandoned.

[51] Int. Cl.[7] .......................... **C12N 15/00**; C12N 15/82; A01H 1/06; A01H 4/00

[52] U.S. Cl. ...................... **800/293**; 800/278; 800/288; 800/300; 435/430; 435/285.3

[58] Field of Search ................................... 800/205, 200, 800/250, DIG. 56, 293, 278, 288; 47/58, DIG. 1; 435/172.3, 172.1, 412, 424, 430, 430.1, 287, 285, 285.3

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis ..................................... 71/117 |
| 4,399,216 | 8/1983 | Axel et al. ................................. 435/6 |
| 4,520,113 | 5/1985 | Gallo et al. ............................ 436/504 |
| 4,535,060 | 8/1985 | Comai .................................. 435/240.2 |
| 4,536,475 | 8/1985 | Anderson .............................. 435/172.3 |
| 4,559,301 | 12/1985 | Turner ..................................... 435/76 |
| 4,559,302 | 12/1985 | Ingolia ................................ 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. ............................ 47/58 |
| 4,634,665 | 1/1987 | Axel et al. ................................. 435/68 |
| 4,642,411 | 2/1987 | Hibberd et al. ........................... 800/1 |
| 4,665,030 | 5/1987 | Close ................................... 435/240 |
| 4,666,844 | 5/1987 | Cheng ................................... 435/240 |
| 4,683,202 | 7/1987 | Mullis ..................................... 435/91 |
| 4,708,818 | 11/1987 | Montagnier et al. .................... 435/5 |
| 4,727,028 | 2/1988 | Santerre et al. .................... 435/240.2 |
| 4,743,548 | 5/1988 | Crossway et al. .................... 435/172.3 |
| 4,761,373 | 8/1988 | Anderson et al. .................... 435/172.3 |
| 4,806,483 | 2/1989 | Wang ................................ 435/240.49 |
| 4,885,357 | 12/1989 | Larkins et al. ........................ 530/373 |
| 4,886,878 | 12/1989 | Larkins et al. ......................... 536/26 |
| 4,940,835 | 7/1990 | Shah et al. ............................ 800/205 |
| 4,945,050 | 7/1990 | Sanford et al. ...................... 435/172.1 |
| 4,956,282 | 9/1990 | Goodman et al. .................... 435/69.51 |
| 4,971,908 | 11/1990 | Kishore et al. ...................... 435/172.1 |
| 5,001,060 | 3/1991 | Peacock et al. .................... 435/172.3 |
| 5,004,863 | 4/1991 | Umbeck ............................... 800/205 |
| 5,013,658 | 5/1991 | Dooner et al. ...................... 435/172.3 |
| 5,015,580 | 5/1991 | Christou et al. .................... 435/240.2 |
| 5,034,322 | 7/1991 | Rogers et al. ...................... 435/172.3 |
| 5,036,006 | 7/1991 | Sanford et al. ...................... 435/170.1 |
| 5,049,500 | 9/1991 | Arntzen et al. ...................... 435/172.3 |
| 5,077,399 | 12/1991 | Brauer et al. ........................... 536/27 |
| 5,082,767 | 1/1992 | Hatfield et al. .......................... 435/6 |
| 5,094,945 | 3/1992 | Comai ................................ 435/172.3 |
| 5,110,732 | 5/1992 | Benfey et al. ...................... 435/172.3 |
| 5,134,074 | 7/1992 | Gordon et al. ...................... 435/240.4 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| B-80893/87 | 12/1988 | Australia ......................... C12N 15/00 |
| 2032443 A1 | 12/1990 | Canada ......................... C12N 15/87 |
| 0 126 537 A2 | 4/1983 | European Pat. Off.... |
| 0 131 623 B1 | 1/1984 | European Pat. Off. ....... C12N 15/11 |
| 0 141 373 A3 | 5/1985 | European Pat. Off. ....... A01G 7/00 |
| 0 142 924 A2 | 5/1985 | European Pat. Off. ....... C12N 15/00 |
| 0 154 204 A2 | 9/1985 | European Pat. Off. ....... C12N 15/00 |
| 0 160 390 A2 | 11/1985 | European Pat. Off. ....... A01H 15/10 |
| 0 174 791 A2 | 3/1986 | European Pat. Off. ....... C12N 15/00 |
| 0 189 707 A2 | 8/1986 | European Pat. Off. ....... C12N 15/00 |
| 0 193 259 A1 | 9/1986 | European Pat. Off. ....... C12N 15/00 |
| 0 204 549 A2 | 10/1986 | European Pat. Off. ....... C12N 15/00 |
| 0 202 668 A2 | 11/1986 | European Pat. Off. ......... C12N 5/02 |
| 0 242 236 A1 | 10/1987 | European Pat. Off. ....... C12N 15/00 |
| 0 242 246 A1 | 10/1987 | European Pat. Off. ....... C12N 15/00 |
| 0 299 552 A1 | 1/1988 | European Pat. Off. ....... C12N 15/00 |
| 0 257 472 A2 | 3/1988 | European Pat. Off. ....... C12N 15/00 |
| 0 262 971 A2 | 5/1988 | European Pat. Off. ....... A01H 1/02 |
| 0 269 601 A2 | 6/1988 | European Pat. Off. ....... C12N 15/00 |
| 0 270 356 A2 | 6/1988 | European Pat. Off. ....... C12N 15/00 |
| 0 271 408 A2 | 6/1988 | European Pat. Off. ....... C12N 15/00 |
| 0 275 069 A2 | 7/1988 | European Pat. Off. ....... C12N 15/00 |

