is personal jurisdiction in Delaware over all corporations that are incorporated in Delaware. *Crown Cork & Seal Tech. Corp. v. Cont'l Pet Tech., Inc.*, 232 F. Supp. 2d 294, 296 (D. Del. 2002).

Here, the complaint in this case states that DeKalb is incorporated in Delaware (Ex. 1, ¶ 1), and Syngenta is also incorporated in Delaware. As a result, the Delaware Court has personal jurisdiction over both DeKalb and Syngenta, both companies reside in Delaware, and venue is proper in Delaware.

Indeed, in another litigation filed by Monsanto against Syngenta, a court in the Eastern District of Missouri transferred the case to the District of Delaware based in part on the fact that "all parties are organized under the laws of Delaware and can reasonably expect to sue and be sued there." *Monsanto Tech. LLC v. Syngenta Crop Prot., Inc.*, 212 F. Supp. 2d 1101, 1104 (E.D. Mo. 2002).

## IV.  CONCLUSION

For all the above reasons, Syngenta respectfully urges that if this Court denies its motion to dismiss, the Court should transfer this action to the District of Delaware.

Respectfully submitted,

CASSIDAY, SCHADE & GLOOR

_____
David C. Van Dyke
Ronald D. Fiet
20 N. Wacker Dr.
Suite 1040
Chicago, Illinois 60606
(312) 641-3100
Attorney No. 6204705

27477/10588/DVD/CMW/JH                                               ARDC# 6204705

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 50323 |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | JUDGE PHILIP G. REINHARD |
| | ) | |
| Defendants. | ) | MAGISTRATE JUDGE P. MICHAEL MAHONEY |

## NOTICE OF FILING

TO:  *See Attached Service List*

**PLEASE TAKE NOTICE** that we have on January 20, 2005 filed Page 14 of Defendants' Memorandum in Support of Syngenta's Contingent Motion to Transfer with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By: _____
One of the Attorneys for SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC.

David C. Van Dyke
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois  60606
(312) 641-3100

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by depositing same in the U.S. Mail Chute at 20 N. Wacker Drive, Chicago, Illinois on January 20, 2005.

_____

SUBSCRIBED AND SWORN to
before me this 20 day of
January, 2005.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DAVID C. VAN DYKE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-29-2007

27477/10588/DVD/CMW/JH
DeKalb Genetics Corporation v. Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

## SERVICE LIST

John J. Holevas, Esq.
WILLIAMS AND MCCARTHY
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)


Thomas A. Miller
HOWREY SIMON ARNOLD
 & WHIRE, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)


Michael J. Flibbert
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413
(202) 408-4000
(202) 408-4400 (Fax)


6676896 DVANDYKE;MPALUMBO