# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04 C 50323 |
| ) | |
| v. ) | Judge Philip G. Reinhard |
| ) | |
| SYNGENTA SEEDS, INC. and ) | Magistrate Judge P. Michael Mahoney |
| SYNGENTA BIOTECHNOLOGY, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

The address for Don O. Burley, Michael J. Flibbert and Howard W. Levine, counsel of Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc., has changed. Effective immediately, please use the following address for them for all correspondence in this case:

> Don O. Burley
> Michael J. Flibbert
> Howard W. Levine
> FINNEGAN, HENDERSON, FARABOW,
>     GARRETT & DUNNER, L.L.P.
> 901 New York Ave., NW
> Washington, DC  20001-4413

All telephone, fax, and e-mail information remains the same. Therefore, please continue to use the following to contact counsel by these methods:

> Tel:    (202) 408-4000
> Fax:    (202) 408-4400
> email:  don.burley@finnegan.com
>         michael.flibbert@finnegan.com
>         howard.levine@finnegan.com

Dated: January 20, 2005

Respectfully Submitted,

_____
David C. Van Dyke (6204705)
Ronald D. Fiet
CASSIDY, SCHADE &
 GLOOR, LLP
20 N. Wacker Drive, Ste. 1040
Chicago, Illinois 60606
(312) 641-3100

*Attorneys for Defendants Syngenta Seeds,
Inc. and Syngenta Biotechnology, Inc.*

Of counsel:

Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000

Dated: January 20, 2005

27477/10588/DVD/CMW/JH                                                              ARDC# 6204705

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 50323 |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | JUDGE PHILIP G. REINHARD |
| | ) | |
| Defendants. | ) | MAGISTRATE JUDGE P. MICHAEL MAHONEY |

## NOTICE OF FILING

TO:   *See Attached Service List*

**PLEASE TAKE NOTICE** that we have on January 20, 2005 filed Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.'s Notice of Change of Address with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By: _____
One of the Attorneys for SYNGENTA SEEDS, INC.
and SYNGENTA BIOTECHNOLOGY, INC.

David C. Van Dyke
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois   60606
(312) 641-3100

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by depositing same in the U.S. Mail Chute at 20 N. Wacker Drive, Chicago, Illinois on January 20, 2005.

**SUBSCRIBED AND SWORN** to
before me this _20_ day of
_January_, 2005.

_____
**NOTARY PUBLIC**

OFFICIAL SEAL
DAVID C. VAN DYKE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-29-2007

27477/10588/DVD/CMW/JH
DeKalb Genetics Corporation v. Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

## SERVICE LIST

John J. Holevas, Esq.
WILLIAMS AND MCCARTHY
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)

Thomas A. Miller
HOWREY SIMON ARNOLD
 & WHIRE, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)

Michael J. Flibbert
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413
(202) 408-4000
(202) 408-4400 (Fax)

6676910 DVANDYKE;MPALUMBO