# United States District Court for the Northern District of Illinois

Case Number: 04 C 8323      Assigned/IssuedBy: _____

## FEE INFORMATION

**Amount Due:**
- ☐ $150.00
- ☐ $30.00
- ☐ $5.00
- ☐ IFP
- ☒ No Fee
- ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Paid: _____      Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____
(Type of Writ)

6 Original and 0 copies on 01-27-05 (Date) as to Golden Harvest Seeds, Garwood Seed Co, Golden Seed Co, Sommer Brothers Seed Co, Sharp Seed Co, and J.C. Robinson Seed Co.

C:\wpwin80\docket\feeinfo.frm   01/01