## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. MICHAEL MAHONEY |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50323 | **DATE** | 2/4/2005 |
| **CASE TITLE** | DEKALB vs. SYNGENTA SEEDS | | |

**DOCKET ENTRY TEXT:**

Discovery conference held. Defendant's application for Howard Levin to appear pro hac vice is granted. Enter stipulated protective order. Discovery conference continued to March 2, 2005 at 3:00 pm. Telephoned notice.

■ [ For further detail see attached order.]

| | Courtroom Deputy Initials: | GG |
|---|---|---|