AO 440 (Rev. 05/00) Summons in a Civil Case

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEKALB GENETICS CORPORATION,<br>             Plaintiff,<br>        v.<br>SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., GOLDEN HARVEST SEEDS, INC., GARWOOD SEED CO., INC., GOLDEN SEED CO., L.L.C., SOMMER BROTHERS SEED CO., INC., THORP SEED CO., INC., and J.C. ROBINSON SEED COMPANY.<br>             Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CIVIL ACTION NO. 04 C 50323<br><br>JUDGE PHILIP G. REINHARD<br><br>MAGISTRATE JUDGE P. MICHAEL MAHONEY |

TO:    J.C. Robinson Seed Company
        c/o Ronald L. Paschall, Registered Agent
        Box A
        100 J.C. Robinson Blvd.
        Waterloo, NE 68069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      John J. Holevas
      Williams & McCarthy
      P.O. Box 219
      Rockford, IL 61105-0219
      815/987-8900

an answer to the first amended complaint which is herewith served upon _____20_____ days afer service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the first amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                          January 27, 2005
(By) DEPUTY CLERK                                                      DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE February 3, 2005 @ 1402 hours |
| NAME OF SERVER *(PRINT)* Robert A. Dudash || TITLE Nebraska Private Investigator |
| *Check one box below to indicate appropriate method of service* |||

☒ Served personally upon the defendant. Place where served: Office of J.C. Robinson Seeds, 100 J.C. Robinson Blvd, Waterloo, NE 68069. Personally handed to Ronald Paschall, Registered Agent.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 44 mi ($22.00) | 1 1/4 hrs ($87.50) | $109.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb 3, 2005          *[signature]*
         Date                      Signature of Server

                  P.O. Box 45143, Omaha, NE 68145
                       Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.