## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. MICHAEL MAHONEY |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50323 | **DATE** | 2/10/2005 |
| **CASE TITLE** | DEKALB vs. SYNGENTA | | |

**DOCKET ENTRY TEXT:**

Defendant's application for Michael J. Flibbert to appear pro hac vice is granted. Mailed notice.

| | Courtroom Deputy Initials: | GG |
|---|---|---|