

# IVEY INVESTIGATIVE SERVICES, L.L.C.

*"When You Need To Know The Truth..."*

**United States District Court:**
Northern District of Illinois

### AFFIDAVIT OF SERVICE OF PROCESS

Dekalb Genetics Corporation )
_____, )
   Plaintiff(s) )
   vs. )

Syngenta Seeds, Inc., Syngenta Biotechnology Inc)   Case Number: 04-C-50323
Golden Harvest Seeds, Inc., Garwood )
Seed Co., Inc., Golden Seed Co., L.L.C., Sommer )
Brothers Seed Co., Inc., Thorp Seed Co., Inc. and )
J.C. Robinson Seed Company. )
_____ )
   Defendant(s) )

Know all men by these presents that I, **Thomas G. Ivey**, was assigned to duly execute this service upon the following { } defendant { } plaintiff { } witness. I hereby depose and say that I am of the necessary age and sound mind to execute said service; that I am not a party to the action or have any interest in it; and that the defendant was served pursuant to the provisions of 735 ILCS 5/2-203:

☐ 1. **Individual - Personal** By leaving a copy of the attached process, and any attached documents, with each individual defendant personally.

☐ 2. **Individual – Abode** By leaving a copy of the attached process and supporting documents at the defendant's usual place of abode with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the contents of the summons, and by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to the defendant at his or her usual place of abode.

☒ 3. **Corporate Defendant(s)** By leaving a copy of the process with its registered agent or any officer or agent of the corporation found anywhere in the State.

☐ 4. **Other Service:** _____

☐ 5. **Defendant Not Found**

Name of Defendant/Plaintiff/Witness: **Sommer Bros. Seed Co.**   Date and time of Service: **02/08/05 @ 10:05 AM**

Place of Service: **109 South Fourth St, Pekin, IL**

If Abode Service;
Process given to: **William Streeter**   Relationship to Defendant: **Registered Agent**   Approximate Age: **40-50**   Sex: **M**   Race: **Cauc**

Remarks: _____

FURTHER AFFIDAVIT SAYETH NOT.

/S/ _____

Subscribed and sworn to before me this **8th** day of **February**, 20**05**.

Seal of the Circuit Clerk or Notary Seal

OFFICIAL SEAL
MELISSA D. IVEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-2-2005

/S/ _____

IS Form 19 04/98 (Revised 10/04)

359 Margaret Street • Pekin, IL 61554-3268 • Telelphone (309) 353-2070 • Fax: (309) 353-2868 • Cell: (309) 613-0349 • e-mail: iis@grics.net
Web Page: www.polygraphillinois.com • Agency License Number 117-000910 • Private Detective License Number 115-001259

AO 440 (Rev. 05/00) Summons in a Civil Case

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEKALB GENETICS CORPORATION,<br>Plaintiff,<br>v.<br>SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., GOLDEN HARVEST SEEDS, INC., GARWOOD SEED CO., INC., GOLDEN SEED CO., L.L.C., SOMMER BROTHERS SEED CO., INC., THORP SEED CO., INC., and J.C. ROBINSON SEED COMPANY.<br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CIVIL ACTION NO. 04 C 50323<br><br>JUDGE PHILIP G. REINHARD<br><br>MAGISTRATE JUDGE P. MICHAEL MAHONEY |

TO: Sommer Brothers Seed Co., Inc.
c/o William P. Streeter, Registered Agent
Elliff, Keyser, Oberle & Dancey, P.C.
109 South Fourth Street
Pekin, IL 61555-0873

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Holevas
Williams & McCarthy
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900

an answer to the first amended complaint which is herewith served upon _____20_____ days afer service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the first amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

_____ January 27, 2005
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-8-05 |
| NAME OF SERVER (PRINT) Thomas G. Ivey | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 109 South Fourth St, Pekin, Il

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 30.00 | TOTAL 30.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-8-05
    Date

*Signature of Server*

359 Margaret St, Pekin, Il.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.