**JACOBS & ASSOCIATES CPD, INC.**

# Invoice

901 E. WOOD STREET
DECATUR, IL 62521

| DATE | INVOICE # |
|------|-----------|
| 2/11/2005 | 3446 |

| BILL TO |
|---------|
| WILLIAMS & MCCARTHY
321 W STATE ST
P.O. BOX 219
ROCKFORD, IL 61105-0219 |

| TERMS |
|-------|
| Due on receipt |

| DATE OF SERV... | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/9/2005 | PROCESS SERVICE - CANCELLED FOR DOUGLAS GARWOOD | 1 | 35.00 | 35.00 |
| 2/9/2005 | MILEAGE | 46 | 0.35 | 16.10 |
| | CHARGES FOR SERVICE SINCE SERVER HAD MADE ONE ATTEMPT PRIOR TO CANCELLATION | | | |

PLEASE INCLUDE INVOICE NUMBER ON PAYMENT

**Total** $51.10

AO 440 (Rev. 05/00) Summons in a Civil Case

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

DEKALB GENETICS CORPORATION,
Plaintiff,

v.

SYNGENTA SEEDS, INC., SYNGENTA
BIOTECHNOLOGY, INC., GOLDEN
HARVEST SEEDS, INC., GARWOOD
SEED CO., INC., GOLDEN SEED CO.,
L.L.C., SOMMER BROTHERS SEED CO.,
INC., THORP SEED CO., INC., and J.C.
ROBINSON SEED COMPANY.
Defendants.

**SUMMONS IN A CIVIL CASE**

CIVIL ACTION NO. 04 C 50323

JUDGE PHILIP G. REINHARD

MAGISTRATE JUDGE P. MICHAEL MAHONEY

TO:   Garwood Seed Co., Inc.
c/o Douglas L. Garwood, Registered Agent
1929 N. 2050 East Road
Stonington, IL 62567-5306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Holevas
Williams & McCarthy
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900

an answer to the first amended complaint which is herewith served upon _____20_____ days afer service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the first amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

January 27, 2005
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                      *Signature of Server*

                         _____

                         *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.