*Stewart and Associates, Inc.*

## AFFIDAVIT OF PROCESS SERVER

USDC/Northern District of Illinois

Case Number: **04 C 50323**

**Dekalb Genetics Corporation vs Syngenta Seeds Inc. et al**

Person Served: **Golden Seed Co. L.L.C.**

Address: **c/o William K. Werner Registered Agent 27420 137th Avenue N.**

City/State/Zip: **Cordova, IL 61242-9760**

I, Cynthia Renee Ortiz, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s) entitled: **Summons In A Civil Case & Amended Complaint** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above): _____

✓ Personal Service: Left copy of the document(s) with above personally.

   Date 2 / 8 / 05   Time: 2:40 p.m.
   Date Of Birth: app. 70   Sex: (M) F   Race: W   Height: 5'10"   Weight: 160   Hair: gray

____ Substitute Service: Left copy of the document(s) at the defendant's usual place of abode with some
   person of the age of 13 years or upwards and informed that person of the contents thereof.
   Service was followed by sending a copy of the document(s) in a sealed envelope with postage
   fully prepaid addressed to the defendant at his/her usual place of abode.

   Name:_____ Relation:_____(live-in)

   Date ___/___/___   Time:_____

   Date Of Birth:_____ Sex: M F Race:____ Height:____ Weight:____ Hair:____

   Date copy mailed ___/___/___

____ Service on:   Corporation____   Company____   Business____   Other____

   Left a copy of the document(s) with the following:
   Registered Agent____ Officer____ Owner____ Authorized Person____ Cert. Mail____

   Name:_____ Title:_____

   Date ___/___/___   Time:_____

   Date Of Birth:_____ Sex: M F Race:____ Height:____ Weight:____ Hair:____

Subscribed and sworn before me
this _11_ day of _February_ 20_05_.

_Becky L. Pudwill_
Notary Public

_Cynthia R. Ortiz_
Registered Employee
Brian W. Stewart & Associates, Inc.
Fee: $ 89.00
Our Job #: 0136568

"OFFICIAL SEAL"
BECKY L. PUDWILL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/1/2005

AO 440 (Rev. 05/00) Summons in a Civil Case

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEKALB GENETICS CORPORATION,<br>Plaintiff,<br>v.<br>SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., GOLDEN HARVEST SEEDS, INC., GARWOOD SEED CO., INC., GOLDEN SEED CO., L.L.C., SOMMER BROTHERS SEED CO., INC., THORP SEED CO., INC., and J.C. ROBINSON SEED COMPANY.<br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CIVIL ACTION NO. 04 C 50323<br><br>JUDGE PHILIP G. REINHARD<br><br>MAGISTRATE JUDGE P. MICHAEL MAHONEY |

TO: Golden Seed Co., L.L.C.
c/o William K. Werner, Registered Agent
27420 137th Avenue, N.
Cordova, IL 61242-9760

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Holevas
Williams & McCarthy
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900

an answer to the first amended complaint which is herewith served upon ____20____ days afer service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the first amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DATE: January 27, 2005

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                 *Signature of Server*

_____
*Address of Server*

___
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.