IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO., INC.,<br>GOLDEN SEED CO., L.L.C.,<br>SOMMER BROTHERS SEED CO., INC.,<br>THORP SEED CO., INC., AND<br>J.C. ROBINSON SEED COMPANY<br><br>Defendants. | Civil Action No. 04 C 50323<br><br>JURY TRIAL DEMANDED<br><br>Judge Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

## **PLAINTIFF DEKALB'S UNOPPOSED MOTION FOR CORRECTION OF MISNAMED DEFENDANTS**

Plaintiff DEKALB Genetics Corporation ("DEKALB") moves this Court for correction of certain defendants misnamed in its First Amended Complaint (the "First Amended Complaint"). DEKALB has conferred with Defendants' counsel, who do not oppose this motion or the order sought to correct the named defendants in DEKALB's First Amended Complaint. In support of this motion, DEKALB states as follows:

1. On January 27, 2005, DEKALB filed its First Amended Complaint, naming "Golden Harvest Seeds, Inc., Garwood Seed Co., Inc. [sic], Golden Seed Co., L.L.C. [sic], Sommer Brothers Seed Co., Inc. [sic], Thorp Seed Co., Inc. [sic], and J.C. Robinson Seed Company [sic]" as added defendants (the "Added Defendants"), based upon information available to DEKALB from public sources.

2. On February 9, 2005, Defendants' counsel informed DEKALB that the names of some of the Added Defendants were technically incorrect, and on February 10, 2005,

DM_US\8161916.v1

Defendants' counsel provided DEKALB with the correct names of the Added Defendants, which are as follows: Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc.

WHEREFORE, DEKALB requests that this Court enter an order correcting the names of the Added Defendants misnamed in DEKALB's First Amended Complaint.

Dated: March 2, 2005

Respectfully submitted,

By: _____
John J. Holevas
Illinois Bar No. 06193197
WILLIAMS & MCCARTHY
321 West State Street
Rockford, IL 61101
(815) 987-8900

John F. Lynch
Thomas A. Miller
Susan K. Knoll
Scott W. Clark
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057
(713) 787-1400

**ATTORNEYS FOR PLAINTIFF
DEKALB GENETICS CORPORATION**

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of **PLAINTIFF DEKALB'S UNOPPOSED MOTION FOR CORRECTION OF MISNAMED DEFENDANTS** was served this _2_ day of March, 2005, via facsimile and overnight delivery to the following:

David C. Van Dyke, Esq.
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive
Suite 1040
Chicago, IL 60606

Don O. Burley, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001

**COUNSEL FOR
SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC.,
GOLDEN HARVEST SEEDS, INC., GARWOOD SEED CO.,
GOLDEN SEED COMPANY, L.L.C., SOMMER BROS. SEED
COMPANY, THORP SEED CO., AND JC ROBINSON SEEDS, INC.**

_____

DM_US\8161916.v1

4