## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. MICHAEL MAHONEY |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50332 | **DATE** | 3/3/2005 |
| **CASE TITLE** | DEKALB vs. SYNGENTA | | |

**DOCKET ENTRY TEXT:**

Telephonic discovery conference held. Pursuant to stipulation of the parties defendants accept service of first amended complaint. Response due March 10, 2005. Plaintiff's unopposed motion for correction of misnamed defendants is granted. Plaintiff's motion for Scott W. Clark to be admitted pro hac vice is granted. Defendants' application for Howard W. Levine to appear pro hac vice is granted. Discovery conference continued to April 6, 2005 at 2:30 pm.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | GG |
|---|---|---|