UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 04 C 50323 |
| v. | ) |
| | ) JUDGE PHILIP G. REINHARD |
| SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., GOLDEN HARVEST SEEDS, INC., GARWOOD SEED CO., GOLDEN SEED COMPANY, L.L.C., SOMMER BROS. SEED COMPANY, THORP SEED CO., and JC ROBINSON SEEDS, INC., | ) ) MAGISTRATE JUDGE P. MICHAEL ) MAHONEY ) ) ) ) |
| | ) |
| Defendants. | ) |

FILED MAR - 3 2005
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective attorneys, as follows: that Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. shall accept service of the First Amended Complaint on behalf of Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. in the 04 C 50323 action.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. shall answer, move, or otherwise respond to the First Amended Complaint on or before March 10, 2005.

Respectfully submitted,

| | |
|---|---|
| John J. Holevas | David C. Van Dyke |
| Illinois Bar No. 06193197 | Illinois Bar No. 6204705 |
| WILLIAMS & MCCARTHY | CASSIDAY, SCHADE & GLOOR, LLP |
| 321 West State Street | 20 N. Wacker Drive, Suite 1040 |
| Rockford, IL 61101 | Chicago, Illinois 60606 |
| (815) 987-8900 | (312) 641-3100 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this 3rd day of March, 2005.

_____
United States District Judge

MAG