27477/10588/DVD/CMW/JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 50323 |
| | ) | |
| v. | ) | Judge Philip G. Reinhard |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendants. | ) | ORAL ARGUMENT REQUESTED |

### NOTICE OF MOTION

TO:    *See Attached Service List*

Please take notice that on March 25, 2005, at 1:30 p.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge P. Michael Mahoney, Room 206, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present JC Robinson's Motion to Dismiss it for Lack of Personal Jurisdiction, a copy of which is herewith served upon you.

CASSIDAY, SCHADE & GLOOR, LLP

BY: _____
Attorneys for SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC., GOLDEN
HARVEST SEEDS, INC., GARWOOD SEED CO.,
INC., GOLDEN SEED CO., L.L.C., SOMMER
BROTHERS SEED CO., INC., THORP SEED CO.,
INC., and J.C. ROBINSON SEED COMPANY

David C. Van Dyke
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606
(312) 641-3100

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF C O O K      )

The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by transmitting a copy via facsimile and serving a copy via overnight mail on March 10, 2005.

**SUBSCRIBED** and **SWORN** to
before me on this March 10, 2005

**NOTARY PUBLIC**

OFFICIAL SEAL
CONSTANCE H. KLAUBA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-12-2007

27477/10588/DVD/CMW/JH
DeKalb Genetics Corporation v. Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Inc., Golden Seed Co., L.L.C., Sommer Brothers Seed Co., Inc., Thorp Seed Co., Inc., and J.C. Robinson Seed Company

## SERVICE LIST

John J. Holevas, Esq.
Williams and McCarthy
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)


Thomas A. Miller
Howrey Simon Arnold
 & Whire, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)


*Of Counsel:*
Don O. Burley
Michael J. Flibbert
Finnegan, Henderson, Farabow
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington DC 20001-4413
(202) 408-4000
(202) 408-4400 (Fax)


6696465 DVANDYKE;MPALUMBO

27477/10588/DVD/CMW/JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 50323 |
| | ) | |
| v. | ) | Judge Philip G. Reinhard |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendants. | ) | ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION

TO:   *See Attached Service List*

Please take notice that on March 25, 2005, at 1:30 p.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge P. Michael Mahoney, Room 206, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present Syngenta's Motion to Withdraw its Motion to Dismiss and Pursue its Transfer Motion, a copy of which is herewith served upon you.

CASSIDAY, SCHADE & GLOOR, LLP

BY: _____
Attorneys for SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC., GOLDEN
HARVEST SEEDS, INC., GARWOOD SEED CO.,
INC., GOLDEN SEED CO., L.L.C., SOMMER
BROTHERS SEED CO., INC., THORP SEED CO.,
INC., and J.C. ROBINSON SEED COMPANY

David C. Van Dyke
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois  60606
(312) 641-3100

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF C O O K      )

      The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by transmitting a copy via facsimile and serving a copy via overnight mail on March 10, 2005.

*[Signature]*

**SUBSCRIBED** and **SWORN** to
before me on this March 10, 2005

*[Signature]*
**NOTARY PUBLIC**

OFFICIAL SEAL
CONSTANCE H. KLAUBA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-12-2007

27477/10588/DVD/CMW/JH
DeKalb Genetics Corporation v. Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Inc., Golden Seed Co., L.L.C., Sommer Brothers Seed Co., Inc., Thorp Seed Co., Inc., and J.C. Robinson Seed Company

## SERVICE LIST

John J. Holevas, Esq.
Williams and McCarthy
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)


Thomas A. Miller
Howrey Simon Arnold
 & Whire, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)


*Of Counsel:*
Don O. Burley
Michael J. Flibbert
Finnegan, Henderson, Farabow
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington DC 20001-4413
(202) 408-4000
(202) 408-4400 (Fax)


6696478 DVANDYKE;MPALUMBO

27477/10588/DVD/CMW/JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 50323 |
| | ) | |
| v. | ) | Judge Philip G. Reinhard |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendants. | ) | ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION

TO: *See Attached Service List*

Please take notice that on March 25, 2005, at 1:30 p.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge P. Michael Mahoney, Room 206, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present The Golden Harvest Companies' Motion to Transfer, a copy of which is herewith served upon you.

CASSIDAY, SCHADE & GLOOR, LLP

BY: _____
Attorneys for SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC., GOLDEN
HARVEST SEEDS, INC., GARWOOD SEED CO.,
INC., GOLDEN SEED CO., L.L.C., SOMMER
BROTHERS SEED CO., INC., THORP SEED CO.,
INC., and J.C. ROBINSON SEED COMPANY

David C. Van Dyke
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606
(312) 641-3100

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF C O O K | ) |

    The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by transmitting a copy via facsimile and serving a copy via overnight mail on March 10, 2005.

*/s/ Michelle Plunkett*

**SUBSCRIBED** and **SWORN** to
before me on this March 10, 2005

*/s/ Constance H. Klauba*
**NOTARY PUBLIC**

OFFICIAL SEAL
CONSTANCE H. KLAUBA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-12-2007

27477/10588/DVD/CMW/JH
DeKalb Genetics Corporation v. Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Inc., Golden Seed Co., L.L.C., Sommer Brothers Seed Co., Inc., Thorp Seed Co., Inc., and J.C. Robinson Seed Company

## SERVICE LIST

John J. Holevas, Esq.
Williams and McCarthy
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)


Thomas A. Miller
Howrey Simon Arnold
 & Whire, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)


*Of Counsel:*
Don O. Burley
Michael J. Flibbert
Finnegan, Henderson, Farabow
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington DC 20001-4413
(202) 408-4000
(202) 408-4400 (Fax)

6696479 DVANDYKE;MPALUMBO