# Document Not Imaged

# The paper documents is available in the Clerk's Office Files Department