## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50323 | **DATE** | 3/17/2005 |
| **CASE TITLE** | Dekalb Genetics vs. Syngenta Seeds | | |

**DOCKET ENTRY TEXT:**

Defendants, Syngenta Seeds and Syngenta Biotechnology, having filed a motion to withdraw their prior motion to dismiss the original complaint based on the complaint being superseded by an amended complaint and defendants having answered the amended complaint thereby rendering the motion to dismiss moot, the court grants the motion to withdraw the motion to dismiss.

*[signature: Philip G. Reinhard]*

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|