# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Western Division

DeKalb Genetics Corporation

                Plaintiff,

v.                                         Case No.: 3:04–cv–50323
                                                    Hon. Philip G. Reinhard

Syngenta Seeds Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 25, 2005:

      MINUTE entry before Judge P. Michael Mahoney :Motion to transfer case [25] motion to transfer case[51] set dealines: Reesponse due 4/8/05. Repply due 4/15/05. Set deadlines as to motion to appoint expert[55] : Responses due by 4/15/2005. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. Motion to dismiss entered and continued to 5/16/05 at 1:30 pm.Judge's staff mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.