# Document Not Imaged

## The paper document is available in the Clerk's Office Files Department