## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50323 | **DATE** | 4/6/2005 |
| **CASE TITLE** | DEKALB vs. SYNGENTA | | |

**DOCKET ENTRY TEXT:**

Discovery conference held. Defendant's motion for Scott Popma to appear pro hac vice is granted. Plaintiff's motion to compel presented. Disclosure of opinion of counsel due July 29, 2005 as stated in open court. As to point 1 plaintiff to supplement motion by April 15, 2005. As to point 1 and 2, response due May 6, 2005. Reply due May 16, 2005. As to points 3 and 4 motion is withdrawn by agreement. Defendants are ordered to produce documents responsive to discovery requests in this case subject to confidential agreement involving Bayer by April 27, 2005. If Bayer intervenes, they must notice by April 20, 2005 and appear by April 27, 2005. Discovery conference continued to May 16, 2005 at 1:30 pm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|