UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 C 50323 |
| ) | |
| SYNGENTA SEEDS, INC., ) | Judge Philip G. Reinhard |
| SYNGENTA BIOTECHNOLOGY, INC., ) | |
| GOLDEN HARVEST SEEDS, INC., ) | Magistrate Judge P. Michael Mahoney |
| GARWOOD SEED CO., ) | |
| GOLDEN SEED COMPANY, L.L.C., ) | |
| SOMMER BROS. SEED COMPANY, ) | |
| THORP SEED CO., and ) | |
| JC ROBINSON SEEDS, INC., ) | |
| ) | |
| Defendants. ) | |

**SYNGENTA'S RESPONSE TO DEKALB'S MOTION
TO APPOINT ROBERT L. HARMON AS SPECIAL MASTER**

Defendants Syngenta Seeds, Inc., Syngenta Biotechnology Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, and Thorp Seed Co. (collectively "Syngenta") submit this response to DeKalb's Motion to Appoint Robert L. Harmon as Special Master, filed by plaintiff DeKalb Genetics Corporation ("DeKalb") on March 23, 2005 ("DeKalb Appointment Motion").

As DeKalb acknowledges, Syngenta has moved to transfer this case to the District of Delaware, where a closely related case involving the same accused product (GA21 corn) is pending. Accordingly, Syngenta submits that DeKalb's motion is premature and that this Court should decide the motion to transfer first, and then consider the need to appoint a Special Master in this case only if the motion to transfer is denied.

882899v4

In arguing to the contrary, DeKalb contends that a Special Master should be appointed now because the current deadline for summary judgment motions (September 30, 2005) is about six months away. *See* DeKalb Appointment Motion at 4. Accordingly, DeKalb argues, Mr. Harmon needs to be contacted "as soon as possible to determine his willingness and availability to serve as Special Master." *Id.* at 4-5.

DeKalb's reasoning is flawed. A court order is not needed (and has never been needed) to approach Mr. Harmon to check on his availability. Indeed, Mr. Harmon should have been contacted, and his availability to serve as a Special Master determined, *before* DeKalb filed its motion.[1]

Further, while DeKalb speculates that it may take months to locate an alternative Special Master if Mr. Harmon is not available (*id.* at 5), that possibility also does not justify DeKalb's present motion. In the event it is determined that Mr. Harmon is unavailable, the parties can (with no need for a court order) begin investigating alternative candidates.[2]

---

[1] While DeKalb might not have wanted to contact Mr. Harmon *ex parte*, DeKalb could have contacted Syngenta and proposed that the parties contact Mr. Harmon jointly. In fact, Syngenta stands ready, at DeKalb's request, to jointly approach Mr. Harmon to discuss his schedule (and, if he is not available, to approach other candidates).

[2] Although unnecessary to resolving DeKalb's motion to appoint Mr. Harmon as Special Master, Syngenta must also register its disagreement with DeKalb's footnote assertion that there will be no need for a *Markman* hearing in this case. *See* DeKalb Appointment Motion at 3 n.1 ("Because the claims of the '880 patent have been previously construed in detail in the prior litigations in this Court, and because most of the claim terms in the '863 patent are identical to the claim terms of the '880 patent, a separate *Markman* hearing is unwarranted in the present litigation."). The present litigation differs significantly from the prior litigations—it concerns a different accused product (GA21 corn) and different noninfringement issues are being raised—and may very well require the construction of different claim terms. Thus, the fact that certain claims were construed in the prior litigations does not mean that a *Markman* hearing will not be required in this case. It is simply too early to say.

In sum, Syngenta respectfully requests that the Court defer ruling on DeKalb's motion to appoint Mr. Harmon as a Special Master until after the Court has decided whether to transfer the present case to Delaware.

Respectfully submitted,

CASSIDAY, SCHADE & GLOOR

_____
David C. Van Dyke
Attorney No. 6204705
Ronald D. Fiet
Attorney No. 6230902
20 N. Wacker Dr.
Suite 1040
Chicago, Illinois 60606
(312) 641-3100

Of counsel:

Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Defendants

Dated: April 15, 2005

3

27477/10588/DVD/CMW/JH    ARDC# 6204705

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 50323 |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendants. | ) | Magistrate Judge P. Michael Mahoney |

## NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that we have on April 15, 2005 filed Syngenta's Response to DeKalb's Motion To Appoint Robert L. Harmon As Special Master with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By: _____
One of the Attorneys for SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., GOLDEN HARVEST SEEDS, INC., GARWOOD SEED CO., INC., GOLDEN SEED CO., L.L.C., SOMMER BROTHERS SEED CO., INC., THORP SEED CO., INC., and J.C. ROBINSON SEED COMPANY

David C. Van Dyke
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606
(312) 641-3100

STATE OF ILLINOIS    )
                                    ) SS
COUNTY OF COOK     )

## CERTIFICATE OF SERVICE

      The undersigned, being first duly sworn upon oath deposes and states that she served a copy of the foregoing document to whom it is directed by transmitting a copy via facsimile and serving a copy via overnight mail on April 15, 2005.

SUBSCRIBED AND SWORN to before
me this 15th day of April, 2005.

_____
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA A. LANEGRAFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-8-2008

27477/10588/DVD/CMW/JH

DeKalb Genetics Corporation v. Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Inc., Golden Seed Co., L.L.C., Sommer Brothers Seed Co., Inc., Thorp Seed Co., Inc., and J.C. Robinson Seed Company

## SERVICE LIST

John J. Holevas, Esq.
Williams and McCarthy
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)


Thomas A. Miller
Howrey Simon Arnold
 & Whire, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)


*Of Counsel:*
Don O. Burley
Michael J. Flibbert
Finnegan, Henderson, Farabow
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington DC 20001-4413
(202) 408-4000
(202) 408-4400 (Fax)


6710940 DVANDYKE;MPALUMBO