IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-C-50323 |
| | ) |
| SYNGENTA SEEDS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF INTENT TO INTERVENE
## BY NON-PARTY BAYER CROP SCIENCE S.A.

PLEASE TAKE NOTICE that pursuant to the Court's Order dated April 6, 2005, in the above-captioned case, non-party Bayer CropScience S.A. hereby gives notice that it presently intends to appear and/or move to intervene by April 27, 2005.

CONNOLLY BOVE LODGE & HUTZ LLP

George Pazuniak, Esq.
Kevin M. Baird, Esq.
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207
(302) 658-9141
kbaird@cblh.com

*Attorneys for Non-Party Bayer CropScience, S.A.*

Dated: April 19, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esq. hereby certify that on April 19, 2005, copies of the foregoing document were caused to be served upon the following:

**BY FEDERAL EXPRESS AND E-MAIL**

John J. Holevas, Esquire
Williams & McCarthy
321 West State Street, Suite 400
Rockford, Illinois 61101

Thomas A. Miller, Esquire
Steve Edwards, Esquire
Howrey, Simon, Arnold & White
750 Bering Drive, Suite 400
Houston, Texas 77057

David C. Van Dyke, Esquire
Cassiday, Schade & Gloor
20 North Wacker Drive, Suite 1040
Chicago, Illinois 60606-2903

Don O. Burley, Esquire
Michael J. Flibbert, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

_____
Kevin M. Baird, Esq.