IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. 04 C 50323 |
| SYNGENTA SEEDS, INC., | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | Judge Philip G. Reinhard |
| GOLDEN HARVEST SEEDS, INC., | ) | |
| GARWOOD SEED CO., | ) | Magistrate P. Michael Mahoney |
| GOLDEN SEED COMPANY, L.L.C., | ) | |
| SOMMER BROS. SEED COMPANY, | ) | |
| THORP SEED CO., and | ) | |
| JC ROBINSON SEEDS, INC. | ) | |
| Defendants. | ) | |

## NOTICE OF PRESENTMENT OF MOTION

TO:
David C. Van Dyke, Esq.
Cassiday, Schade & Gloor, LLP
20 N. Wacker Drive, Suite 1040
Chicago, IL 60606

Don O. Burley, Esq.
Michael J. Flibbert, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, D.C. 20001-4413

YOU ARE HEREBY notified that on the 4th day of May, 2005, at 1:30 o'clock P.M., or soon thereafter as Counsel may be heard, I shall appear before Magistrate P. Michael Mahoney or any Judge sitting in his place or stead, in the Courtroom usually occupied by him in the United States District Court, 211 South Court Street, Rockford, Illinois, will be held and then and there the attached **Motion for Leave to File DEKALB's Sur-Reply to the Golden Harvest Companies' Motion to Transfer,** a true and correct copy of which is being served under seal upon you, will be presented.

Dated: April 22, 2005

DEKALB GENETICS CORPORATION
Plaintiff
By WILLIAMS & McCARTHY

By: _____
John J. Holevas

CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that a copy of the foregoing instrument was delivered via Federal Express and telefax on April 22, 2005, at or about the hour of 5:00 p.m., addressed to the following:

David C. Van Dyke
Cassiday, Schade & Gloor, LLP
20 N. Wacker Drive, Suite 1040
Chicago, IL 60606

Michael J. Flibbert
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, D.C. 20001-4413

_____

John J. Holevas
WILLIAMS & McCARTHY
321 West State Street, Suite 400
Rockford, IL 61101
815-987-8900

John F. Lynch
Thomas A. Miller
Susan K. Knoll
Steven G. Spears
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198
713-787-1400

Attorneys for Plaintiff