# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Western Division

DeKalb Genetics Corporation
                Plaintiff,

v.                                                        Case No.: 3:04−cv−50323
                                                      Hon. Philip G. Reinhard

Syngenta Seeds Inc, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 3, 2005:

      MINUTE entry before Judge P. Michael Mahoney :Pursuant to stipulation of the parties, Bayer given to April 29, 2005 to appaer or move to intervene. Enter order. Judge's staff mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.