IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

DEKALB GENETICS CORPORATION,      )
                                  )
            Plaintiff,            )
                                  )
      v.                          )      Case No. 04-C-50323
                                  )
SYNGENTA SEEDS, INC., et al.,     )
                                  )
            Defendants.           )
_____)

**FILED**
MAY - 3 2005
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

## STIPULATION AND ORDER

IT IS HEREBY AGREED by the parties, subject to the approval of the Court, that

the time by which non-party Bayer CropScience S.A. has to appear and/or move to

intervene is extended from April 27, 2005 through and including Friday, April 29, 2005.

CONNOLLY BOVE LODGE & HUTZ

George Pazuniak, Esq.
Kevin M. Baird, Esq.
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207
(302) 658-9141
kbaird@cblh.com
*Attorneys for Bayer CropScience, S.A.*

SO ORDERED this 29th day of April, 2005.

United States District Judge

MMM

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esq. hereby certify that on April 26, 2005, copies of the

foregoing document were caused to be served upon the following:

### BY FEDERAL EXPRESS AND E-MAIL

John J. Holevas, Esquire
Williams & McCarthy
321 West State Street, Suite 400
Rockford, Illinois 61101

Thomas A. Miller, Esquire
Steve Edwards, Esquire
Howrey, Simon, Arnold & White
750 Bering Drive, Suite 400
Houston, Texas 77057

David C. Van Dyke, Esquire
Cassiday, Schade & Gloor
20 North Wacker Drive, Suite 1040
Chicago, Illinois 60606-2903

Don O. Burley, Esquire
Michael J. Flibbert, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413

_____
Kevin M. Baird, Esq.