# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Western Division

DeKalb Genetics Corporation
                 Plaintiff,

v.                                            Case No.: 3:04−cv−50323
                                                   Hon. Philip G. Reinhard

Syngenta Seeds Inc, et al.
                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 4, 2005:

     MINUTE entry before Judge P. Michael Mahoney :Motion for leave to file sur reply [70] to the motion to transfer is grantedNo notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.