UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04 C 50323 |
| | ) | |
| SYNGENTA SEEDS, INC., | ) | Judge Philip G. Reinhard |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | |
| GOLDEN HARVEST SEEDS, INC., | ) | Magistrate Judge P. Michael Mahoney |
| GARWOOD SEED CO., | ) | |
| GOLDEN SEED COMPANY, L.L.C., | ) | |
| SOMMER BROS. SEED COMPANY, | ) | |
| THORP SEED CO., and | ) | |
| JC ROBINSON SEEDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JC ROBINSON'S MOTION TO WITHDRAW ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

To facilitate the Court's transfer of this action to the District of Delaware as requested in

Syngenta's and the Golden Harvest Companies' motions to transfer filed on November 12, 2004,

and March 10, 2005, respectively, Defendant JC Robinson Seeds, Inc. ("JC Robinson") hereby

consents to personal jurisdiction in this Court and therefore respectfully moves to withdraw its

Motion to Dismiss It for Lack of Personal Jurisdiction, filed March 10, 2005.

JC Robinson is concurrently filing herewith its Answer to the First Amended Complaint.

Further, JC Robinson hereby joins in Syngenta's and the Golden Harvest Companies'

pending (and fully briefed) transfer motions. JC Robinson notes that DeKalb's Sur-Reply to the

Golden Harvest Companies' Motion to Transfer, filed April 22, 2005, was limited to the issue of

alleged personal jurisdiction over JC Robinson. JC Robinson's consent to personal jurisdiction

therefore moots the arguments set forth in that brief. JC Robinson's consent to personal

891677v1

jurisdiction also moots the parties' disputes regarding the permissible scope of discovery relating to the personal jurisdiction issue.

Accordingly, JC Robinson respectfully requests that the Court withdraw JC Robinson's motion to dismiss, grant the pending transfer motions, and transfer this action to the District of Delaware for the reasons advanced in Syngenta's and the Golden Harvest Companies' briefs supporting their transfer motions.

Respectfully submitted,

CASSIDAY, SCHADE & GLOOR

David C. Van Dyke (#6204705)
Ronald D. Fiet (#6230902)
20 N. Wacker Dr.
Suite 1040
Chicago, Illinois 60606
(312) 641-3100

Of counsel:

Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Defendants

Dated: May 10, 2005

2