27477/10588/DVD/CMW/JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 04 C 50323 |
| v. ) | |
| ) | JUDGE PHILIP G. REINHARD |
| SYNGENTA SEEDS, INC., et al., ) | |
| ) | MAGISTRATE JUDGE P. MICHAEL MAHONEY |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  *See Attached Service List*

Please take notice that on May 18, 2005, at 1:30 p.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge P. Michael Mahoney, Room 206, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present JC Robinson's Motion to Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction, a copy of which is herewith served upon you.

CASSIDAY, SCHADE & GLOOR, LLP

BY: _____
Attorneys for Defendants

David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive
Suite 1040
Chicago, Illinois 60606
(312) 641-3100

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF COOK        )

     The undersigned, being first duly sworn upon oath, deposes and states that on the 10th day of May, 2005, the following described documents were served by transmitting a true and correct copy via facsimile and by placing a true and correct copy thereof in envelopes, addressed as shown below; that said envelopes were sealed; and sent via overnight mail at or about the hour of 5:00 p.m.

*[signature]*

**SUBSCRIBED** and **SWORN** to
before me on this May 10, 2005

*[signature]*
NOTARY PUBLIC

OFFICIAL SEAL
**JACKIE STEINER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-9-2006

27477/10588/DVD/CMW/JH
*DeKalb Genetics Corporation v. Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Inc., Golden Seed Co., L.L.C., Sommer Brothers Seed Co., Inc., Thorp Seed Co., Inc., and J.C. Robinson Seed Company*

## SERVICE LIST

John J. Holevas, Esq.
Williams and McCarthy
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)

Thomas A. Miller
Howrey Simon Arnold
 & Whire, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)


Of Counsel:
Don O. Burley
Michael J. Flibbert
Howard W. Levine
Finnegan, Henderson, Farabow
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington DC 20001
(202) 408-4000
(202) 408-4400 (Fax)

6719661 DVANDYKE;MPALUMBO