# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Western Division

DeKalb Genetics Corporation
                    Plaintiff,

v.                                          Case No.: 3:04−cv−50323
                                            Hon. Philip G. Reinhard

Syngenta Seeds Inc, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 16, 2005:

MINUTE entry before Judge P. Michael Mahoney :Motion to withdraw motion to dismiss [76] is granted, Second Motion to compel [79] is taken under advisement, Discovery hearing held on 5/16/2005, Set deadlines as to motion to compel[79] : Privilege log and Responses due by 5/23/2005 Replies due by 5/31/2005. If a party is not going to file a brief in response or reply, it is tht party's obligation, within thte time frame established by this order, to so notify the court in writing. Parties to send stipulation as to what is resolved on motion by 5/23/05. Defendant to 5/20/05 to file affidavit as to 1st motion to compel. Discvoery hearing set for 6/29/2005 at 02:30 PM. Enter stipulated protective order. Judge's staff mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.