UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 C 50323 |
| ) | |
| SYNGENTA SEEDS, INC., ) | Judge Philip G. Reinhard |
| SYNGENTA BIOTECHNOLOGY, INC., ) | |
| GOLDEN HARVEST SEEDS, INC., ) | Magistrate Judge P. Michael Mahoney |
| GARWOOD SEED CO., ) | |
| GOLDEN SEED COMPANY, L.L.C., ) | |
| SOMMER BROS. SEED COMPANY, ) | |
| THORP SEED CO., and ) | |
| JC ROBINSON SEEDS, INC., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MICHAEL J. FLIBBERT

1. I, Michael J. Flibbert, am a partner of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. ("Finnegan Henderson"), which represents Defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") in this action.

2. I am executing this declaration in support of Syngenta's Opposition to DeKalb's Motion to Compel Discovery, which Syngenta filed on May 6, 2005. In preparing this declaration, I have relied on my personal knowledge of Finnegan Henderson's collection, review, and production of documents to DeKalb in this litigation on behalf of Syngenta. I have also communicated with other attorneys and professional staff who are knowledgeable about the facts set forth below. As a result, the facts set forth below are true and complete to the best of my knowledge.

3. Finnegan Henderson identified and collected documents from Syngenta for possible production in this action in late 2004. After the documents were collected, seven Finnegan Henderson attorneys then worked for more than 1,400 total hours from January through April 2005 to review the documents for relevance and privilege. In March 2005, we produced approximately 81,700 pages of documents from Syngenta to DeKalb relating to the GA21 corn products accused of infringement in this action. We then produced approximately another 12,500 pages of GA21-related documents to DeKalb in April 2005.

4. Finnegan Henderson also collected approximately 89,000 pages of documents relating to research by Syngenta into non-GA21 glyphosate-tolerant corn products, which are not accused of infringement in this case. We have not reviewed these non-GA21 documents for relevance or privilege (except for a limited number of representative documents that were produced to DeKalb in May 2005). However, based upon the document-review efforts described above relating to the production of GA21-related documents, I expect that it would require 1,000 hours or more of attorney time, over a time period of more than a month, to review and produce these non-GA21 research documents if DeKalb's motion to compel is granted. In addition, although we have collected the non-GA21 research documents from the Syngenta employee who serves as the primary custodian of these records at Syngenta, we believe there may be additional non-GA21 research documents that would have to be collected and reviewed for relevance and privilege if DeKalb's motion to compel is granted. In view of these facts, I believe that the burden and expense of producing these voluminous non-GA21 research documents would be substantial if DeKalb's motion to compel is granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this __19th__ day of __May__, 2005.

_____
Michael J. Flibbert

3

27477/10588/DVD/CMW/JH

ARDC# 6204705

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 50323 |
| | ) | |
| SYNGENTA SEEDS, INC., et al., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendants. | ) | Magistrate Judge P. Michael Mahoney |

## NOTICE OF FILING

TO: See Attached Service List

**PLEASE TAKE NOTICE** that we have on May 20, 2005 filed Declaration of Michael J. Flibbert with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By: _____
One of the Attorneys for SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., GOLDEN HARVEST SEEDS, INC., GARWOOD SEED CO., INC., GOLDEN SEED CO., L.L.C., SOMMER BROTHERS SEED CO., INC., THORP SEED CO., INC., and J.C. ROBINSON SEED COMPANY

David C. Van Dyke
Ronald D. Fiet
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606
(312) 641-3100

STATE OF ILLINOIS                 )
                                  ) SS
COUNTY OF COOK                    )

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath deposes and states that he served a copy of the foregoing document to whom it is directed by transmitting a copy via facsimile and serving a copy via overnight mail on May 20, 2005.

_____

SUBSCRIBED AND SWORN to before
me this 20th day of May, 2005.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MICHELLE M. PALUMBO
Notary Public, State of Illinois
My Commission Expires 4/5/07

27477/10588/DVD/CMW/JH

DeKalb Genetics Corporation v. Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Inc., Golden Seed Co., L.L.C., Sommer Brothers Seed Co., Inc., Thorp Seed Co., Inc., and J.C. Robinson Seed Company

## SERVICE LIST

John J. Holevas, Esq.
Williams and McCarthy
321 West State Street
Rockford IL 61101
(815) 987-8900
(815) 968-0019 (Fax)


Thomas A. Miller
Howrey Simon Arnold
 & Whire, LLP
750 Bering Drive
Houston TX 77057
(713) 787-1400
(713) 787-1440 (Fax)


*Of Counsel:*
Don O. Burley
Michael J. Flibbert
Finnegan, Henderson, Farabow
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington DC 20001-4413
(202) 408-4000
(202) 408-4400 (Fax)


6724389 DVANDYKE;MPALUMBO