

# United States District Court
NORTHERN DISTRICT OF ILLINOIS
211 South Court Street
Rockford, Illinois 61101

MICHAEL W. DOBBINS
CLERK

815-987-4354

May 31, 2005

USDC/ District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: DeKalb Genetics v. Syngenta Seeds et al
USDC No.: 3:04cv50323

Dear Sir:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Judge Reinhard on 5/19/05.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: _____
Jennifer Titak, Deputy Clerk

Enclosure(s):
cc: attorneys of record

New Case No. _____    Date _____