IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEKALB GENETIC CORPORATION,  )
                             )
         Plaintiff,          )
                             )
    v.                       ) Civ. No. 05-355-SLR
                             )
SYNGENTA SEEDS, INC.,        )
SYNGENTA BIOTECHNOLOGY, INC.,)
GARWOOD SEED CO., GOLDEN     )
HARVEST SEEDS, INC., GOLDEN  )
SEED COMPANY, LLC, JC        )
ROBINSON SEEDS, INC., SOMMER )
BROS. SEED COMPANY, THORP    )
SEED CO., and BAYER          )
CROPSCIENCE, S.A.,           )
                             )
         Defendants.         )

# O R D E R

At Wilmington this 17th day of June, 2005, the above captioned case having just been transferred to this court and assigned to me; and this patent case being subject to my standard procedures governing patent cases;

IT IS ORDERED that plaintiff's motions to compel (D.I. 96, 100) are denied without prejudice to its presenting the disputes at the first scheduled discovery conference.

                                   _____
                                       United States District Judge