# WILLIAMS & MCCARTHY

**John J. Holevas**
Direct Line:  815/987-8952
Facsimile:     815/965-5134
E-Mail:        Jholevas@wilmac.com



June 14, 2005

Mr. Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

      Re:    *DEKALB Genetics Corporation v. Syngenta Seeds, et al.,*
             Case No. CV 05-355 SLR

Dear Mr. Dalleo:

      I am in receipt of your June 7, 2005 letter and thank you. Please be advised that I had served as local counsel for the plaintiff, DEKALB Genetic Corporation, in the above captioned matter when it was originally filed here in the Northern District of Illinois, Western Division. Lead counsel in the case for the plaintiff is Attorney Tom Miller of the Howrey law firm located at 750 Bering Drive, Houston, TX 77057. I have forwarded your correspondence on to Attorney Miller and trust that his firm will engage local counsel pursuant to your Local Rule 83.5(d).

      I will no longer be involved in this litigation and, thus, please feel free to remove my name and my firm's name from the court's service list.

      Should you have any questions regarding the foregoing, please feel free to contact me.

      Very truly yours,

      WILLIAMS & MCCARTHY

      John J. Holevas

JJH:dkg
Dalleo.L01.wpd
cc:    Thomas A. Miller, Esq. (w/enc.)

Attorneys at Law
321 West State Street, P.O. Box 219  Rockford, Illinois 61105-0219
(815) 987-8900  Facsimile: (815) 968-0019  Regional Office: Oregon, Illinois
Web Site: www.wilmac.com  E-Mail: mail@wilmac.com

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 7, 2005

JUN 13 2005

WILLIAMS & McCARTHY

John James Holevas
Williams & McCarthy
321 West State Street 400
Rockford, IL 61101

    RE:   DeKalb Genetics Corp. V. Syngenta Seeds, Inc. et al.
           CV 05-355

Dear Counsel:

The above referenced action was filed in this district on June 3, 2005.

Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

" An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

Please have your local counsel enter an appearance within 30 days from the filing date of this action.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: _____
Deputy Clerk