IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEKALB GENETIC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-355 (SLR) |
| ) | |
| SYNGENTA SEEDS, INC., SYNGENTA ) | |
| BIOTECHNOLOGY, INC., GARWOOD SEED ) | |
| CO., GOLDEN HARVEST SEEDS, INC., ) | |
| GOLDEN SEED COMPANY, LLC, JC ) | |
| ROBINSON SEEDS, INC., SOMMER BROS. ) | |
| SEED COMPANY, and THORP SEED CO., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff DeKalb Genetic Corporation, hereby certifies that true and correct copies of the Notice of 30(b)(6) Deposition of Defendants (D.I. No. 112) were caused to be served on July 6, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

George Pazuniak
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

POTTER ANDERSON & CORROON LLP

By: /s/ 

OF COUNSEL:

John F. Lynch
Thomas A. Miller
Susan K. Knoll
Scott W. Clark
HOWREY LLP
750 Bering Drive
Houston, TX 77057
Telephone (713) 787-1400

Dated: July 7, 2005

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff,*
*DeKalb Genetic Corporation*

689325 /28128

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

   I, David E. Moore, hereby certify that on July 7, 2005, the attached document was hand-delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John W. Shaw, Esq. | George Pazuniak |
| Young Conaway Stargatt & Taylor, L.L.P. | Connolly Bove Lodge & Hutz LLP |
| The Brandywine Building | 1007 North Orange Street |
| 1000 West Street, 17th Floor | P.O. Box 2207 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |

   I hereby certify that on July 7, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

               /s/ David E. Moore
               _____
               Richard L. Horwitz
               David E. Moore
               Potter Anderson & Corroon LLP
               Hercules Plaza, Sixth Floor
               1313 North Market Street
               P.O. Box 951
               Wilmington, DE 19899-0951
               (302) 984-6000
               rhorwitz@potteranderson.com
               dmoore@potteranderson.com

687937