IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEKALB GENETICS CORPORATION, )
)
Plaintiff, )
)
v. )                    Civil Action No. 05-355-SLR
)
SYNGENTA SEEDS, INC., )
SYNGENTA BIOTECHNOLOGY, INC., )
GOLDEN HARVEST SEEDS, INC., )
GARWOOD SEED CO., )
GOLDEN SEED COMPANY, L.L.C., )
SOMMER BROS. SEED COMPANY, )
THORP SEED CO., and )
JC ROBINSON SEEDS, INC., )
)
Defendants. )

# MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of Michael J. Flibbert, Don O. Burley, Howard W. Levine, Scott J.

Popma, Sanya Sukduang and Jennifer A. Johnson to represent Defendant Syngenta Seeds, Inc.,

Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed

Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc.

in this matter. In accordance with the Standing Order for the District Court Fund effective

1/12/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, of, if

not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of

this motion.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
Attorneys for Syngenta Seeds, Inc., Syngenta
Biotechnology, Inc., Golden Harvest Seeds,
Inc., Garwood Seed Co., Golden Seed
Company, L.L.C., Sommer Bros. Seed
Company, Thorp Seed Co., and JC Robinson
Seeds, Inc.

Dated: July 27, 2005

DB02:5008971.1                                                                                      000000.0

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Michael J. Flibbert, Don O. Burley, Howard W. Levine, Scott J. Popma, Sanya Sukduang and Jennifer A. Johnson is granted.

Date: _____, ____ 2005

_____
United States District Judge

DB02:5008971.1                                                          000000.0

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael J. Flibbert, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Michael J. Flibbert
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413
(202) 408-4000

Dated: June 28 , 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Don O. Burley, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Don O. Burley, Esq.
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001

Dated: June 28, 2005

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Sanya Sukduang, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Sanya Sukduang, Esq.
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001

Dated: June _28_, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Jennifer A. Johnson, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Jennifer A. Johnson, Esq.
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001

Dated: June 28, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Howard W. Levine, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001

Dated: June 28, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Scott J. Popma, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Scott J. Popma, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001

Dated: June 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on March 31, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY HAND DELIVERY**
> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**
> Peter E. Moll, Esquire
> Howrey, Simon, Arnold & White LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
>
> Susan Knoll, Esquire
> Howrey, Simon, Arnold & White, LLP
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> Glenn C. Mandalas (No. 4432)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> gmandalas@ycst.com
>
> *Attorneys for Defendants*

DB01:1599248.1