IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-355-SLR |
| | ) | |
| SYNGENTA SEEDS, INC., | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | |
| GOLDEN HARVEST SEEDS, INC., | ) | |
| GARWOOD SEED CO., | ) | |
| GOLDEN SEED COMPANY, L.L.C., | ) | |
| SOMMER BROS. SEED COMPANY, | ) | |
| THORP SEED CO., and | ) | |
| JC ROBINSON SEEDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Syngenta's Supplemental Response to DeKalb's Second Set of Interrogatories (Nos. 6 and 10) were caused to be served on July 25, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on July 28, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

                                                                    /s/ John W. Shaw
                                                                    _____
                                                                    John W. Shaw (No. 3362)
                                                                    Glenn C. Mandalas (No. 4432)
                                                                    Young Conaway Stargatt & Taylor, LLP
                                                                    The Brandywine Building, 17th Floor
                                                                    1000 West Street
                                                                    Wilmington, DE 19801
                                                                    (302) 571-6600
                                                                    gmandalas@ycst.com

                                                                    Attorneys for Defendants Syngenta Seeds Inc.,
                                                                    Syngenta Biotechnology, Inc., Golden Harvest Seeds,
                                                                    Inc., Garwood Seed Co., Golden Seed
                                                                    Company, L.L.C., Sommer Bros. Seed Company,
                                                                    Thorp Seed Co., and JC Robinson Seeds, Inc.

Of counsel:

Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000

Dated: July 28, 2005