IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>      Defendants. | C. A. No. 04-305-SLR |
| DEKALB GENETICS CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC.<br><br>      Defendants. | C.A. No. 05-355-SLR<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DEPOSITION OF ROB ROBINSON**

TO:    DEFENDANTS AND THEIR ATTORNEYS OF RECORD

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs DEKALB Genetics Corporation, Monsanto Company and Monsanto Technology LLC will take the deposition upon oral examination under oath of Rob Robinson at the offices of FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER,

L.L.P. at 901 New York Ave, N.W., Washington, D.C. 20001-4413. The deposition will commence on August 17, 2005 at 9:00 a.m., or at such other time as to which the parties may agree.

The deposition will be taken before a qualified Notary Public or before some other officer authorized by law to administer oaths. The deposition will be recorded by audio, video and stenographic means.

You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Plaintiffs
Dekalb Genetics Corporation,
Monsanto Company and
Monsanto Technology LLC

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Scott W. Clark
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
(713) 787-1400

Dated: July 29, 2005

692710 / 28128

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 29, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on July 29, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

_____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274