## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DEKALB GENETIC CORPORATION,     )
                                    )

       Plaintiff,                )
                                    )

       v.                      )     C. A. No. 05-355 (SLR)
                                    )

SYNGENTA SEEDS, INC., SYNGENTA    )
BIOTECHNOLOGY, INC., GARWOOD SEED  )
CO., GOLDEN HARVEST SEEDS, INC.,    )
GOLDEN SEED COMPANY, LLC, JC      )
ROBINSON SEEDS, INC., SOMMER BROS.  )
SEED COMPANY, and THORP SEED CO.,   )
                                      )

       Defendants.             )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Thomas A. Miller, Susan K. Knoll, Steven G. Spears and Scott W. Clark of Howrey LLP, 1111 Louisiana, 25th Floor, Houston, Texas 77002 to represent plaintiff DeKalb Genetic Corporation in this matter.

In accordance with Standing Order for District Court Fund effective 1/1/05, I certify that the annual fee of $25.00 for each attorney will be submitted to the Clerk's Office upon the filing of this motion.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated:  July 29, 2005

692615

*Attorneys for Plaintiff*
*DeKalb Genetics Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                              United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEKALB GENETICS CORPORATION,                    )
                                                )
                Plaintiff,                      )
                                                )
        v.                                      )       C.A. No. 05-355-SLR
                                                )
SYNGENTA SEEDS, INC.,                           )
SYNGENTA BIOTECHNOLOGY, INC.,                   )       **JURY TRIAL DEMANDED**
GOLDEN HARVEST SEEDS, INC.,                     )
GARWOOD SEED CO.,                               )
GOLDEN SEED COMPANY, L.L.C.,                    )
SOMMER BROS. SEED COMPANY,                      )
THORP SEED CO., AND                             )
JC ROBINSON SEEDS, INC.                         )
                                                )
                Defendants.                     )
                                                )

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted,

practicing and in good standing as a member of the Bar of the State of Texas and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct

which occurs in the preparation or course of this action. I also certify I am generally familiar

with this Court's Local Rules.

Date: ___7/28/05_____

                                        Respectfully submitted,

                                        *Thomas A. Miller*

                                        HOWREY LLP
                                        Thomas A. Miller
                                        1111 Louisiana, 25th Floor
                                        Houston, Texas 77002
                                        (713) 787-1400 - telephone
                                        (713) 787-1440 -facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-355-SLR |
| | ) | |
| SYNGENTA SEEDS, INC., | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | **JURY TRIAL DEMANDED** |
| GOLDEN HARVEST SEEDS, INC., | ) | |
| GARWOOD SEED CO., | ) | |
| GOLDEN SEED COMPANY, L.L.C., | ) | |
| SOMMER BROS. SEED COMPANY, | ) | |
| THORP SEED CO., AND | ) | |
| JC ROBINSON SEEDS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted,

practicing and in good standing as a member of the Bar of the State of Texas and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct

which occurs in the preparation or course of this action. I also certify I am generally familiar

with this Court's Local Rules.

Date: ___07/28/05___

Respectfully submitted,

_Susan K. Knoll / w / permission_

HOWREY LLP
Susan K. Knoll
1111 Louisiana, 25th Floor
Houston, Texas 77002
(713) 787-1400 - telephone
(713) 787-1440 -facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-355-SLR |
| | ) | |
| SYNGENTA SEEDS, INC., | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | **JURY TRIAL DEMANDED** |
| GOLDEN HARVEST SEEDS, INC., | ) | |
| GARWOOD SEED CO., | ) | |
| GOLDEN SEED COMPANY, L.L.C., | ) | |
| SOMMER BROS. SEED COMPANY, | ) | |
| THORP SEED CO., AND | ) | |
| JC ROBINSON SEEDS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted,

practicing and in good standing as a member of the Bar of the State of Texas and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct

which occurs in the preparation or course of this action. I also certify I am generally familiar

with this Court's Local Rules.

Date: 7/28/05

Respectfully submitted,

HOWREY LLP
Steven G. Spears
1111 Louisiana, 25th Floor
Houston, Texas 77002
(713) 787-1400 - telephone
(713) 787-1440 -facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-355-SLR |
| | ) | |
| SYNGENTA SEEDS, INC., | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | **JURY TRIAL DEMANDED** |
| GOLDEN HARVEST SEEDS, INC., | ) | |
| GARWOOD SEED CO., | ) | |
| GOLDEN SEED COMPANY, L.L.C., | ) | |
| SOMMER BROS. SEED COMPANY, | ) | |
| THORP SEED CO., AND | ) | |
| JC ROBINSON SEEDS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted,

practicing and in good standing as a member of the Bar of the State of Texas and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct

which occurs in the preparation or course of this action. I also certify I am generally familiar

with this Court's Local Rules.

Date: 7/28/05

Respectfully submitted,

HOWREY LLP
Scott W. Clark
1111 Louisiana, 25th Floor
Houston, Texas 77002
(713) 787-1400 - telephone
(713) 787-1440 -facsimile

DM_US\8233264 v1

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 29, 2005, the attached document

was hand-delivered to the following person(s) and was electronically filed with the Clerk of the

Court using CM/ECF which will send notification of such filing(s) to the following and the

document is available for viewing and downloading from CM/ECF:

John W. Shaw, Esq.                     George Pazuniak
Young Conaway Stargatt & Taylor, L.L.P.   Connolly Bove Lodge & Hutz LLP
The Brandywine Building                1007 North Orange Street
1000 West Street, 17th Floor           P.O. Box 2207
Wilmington, DE 19801                   Wilmington, DE 19899

I hereby certify that on July 29, 2005, I have Federal Expressed the foregoing

document(s) to the following non-registered participants:

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

687937