

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Associate
Attorney at Law
302 984-6147
302 658-1192 Fax
dmoore@potteranderson.com

July 29, 2005

<u>**VIA HAND DELIVERY**</u>

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    <u>DeKalb Genetics Corporation v. Syngenta Seeds, Inc., et al.
              C. A. No. 05-355-SLR</u>

Dear Chief Judge Robinson:

      In anticipation of the scheduling teleconference in the above-referenced matter, which is scheduled to be held on Tuesday, August 2, 2005 at 8:30 a.m., enclosed please find the parties' proposed scheduling order.

                                                             Respectfully,

                                                            David E. Moore

692757
Enclosure

cc:    Clerk of the Court (via hand delivery)
       George Pazuniak (via hand delivery)
       John W. Shaw (via hand delivery)
       Michael J. Flibbert (via facsimile)
       Scott W. Clark (via email)