

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

August 17, 2005

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *DEKALB Genetics Corporation v. Syngenta Seeds, Inc. et al.*,
     C.A. No. 05-355 (SLR)
     *Monsanto Company, et al. v. Syngenta Seeds, Inc. et al.*,
     C.A. No. 04-305 (SLR)

Dear Chief Judge Robinson:

  Enclosed is an Order dealing with the production of third party information that was discussed during the discovery conference last Thursday. Syngenta Seeds, Inc. has agreed to the form of the Order. The enclosed Order includes a double caption and is being submitted to replace the form of Order submitted on August 15, 2005, which only included the caption for C.A. No. 04-305 (SLR).

               Respectfully submitted,

               David E. Moore

DEM/msb
Enclosure

694836
cc: Clerk of the Court (By Hand Delivery)
   John W. Shaw, Esq. (By Hand Delivery)