IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-305 (SLR)<br>)  (lead case)<br>)<br>)<br>)<br>)<br>) |
| DEKALB GENETIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC., SYNGENTA<br>BIOTECHNOLOGY, INC., GARWOOD SEED<br>CO., GOLDEN HARVEST SEEDS, INC.,<br>GOLDEN SEED COMPANY, LLC, JC<br>ROBINSON SEEDS, INC., SOMMER BROS.<br>SEED COMPANY, and THORP SEED CO.,<br><br>Defendants. | )<br>)<br>)<br>)  C. A. No. 05-355 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively, "Monsanto") and DEKALB Genetics Corporation ("DEKALB") have requested information from Defendants regarding their conversion of germplasm obtained from third party companies ("third parties") to include the GA21 event and Defendants have objected to the production of this information because of confidentiality obligations to the third parties. Plaintiffs moved to compel an answer. Having heard arguments from Plaintiffs and Defendants on this issue, the Court hereby orders Defendants to answer DEKALB's Interrogatory No. 15 on August 31, 2005. Defendants are also hereby

ordered to give notice of this Order to the third parties implicated by this Order so that they may have an opportunity to object to the production of their respective information and to intervene on or before August 31, 2005. Defendants shall provide a copy of DEKALB's Interrogatory No. 15 to third parties so as to provide third parties with a description of the type of information that Defendants are required to disclose. The Protective Order entered in this case should provide adequate protection to the confidential information of the third parties as provided for in Paragraph 3. Defendants shall provide a copy of the Protective Order to the third parties. If after receipt of this Order and the discovery and Protective Order, a third party chooses to object to disclosure of the requested information to Plaintiffs by Defendants, the third party shall move to intervene for the purposes of entrance of a further Protective Order regarding its confidential information no later than August 31, 2005, or that information shall be produced pursuant to the terms of the existing Protective Order.

Dated: August ___, 2005          _____
                                      United States District Judge