**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEKALB GENETICS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SYNGENTA SEEDS, INC., | )   C. A. No. 05-355 SLR |
| SYNGENTA BIOTECHNOLOGY, INC., | ) |
| GOLDEN HARVEST SEEDS, INC., | ) |
| GARWOOD SEED CO., GOLDEN SEED | ) |
| COMPANY, L.L.C., SOMMER BROS. SEED | ) |
| COMPANY, THORP SEED CO. and | ) |
| JC ROBINSON SEEDS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO AMEND COMPLAINT**

WHEREAS, DEKALB Genetics Corporation ("Plaintiff") seeks to add Garst Seeds, Inc. ("Garst") as an additional defendant.

WHEREAS, Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Defendants") do not oppose the addition of Garst as an additional defendant.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, and subject to the approval of the Court, that Garst shall be added as an additional defendant in the above captioned litigation. (C.A. No. 05-355-SLR).

2

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Telephone (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com | By: */s/ Glenn C. Mandalas*<br>    John W. Shaw (#3362)<br>    Glenn C. Mandalas (#4432)<br>    The Brandywine Building<br>    1000 West Street, 17th Floor<br>    Wilmington, DE  19801<br>    Telephone (302) 571-6600<br>    jshaw@ycst.com<br>    gmandalas@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

695470