**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

August 18, 2005

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    **DEKALB** *Genetics Corporation v. Syngenta Seeds, Inc. et al.,*
              **C.A. No. 05-355 (SLR)**
              *Monsanto Company, et al. v. Syngenta Seeds, Inc. et al.,*
              **C.A. No. 04-305 (SLR)**

Dear Chief Judge Robinson:

      I am writing on behalf of the parties in the above-referenced matters to submit the parties' proposed form of Order concerning the consolidation of C.A. No. 05-355 (SLR) and C.A. No. 04-305 (SLR) and the case schedule for the consolidated litigation going forward.

                                Respectfully submitted,

                                */s/ David E. Moore*

                                David E. Moore

DEM/msb
Enclosure

695557
cc:    Clerk of the Court (By Hand Delivery)
        John W. Shaw, Esq. (By Hand Delivery)