IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>          Plaintiffs,<br><br>          v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br><br>          Defendants. | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>          Plaintiff,<br><br>          v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>          Defendants. | Civil Action No. 05-355-SLR |

**SYNGENTA'S MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF THE LUNDQUIST PATENTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") hereby move the Court for an order granting summary judgment that Syngenta has not infringed any claim of U.S. Patent Nos. 6,013,863 and 5,538,880.

Pursuant to Local Rules 7.1.2 and 7.1.3, Syngenta is filing concurrently an opening brief in support of this motion. For ease of reference, Syngenta's evidentiary materials cited in support of this motion are included in an appendix to Syngenta's opening brief.

For the reasons set forth in the accompanying opening brief, this Court should grant Syngenta's motion for summary judgment. A proposed Order is attached.

Respectfully submitted,

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

Of counsel:

Michael J. Flibbert
Howard W. Levine
Jennifer A. Johnson
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000                    Attorneys for Defendants

Dated: January 11, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| | ) | Civil Action No. 04-305-SLR |
| v. | ) | (lead case) |
| | ) | |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., | )<br>)<br>) | |
| | ) | |
| Defendants. | )<br>) | |
| DEKALB GENETICS CORPORATION, | )<br>) | |
| | ) | Civil Action No. 05-355-SLR |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., | )<br>)<br>) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this ___ day of _____, 2006,

WHEREAS, defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") have moved pursuant to Rule 56 of the Federal Rules of Civil Procedure for an Order that Syngenta does not infringe U.S. Patent Nos. 6,013,863 and 5,538,880;

WHEREAS, all parties were given notice and an opportunity to be heard; and

WHEREAS, after considering all papers and arguments in support of and in opposition to Syngenta's motion, and the Court finding no genuine issue of material fact as to whether Syngenta does not infringe U.S. Patent Nos. 6,013,863 and 5,538,880,

**IT IS HEREBY ORDERED** that Syngenta's Motion for Summary Judgment of Non-Infringement is GRANTED.  The Court finds that Syngenta has not infringed U.S. Patent Nos. 6,013,863 and 5,538,880.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Richard L. Horwitz, Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 North Market Street
>   Wilmington, DE 19899-0951

I further certify that on January 11, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   _____
>   John W. Shaw (No. 3362)
>   Rolin P. Bissell (No. 4478)
>   Karen E. Keller (No. 4489)
>   The Brandywine Building, 17th Floor
>   1000 West Street
>   Wilmington, Delaware 19801
>   (302) 571-6600
>   jshaw@ycst.com
>
>   *Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*