IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | Civil Action No. 05-355-SLR |

**SYNGENTA'S MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF THE SHAH PATENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") hereby move the Court for an order granting summary judgment that Syngenta's GA21 corn product does not infringe claims 1, 5, and 6 of United States Patent No. 4,940,835.

Pursuant to Local Rules 7.1.2 and 7.1.3, Syngenta is filing concurrently an opening brief in support of this motion. For ease of reference, Syngenta's evidentiary materials cited in support of this motion are included in an appendix to Syngenta's opening brief.

For the reasons set forth in the accompanying opening brief, this Court should grant Syngenta's motion for summary judgment. A proposed order is attached.

Respectfully submitted,

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

Of counsel:

Michael J. Flibbert
Howard W. Levine
Jared S. Cohen
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Defendants

Dated: January 11, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-355-SLR |

**ORDER**

At Wilmington this ___ day of _____, 2006,

WHEREAS, defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") have moved pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order that Syngenta's GA21 corn product does not infringe claims 1, 5, and 6 of United States Patent No. 4,940,835;

WHEREAS, all parties were given notice and an opportunity to be heard; and

WHEREAS, after considering all papers and arguments in support of and in opposition to Syngenta's motion, and the Court finding no genuine issue of material fact as to whether Syngenta's GA21 corn product does not infringe claims 1, 5, and 6 of United States Patent No. 4,940,835,

**IT IS HEREBY ORDERED** that Syngenta's Motion for Summary Judgment of Non-Infringement is GRANTED. The Court finds that Syngenta does not infringe claims 1, 5, and 6 of United States Patent No. 4,940,835.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Richard L. Horwitz, Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 North Market Street
>   Wilmington, DE 19899-0951

I further certify that on January 11, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Peter E. Moll, Esquire<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Susan Knoll, Esquire<br>Howrey Simon Arnold & White, LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002-5242 |
| Kenneth A. Letzler, Esquire<br>Arnold & Porter LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004 | |

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ John W. Shaw
>   _____
>   John W. Shaw (No. 3362)
>   Rolin P. Bissell (No. 4478)
>   Karen E. Keller (No. 4489)
>   The Brandywine Building, 17th Floor
>   1000 West Street
>   Wilmington, Delaware 19801
>   (302) 571-6600
>   jshaw@ycst.com
>
>   *Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*