(List continued on next page.)

### OTHER PUBLICATIONS

U.S. application No. 07/392,176, Adams et al., Aug. 9, 1989.
U.S. application Ser. No. 07/205,155, Entitled "Stable Transformation of Plant Cells", pp. 1–29, Filed Jun. 10, 1988.
"'Bullets' Transform Plant Cells", *Agricell Report*, 9 (Jul. 1987).
Catalog, Handbook of Fine Chemicals, Aldrich Chem. Co., p. 508 (1988).
"Cornell U. Gene Gun Hits Biotech Bullseye", *Agriculture Technology*, p. 13.
"Dalapon", Merck Index, 11th Edition, Budavae, S., (ed.), Merck and Co., pp. 405–406 (1989).
Dialog Search of Japanese Patent No. 61–134343 (1986).
EPO Notice Regarding Publication of Bibliographic Data for EPO 0485506 (1992).
"Herbicide–Resistant Corn", *CT Academy of Science and Engineering, Case Reports,* 5, 6 (1990).
International Search Report, PCT/US 90/04462, mailed Jan. 15, 1991.
International Search Report, PCT/US 94/09699, mailed Aug. 16, 1995.
Office Action dated May 30, 1989, Goldman et al., USSN 06/880,271, filed Jun. 30, 1986.
Office Action dated Mar. 8, 1990, Goldman et al., USSN 06/880,271, filed Jun. 30, 1986.
Patent Family Record for Australian Patent 8780893.

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Schwegman, Lundberg, Woessner & Kluth, P.A.

[57] **ABSTRACT**

A process of preparing fertile *Zea mays* plants is provided wherein said plants are resistant to the herbicide glyphosate, as well as processes for preparing seed, human food or animal feed therefrom.

**8 Claims, 6 Drawing Sheets**

6,013,863

**1**

# FERTILE TRANSGENIC CORN PLANTS

This application is a division of U.S. patent application Ser. No. 08/677,695, filed Jul. 10, 1996, which is a continuation of U.S. patent application Ser. No. 07/974,379, filed Nov. 10, 1992, now U.S. Pat. No. 5,538,877, which in turn is a continuation of U.S. patent application Ser. No. 07/467,983, filed Jan. 22, 1990, now abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to fertile transgenic plants of the species Zea mays (oftentimes referred to herein as maize or corn). The invention further relates to producing transgenic plants via particle bombardment and subsequent selection techniques which have been found to produce fertile transgenic plants.

Genetic engineering of plants, which entails the isolation and manipulation of genetic material (usually in the form of DNA or RNA) and the subsequent introduction of that genetic material into a plant or plant cells, offers considerable promise to modern agriculture and plant breeding. Increased crop food values, higher yields, feed value, reduced production costs, pest resistance, stress tolerance, drought resistance, the production of pharmaceuticals, chemicals and biological molecules as well as other beneficial traits are all potentially achievable through genetic engineering techniques. Once a gene has been identified, cloned, and engineered, it is still necessary to introduce it into a plant of interest in such a manner that the resulting plant is both fertile and capable of passing the gene on to its progeny.

A variety of methods have been developed and are currently available for the transformation of various plants and plant cells with DNA. Generally these plants have been dicotyledonous, and some success has been reported with certain of the monocotyledonous cereals. However, some species have heretofore proven untransformable by any method. Thus, previous to this discovery, no technology had been developed which would permit the production of stably transformed Zea mays plants in which the transforming DNA is heritable thereof. This failure in the art is well documented in the literature and has been discussed in a number of recent reviews (Potrykus, 1989; Weising et al., 1988; Cocking et al., 1987).

European Patent Publns. 270,356 (McCabe et al.) and 275,069 (Arntzen et al.) describe the introduction of DNA into maize pollen followed by pollination of maize ears and formation of seeds. The plants germinated from these seeds are alleged to contain the introduced DNA, but there is no suggestion that the introduced DNA was heritable, as has been accomplished in the present invention. Only if the DNA introduced into the corn is heritable can the corn be used in breeding programs as required for successful commercialization of transgenic corn.

Graves et al. (1986) claims Acrobacterium-mediated transformation of Zea mays seedlings. The alleged evidence was based upon assays known to produce incorrect results.

Despite extensive efforts to produce fertile transformed corn plants which transmit the transforming DNA to progeny, there have been no reported successes. Many previous failures have been based upon gene transfer to maize protoplasts, oftentimes derived from callus, liquid suspension culture cells, or other maize cells using a variety of transformation techniques. Although several of the techniques have resulted in successful transformation of corn cells, the resulting cells either could not be regenerated into

**2**

corn plants or the corn plants produced were sterile (Rhodes et al. 1988) or, in some cases, it even turned out that the plants were in fact not transformed. Thus, while maize protoplasts and some other cells have previously been transformed, the resulting transformants could not be regenerated into fertile transgenic plants.

On the other hand, it has been known that at least certain corn callus can be regenerated to form mature plants in a rather straightforward fashion and that the resulting plants were often fertile. However, no stable transformation of maize callus was ever achieved, i.e. there were no techniques developed which would permit a successful stable transformation of a regenerable callus. An example of a maize callus transformation technique which has been tried is the use of Agrobacterium mediated transfer.

The art was thus faced with a dilemma. While it was known that corn protoplast and suspension culture cells could be transformed, no techniques were available which would regenerate the transformed protoplast into a fertile plant. While it was known that corn callus could be regenerated into a fertile plant, there were no techniques known which could transform the callus, particularly while not destroying the ability of the callus both to regenerate and to form fertile plants.

Recently, a new transformation technique has been created based upon the bombardment of intact cells and tissues with DNA-coated microprojectiles. The technique, disclosed in Sanford et al. (1987) as well as in EPO Patent Publication 331,855 of J. C. Sanford et al. based upon U.S. Ser. No. 161,807, filed Feb. 29, 1988, has been shown effective at producing transient gene expression in some plant cells and tissues including those from onion, maize (Klein et al. 1988a), tobacco, rice, wheat, and soybean, and stable expression has been obtained in tobacco and soybeans. In fact, stable expression has been obtained by bombardment of suspension cultures of Zea mays Black Mexican Sweet (Klein et al. 1989) which cultures are, however, non-regenerable suspension culture cells, not the callus culture cells used in the process of the present invention.

No protocols have been published describing the introduction of DNA by a bombardment technique into cultures of regenerable maize cells of any type. No stable expression of a gene has been reported by means of bombardment of corn callus followed by regeneration of fertile plants and no regenerable fertile corn has resulted from DNA-coated microprojectile bombardment of the suspension cultures. Thus, the art has failed to produce fertile transformed corn plants heretofore.

A further stumbling block to the successful production of fertile transgenic maize plants has been in selecting those few transformants in such a manner that neither the regeneration capacity nor the fertility of the regenerated transformant are destroyed. Due to the generally low level of transformants produced by a transformation technique, the need for selection of the transformants is self-evident. However, selection generally entails the use of some toxic agent, e.g. herbicide or antibiotic, which can effect either the regenerability or the resultant plant fertility.

It is thus an object of the present invention to produce fertile, stably transgenic, Zea mays plants and seeds which transmit the introduced gene to progeny. It is a further object to produce such stably transgenic plants and seeds by a particle bombardment and selection process which results in a high level of viability for a few transformed cells. It is a further object to produce fertile stably transgenic plants of other graminaceous cereals besides maize.

6,013,863

29

work. In all of the procedures, no viable sectors were observed. In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXTI1 was the plasmid and methotrexate the selection agent.

TABLE 4

Summary of Comparative Example A

| Recip. Tissue | Plasmids | Recov. Period | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period |
|---|---|---|---|---|---|---|
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | — | — |
| Clumps | pIfYGI1 pBII221 | 8 | 60 | 19 | 30 | 132 |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 |
| Clumps | pMTXI1 pBII221 | 8 | 3 | 103 | — | — |
| Sieved | PCHN1-1 pBII221 | 13 | — | — | — | — |

What is claimed is:

1. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, wherein said DNA comprises at least a screenable marker gene; (ii) selecting a population of transformed cells

30

expressing the selectable marker gene; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

2. The process of claim 1 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

3. The process of claim 1 wherein the cells are derived from immature embryos.

4. The process of claim 1 wherein said DNA encodes an EPSP synthase.

5. The process of claim 1 further comprising obtaining transgenic glyphosate resistant progeny plants of subsequent generations from said fertile transgenic plant.

6. The process of claim 5 further comprising obtaining seed from one of said progeny plants.

7. A process for producing seed comprising:

(a) providing a fertile transgenic *Zea mays* produced by the process of claim 1, plant comprising heterologous heritable DNA that is expressed so as to impart glyphosate resistance to said transgenic *Zea mays* plant;

(b) cultivating said transgenic *Zea mays* plant;

(c) obtaining seed from said cultivated *Zea mays* plant.

8. The process of claim 7 wherein the DNA encodes an EPSP synthase.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,013,863                                    Page 2 of 2
DATED         : January 11, 2000
INVENTOR(S)   : Lundquist et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 29,
Line 29, delete "screenable" and insert -- selectable --, therefor.

Column 30,
Line 21, insert "plant" before -- produced --.
Line 22, insert "said" before -- plant --.

Signed and Sealed this

Twenty-third Day of October, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

Attesting Officer

TAB

8

# United States Patent [19]

## Shah et al.

[11]  **Patent Number:**  4,940,835

[45]  **Date of Patent:**  Jul. 10, 1990

[54]  **GLYPHOSATE-RESISTANT PLANTS**

[75]  Inventors: **Dilip M. Shah**, Creve Coeur; **Stephen G. Rogers**, Chesterfield; **Robert B. Horsch**; **Robert T. Fraley**, both St. Louis, all of Mo.

[73]  Assignee: **Monsanto Company**, St. Louis, Mo.

[21]  Appl. No.: **879,814**

[22]  Filed: **Jul. 7, 1986**

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 792,390, Oct. 29, 1985, abandoned, which is a continuation-in-part of Ser. No. 763,482, Aug. 7, 1985, abandoned.

[51]  Int. Cl.⁵ ...................... A01H 1/04; C12N 15/00; C12N 5/00; C07H 15/12

[52]  U.S. Cl. .................................. 800/205; 435/172.3; 435/240.4; 435/320; 536/27; 935/35; 935/47; 935/48; 935/64; 935/67; 800/DIG. 44; 800/DIG. 43; 800/DIG. 26; 800/DIG. 14; 800/DIG. 17; 800/DIG. 63; 800/DIG. 27; 800/DIG. 24; 800/230; 800/DIG. 67

[58]  Field of Search ...................... 435/172.3, 68, 317, 435/240, 240.4, 320; 536/27; 47/58; 800/1

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,535,060 | 8/1985 | Comai | 435/317 |
| 4,769,061 | 9/1988 | Comai | 71/86 |

#### FOREIGN PATENT DOCUMENTS

0115673  8/1984  European Pat. Off. .............. 935/14

#### OTHER PUBLICATIONS

Smart et al., *J. of Biol. Chem* (1985) 260, 30, pp. 16338–16346.
Lee, T. T., *J. Plant Growth Regul* (1982) 1:37–48.
Jensen, R. A., *Physiol. Plant* (1985) 66:164–168.
Rubin et al., *Plant Physiol.* (1982) 70, 833–839.
Mousdale et al., *Planta* (1985) 163:241–249.
'dAmato, T. A., et al., *Planta* (1984) 162:104–108.
Rothe, G. M., et al. *Planta* (1983) 157:358–366.
Singh et al., *Arch. of Biochem & Bioph.* (1985) 243:2 pp. 374–384.
Saijo et al., *Agric. Biol. Chem* (1979) 43 (7) pp. 1427–1432.
Schmidt et al., *P.N.A.S.* (1983) 80, 2632–2636.

Stalker et al., *J. Biol. Chem* (1985) 260:8 pp. 4724–4728.
Science (1986) 231: 1360–1361.
Biotechnology (1984) Nov., pp. 944.
Cole et al., Weed Research (1983) 23, 173–183.
Rubin et al. *Plant Physiol.* (1984)75, pp. 839–945.
Guilley et al. (1982) "Transcription of CAMV DNA: . ." Cell 30: 763–73.
Mazur et al. (1985) "Cloning Herbicide. . . " World Biotech Rep 2: 97–108.
Goodman et al. (1987) "Gene Transfer in Crop. . ." Science 236: 48–54.
Amrhein et al. (1983) "Biochemical Basis For. . ." FEBS Letters 157: 191–6.
Najziger et al. (1984) "Selection & Characterization. . ." Plant Physiol 76: 571–4.
Vanden Broeck et al. (1985) "Targeting of. . ." Nature 313: 358–63.
Koziel et al. (1984) "A Cauliflower Mosiac Virus. . ." J. Mol. Appl. Genet 2: 549–62.
Rogers et al (1983) Appl. Environ Microbiol 46 : 37–43.
Comai et al. (1983) Science 221: 370–1.

*Primary Examiner*—Charles F. Warren
*Assistant Examiner*—David T. Fox
*Attorney, Agent, or Firm*—Dennis R. Hoerner, Jr.; James W. Williams, Jr.; Larry R. Swaney

[57]  **ABSTRACT**

This invention involves a cloning or expression vector comprising a gene which encodes 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) polypeptide which, when expressed in a plant cell contains a chloroplast transit peptide which allows the polypeptide, or an enzymatically active portion thereof, to be transported from the cytoplasm of the plant cell into a chloroplast in the plant cell, and confers a substantial degree of glyphosate resistance upon the plant cell and plants regenerated therefrom.

The EPSPS coding sequence may be ligated to a strong promoter, such as the 35S promoter from cauliflower mosaic virus, to create a chimeric gene. Such genes can be inserted into plant transformation vectors, and subsequently introduced into plant cells. Plant cells transformed using such genes and plants regenerated therefrom have been shown to exhibit a substantial degree of glyphosate resistance.

**59 Claims, 8 Drawing Sheets**



4,940,835

31

plasts in vitro and proteolytically processed in the correct fashion.

The EcoRI/SphI fragment from pMON6242 was fused to the SphI site from wheat ssRUBISCO and cloned into plasmid pIBI to give pMON6149. In vitro transcription/translation of pMON6149 gave a single polypeptide of the predicted molecular weight for the fusion protein (~23 kD). Chloroplast import assays in vitro showed that the chimeric protein was transported into the stroma and proteolytically cleaved to a final product of ~15 kD (the ssRUBISCO has a molecular weight of 15 kD).

These results show that the EPSPS CTP alone confers sufficient information to target a heterologous protein to the chloroplast stroma.

REFERENCES

Adams, S. P. et al. (1983) J. Amer. Chem. Soc. 105: 661
Amrhein, N. et al. (1980) Naturwissenschafter 67: 356–357.
Arnon, D.I. (1949) Plant Physiol. 24,1–15
Ausubel, F. et al (1980) Plant Mol. Bio. Newsletter 1: 26–32.
Barinaga, M. R. et al. (1981) "Methods for the Transfer of DNA, RNA and Protein to Nitrocellulose and Diazotized Paper Solid Supports", pub. by Schleicher and Schuell Inc., Keene NH.
Bartlett, S. G., Grossman, A. R. & Chua N. H. (1982) in Methods in Chloroplast Molecular Biology, Elsevier Biomedical Press, New York, pp 1081–1091.
Bevan, M. et al. (1983) Nature 304: 184.
Broglie, R. et al. (1983) Bio/Technology 1: 55–61.
Comi, L. et al. (1983) Science 221: 370–371.
Davis, R. W. et al. (1980) Advanced Bacterial Genetics, Cold Spring Harbor Labs, N.Y.
DeCleene, M. and DeLey, J. (1976) Bot. Review 42: 389–466.
DePicker, A. et al. (1982) J. Mol. Appl. Gen. 1: 561.
Ditta, G. et al (1980) Pro. Natl. Acad. Sci. Usa 77:7347
Edelman, M., Hallick, R. B. & Chua, N. H. (Elsevier Biomedical Press, New York), pp. 1081–1091.
Fraley, R. T. et al. (1983) Proc. Natl. Acad. Sci. USA 80: 4803.
Goldberg, R. B. et al., (1981) Devel. Bio. 83: 210–217.
Hernalsteens, J. P. et al. (1985), EMBO Journal 3: 3039–3041.
Herrera-Estrella, L. et al. (1983) Nature 303: 209
Hooykaas-Van Slogteren, G. M. S. et al. (1984) Nature 311: 763–764.
Horsch, R. B. and Jones, G. E. (1980) In Vitro 16: 103–108.
Horsch, R. B. et al. (1985) Science 227: 1229–1231.
Horsch, R. B. and Klee, H. J. (1986) Proc. Natl. Acad. Sci USA 83, 4428–4432.
Hunkapiller, M. W. et al. (1983a) Methods Enzymol. 91: 399–413.
Hunkapiller, M. W. et al. (1983b) Methods Enzymol. 91: 486–493.
Huynh, T. V. et al, (1985) in DNA Cloning Techniques: A Practical Approach, D. Glover (ed.), IRL Press, Oxford, England
Krieg, P. A. & Melton, D. A. (1984) Nucleic Acids Res. 12; 7057–7070.
Laemmli, U.K. (1970) Nature 227, 680–685.
Lizardi, P.M. (1982) "Binding and Recovery of DNA and RNA using NA-45 DEAE Membrane." Schleicher and Schuell, Inc., Keene, N.H.
Maniatis, T. et al. (1982) Molecular Cloning: A Laboratory Manual, Cold Spring Harbor Labs, N.Y.

32

Maxam, A. M. and W. Gilbert (1977) P.N.A.S. U.S.A. 74: 560–564.
Meagher, R. B. et al. (1977) Virology 80: 362–375.
Messing, J. et al. (1981). Nucleic Res. 9: 309–321.
Messing, J. and J. Vieira (1982), Gene 19: 69–276.
Mousdale, D. M. and Coggins, J. R. (1984) Planta 160: 78–83.
Nafziger, E. D., et al (1984), Plant Physiol, 76, 571.
Mousdale, D. M. and Coggins, J. R. (1985) Planta 163: 241–294.
Rogers, S. G. et al. (1983) Appl. Envir. Microbio. 46: 37–43.
Rubin, J. et al. (1982) Plant Phys. 70: 833–839.
Scherer, et al. (1981) Developmental Bio.86: 438–447.
Schimke, R. T., ed. (1982) Gene Amplification, Cold Spring Harbor Labs.
Smart, C. C., et al (1985), J. Biol. Chem, 30, 16338.
Southern, E.M. (1975) J. Mol. Biol. 98: 503–517.
Stalker, D. M. et al. (1985) J. Biol. Chem. 260: 4724–4728.
Steinrucken, H. and Amrhein, N. (1980) Biochem. & Biophys. Res. Comm. 94: 1207–1212.
Vieira, J. et al. (1982), Gene 19: 259–268.
Steinrucken, H. et al. (1985) Arch. Biochem. Biophys. (in press).
Young, R. A. and R. W. Davis. (1983), Proc. Natl. Acad. Sci., USA 80: 1194–1198.
Zoller, M. M. et al, (1983), Methods Enzymol., 100, 468.

We claim:

1. A chimeric plant gene which comprises:
(a) a promoter sequence which functions in plant cells;
(b) a coding sequence which causes the production of RNA, encoding a chloroplast transit peptide/5-enolpyruvylshikimate-3-phosphate synthase fusion polypeptide, which chloroplast transit peptide permits the fusion polypeptide to be imported into a chloroplast of a plant cell; and
(c) a 3' non-translated region which encodes a polyadenylation signal which functions in plant cells to cause the addition of polyadenylate nucleotides to the 3' end of the RNA;
the promoter being heterologous with respect to the coding sequence and adapted to cause sufficient expression of the fusion polypeptide to enhance the glyphosate resistance of a plant cell transformed with the gene.

2. A chimeric gene of claim 1 in which the promoter sequence is a plant virus promoter sequence.

3. A chimeric gene of claim 2 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

4. A chimeric gene of claim 3 in which the promoter sequence is the CaMV35S promoter sequence.

5. A chimeric gene of claim 1 in which the coding sequence encodes a 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS).

6. A chimeric gene of claim 1 in which the EPSPS coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

7. A chimeric gene of claim 1 in which the chloroplast transit peptide is from a plant EPSPS gene.

8. A cloning or expression vector comprising a chimeric plant gene of claim 1.

9. A cloning or expression vector of claim 8 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

4,940,835

33

10. A cloning or expression vector of claim 9 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

11. A cloning or expression vector of claim 10 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

12. A cloning or expression vector of claim 11 in which the promoter sequence is the CaMV35S promoter sequence.

13. A cloning or expression vector of claim 8 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

14. A cloning or expression vector of claim 8 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

15. A plant transformation vector which comprises a chimeric gene of claim 1.

16. A plant transformation vector of claim 15 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

17. A plant transformation vector of claim 15 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

18. A plant transformation vector of claim 17 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

19. A plant transformation vector of claim 18 in which the promoter sequence is the CaMV35S promoter sequence.

20. A plant transformation vector of claim 15 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

21. A plant transformation vector of claim 15 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

22. A glyphosate-resistant plant cell comprising a chimeric plant gene of claim 1.

23. A glyphosate-resistant plant cell of claim 22 in which the promoter sequence is a plant virus promoter sequence.

24. A glyphosate-resistant plant cell of claim 23 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMv).

25. A glyphosate-resistant plant cell of claim 24 in which the promoter sequence is the CaMV35S promoter sequence.

26. A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

27. A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

28. A glyphosate-resistant plant cell of claim 22 in which the chloroplast transit peptide is from a plant EPSPS gene.

29. A glyphosate-resistant dicotyledonous plant which has been regenerated from a glyphosate-resistant plant cell comprising the chimeric plant gene of claim 1.

30. A glyphosate-resistant plant of claim 29 in which the promoter sequence is a plant virus promoter sequence.

31. A glyphosate-resistant plant of claim 30 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

34

32. A glyphosate-resistant plant of claim 31 in which the promoter sequence is the CaMv35S promoter sequence.

33. A glyphosate-resistant plant of claim 29 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

34. A glyphosate-resistant plant of claim 29 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

35. A glyphosate-resistant plant cell of claim 29 in which the chloroplast transit peptide is from a plant EPSPS gene.

36. A method for producing a glyphosate-resistant dicotyledonous plant which comprises
  (a) transforming plant cells using an Agrobacterium transformation vector comprising a chimeric plant gene of claim 1; and
  (b) regenerating glyphosate-resistant plants from said transformed plant cells.

37. A method of claim 36 in which the chimeric plant gene comprises a plant virus promoter sequence.

38. A method of claim 37 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

39. A method of claim 38 in which the promoter sequence is the CaMV35S promoter sequence.

40. A method of claim 36 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

41. A method of claim 36 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

42. A method of claim 36 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

43. A method for producing a glyphosate-resistant plant cell which comprises transforming the plant cell with a plant transformation vector of claim 15.

44. A method of claim 43 in which the chimeric gene comprises a promoter sequence from a plant virus.

45. A method of claim 44 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

46. A method of claim 45 in which the promoter sequence is the CaMV35S promoter sequence.

47. A method of claim 43 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

48. A method of claim 43 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

49. A method of claim 43 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

50. A glyphosate-resistant tomato cell of claim 22.

51. A glyphosate-resistant tobacco cell of claim 22.

52. A glyphosate-resistant oil seed rape cell of claim 22.

53. A glyphosate-resistant flax cell of claim 22.

54. A glyphosate-resistant soybean cell of claim 22.

55. A glyphosate-resistant sunflower cell of claim 22.

56. A glyphosate-resistant sugar beet cell of claim 54.

57. A glyphosate-resistant alfalfa cell of claim 22.

58. A glyphosate-resistant cotton cell of claim 22.

59. Plasmid pMON546, ATCC accession number 53213.

* * * * *

TAB

9

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


RHONE-POULENC AGRO, S.A.,
(Now known as Aventis Crop Science SA)

                                        Civil Action 1:97CV1138

      Plaintiff,

vs.                            Greensboro, North Carolina
                                  August 22, 2000

MONSANTO COMPANY, et al.,
(Now known as Pharmacia Corporation)

and
DEKALB GENETICS CORPORATION,

      Defendants.

_____/


TRANSCRIPT OF JURY TRIAL PROCEEDINGS

BEFORE THE HONORABLE N. CARLTON TILLEY, JR.

UNITED STATES DISTRICT JUDGE

**VOLUME I**


APPEARANCES:

For the Plaintiff:     GEORGE PAZUNIAK, ESQUIRE
                        FRANK DIGIOVANNI, ESQUIRE
                        Connolly, Bove, Lodge & Hutz
                        1220 Market Street
                        Wilmington, Delaware 19899-2207
                        and
                        TIMOTHY BARBER, ESQUIRE
                        Womble, Carlyle, Sandridge & Rice
                        3300 One First Union Center
                        Charlotte, North Carolina 28202-6025

2

For the Defendants:     JOHN F. LYNCH, ESQUIRE
                        SUSAN K. KNOLL, ESQUIRE
                        STEPHEN SPEARS, ESQUIRE
                        Howery, Simon, Arnold & White
                        301 Ravenswood Avenue
                        Menlo Park, California 94025

                        JAMES DONALD COWAN, JR., ESQUIRE
                        Smith, Helms, Mullins & Moore
                        Post Office Box 21927
                        Greensboro, North Carolina 27420


Court Reporter:         Jane F. Allen, RPR
                        Room 101, U.S. Courthouse Building
                        324 West Market Street
                        Greensboro, North Carolina 27401

              Proceedings reported by stenotype reporter.
          Transcript produced by computer-aided transcription.

Again, both parties appreciate your willingness to serve on this jury and thank you in advance for the attention we know you'll pay as we try to explain this dispute to you. Thank you.

THE COURT: Mr. Lynch.

MR. LYNCH: The technology has failed already, Your Honor.

May it please the Court, ladies and gentlemen. My name is John Lynch. I represent DeKalb Genetics, a corn seed company, based as you might think, in DeKalb, Illinois, the heart of the corn belt.

Through this trial, I and my partner, Susan Knoll, will be trying to bring to you as efficiently as we can the evidence relating to this case.

As I said, DeKalb is a corn seed company. That's basically what they do, they sell corn seed to farmers. They also sell some soybean seed. They have a hog raising operation as well. The company began in the 1930's as a small family-run operation, but as the evidence will show you, that in the 1980's, this family-run operation began to see that the future of corn seed was going in the direction of biotechnology.

This case is about a claim by Rhone-Poulenc that scientists living in France have been -- should be named as inventors on two different DeKalb patents. The DeKalb patents are directed to corn seed. They are directed to Zea mays

81

plants and that's the stuff of DeKalb's business.  The corn

plants have been altered or modified in order to make those

corn plants resistant or tolerant to the herbicide glyphosate,

which you know is RoundUp, and this work began as part of a

collaboration between DeKalb and RPA that began some time

around June 1991.  It went on until late 1992, 1993, when the

evidence will show that RPA decided it wanted to wind down the

collaboration.  The collaboration did wind down after early

1993 and was formally dissolved at the end of 1994.

      One of the two patents on which the claims of

inventorship are being made is the 798 patent.  And I missed it

because of the technology, but DeKalb -- the flying corn cobb

is the symbol of the company, as one might expect from someone

from DeKalb, Illinois.  But the 798 patent is the -- was filed

as Mr. Barber noted to you, on April 11th, 1990 and there will

be evidence in this case that once something like that is filed

in the Patent Office, the text doesn't change.  The text that

was filed in 1990, basically issued in 1996, and so the

evidence will be that when that application was filed, there

did not even exist a collaboration between DeKalb and RPA.

      Now when the United States Patent Office examines and

issues a patent, the inventors and that patent are assumed to

be correct, and His Honor has already explained that to you.

As a consequence of that presumption, the burden on RPA,

Rhone-Poulenc in this case, is a burden of clear and convincing

evidence.

Now the evidence in this case will be about these patents and will be about the work that enabled the inventions in these patents to come to fruition.

This is my opportunity to give you kind of a preview of what is going to happen. I kind of look at a trial as a trip in one of those railway cars that's all glass and it is whizzing through country you've never seen before. Well, normally when you do that you buy a guidebook and you say where are we going? What is going to happen? I don't want to miss anything. But a guidebook helps you to know what is going to be going on. This is kind of a guidebook. I would like to give you a preview of what you would see from the DeKalb witnesses.

Now corn itself is a major agricultural crop, as you probably know, and we're not talking particularly about the niblets you find in the Green Giant can. No, we're talking about what is called field corn and that's the corn that is used as animal feed. It is used as a source of corn oil, used as a source of corn syrup that's in sweetener in soft drinks, corn starch and things of that nature.

The evidence will confirm that even through the 80's, DeKalb was a company that knew corn and in the mid 1980's, DeKalb became interested in using what was then called the gene splicing technology to improve corn. This improving technology

involved the scientific technique of taking a gene out of one organism and placing it in another and this can be done because really a single molecule, a DNA molecule is the heart of all life, life of humans, animals, plants and even bacteria.

All kinds of traits were contemplated for crops that we might be able to find genes to make crops insect resistant, herbicide resistance, drought resistant or to boost the nutritive qualities so they can be used better for seed and what not.  Those are just examples.  This case focuses on the trait of herbicide resistance that is, as the Court explained, efficient if the farmer can spray the field when the weed is emerged, kill all the weeds and yet not worry about emerging corn also being damaged.

The evidence will establish this new gene splicing technology had already taken hold in the 80's, but DeKalb's mainstay product, corn, was a crop that was known as recalcitrant.  That meant that despite scientific efforts which had been successful with things like tomatoes, potatoes and soybeans, scientists were unable to transform corn.  They might be able to get a gene into a corn cell, but they then could never make in that corn plant that was fertile, that is, they could never get the corn plant to produce seeds and so that's bad news for a seed company that is trying to sell seeds that are improved.

The first patent on which Rhone-Poulenc makes a

claim, the 798 patent, is closely involved with this effort to try to find a way to transform corn. In the early -- in late '89 and early 1990, scientists finally had a break through and were able to transform corn. Now those scientists were in two different laboratories, and one of those scientists was headed by Ronald Lundquist with Donald Walters, who were the inventors of the 798 patent. They obtained the fertile transgenic corn plant. They announced it in the Wall Street Journal, the evidence would show, on January 24, 1990, but two days earlier, they filed their first patent application in the United States Patent Office, recognizing what they had.

In April, they added a little bit of technical material to their patent application and the patent application eventually issued in the form in which it was filed in April of 1990, eventually issued in 1996.

For purposes of this case, DeKalb will focus on that April 11 date, because as of that date, there was no collaboration, the evidence will show, between DeKalb and Rhone-Poulenc.

Now the evidence may also show that at this general same time, late '89 and '90, there was another team at DeKalb's laboratories that was also transforming corn. When the application for 798 was failed, Dr. Lundquist and Mr. Walters worked for a company named Plant Science Research, Inc. of Minnesota; Minneapolis, Minnesota. What happened in late 1991

is, DeKalb purchased Plant Research Science, Inc., and they took over the prosecution of the patent application that eventually matured into the 798 patent.

I believe the evidence will confirm that when that joinder took place, DeKalb was really the leader in technology in transforming corn. Now the focus of the 798 patent is indeed transformed corn that has this glyphosate resistant trait and that's -- that certainly is in the claims, but it is important to recognize what the achievement of Lundquist and Walters was. As the evidence will show, at the time Lundquist and Walters made their contribution, what they were trying to accomplish was fertile transgenic corn, and they had nothing to do with Rhone-Poulenc.

The admissions in this case are clear. Prior to April 11, 1990, none of the individuals who are being advanced as inventors here, neither Rick DeRose, Georges Freyssinet, Michel LeBrun, Alain Sailland or Bernard Leroux had any communication with anyone at Plant Research Inc., regarding a glyphosate resistent corn or genes that were intended to confer glyphosate resistant corn. The other admissions, likewise, show that as of the same time there was no personal communication with Ronald Lundquist and there was no personal communication with Donald Walters. So we have a situation where the application was filed and the information in that application is clearly independent of Rhone-Poulenc.